AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Mark Rolfsema
30 Railroad Street, Apartment BB126
Andover, Massachusetts

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04M-1128-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 23, 2004 in Essex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

knowingly possessed one or more books, magazines, periodicals, films, videotapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported in interstate or foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of minors engaging in sexually explicit conduct, and such visual depictions being of such conduct.

in violation of Title 18 United States Code, Section(s) 2252(a)(4)(B).

I further state that I am a(n) Special Agent, FBI and that this complaint is based on the following
Official Title

facts:

See Attached Affidavit

I have reviewed the images described in the attached affidavit, and find that there is probable cause to believe that they depict minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256.

*Judith Gail Dein*
Judith Gail Dein
United States Magistrate Judge

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

9/26/04
Date

Boston, Massachusetts
City and State

Judith Gail Dein
United States Magistrate Judge
Name & Title of Judicial Officer

*Judith Gail Dein*
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.