**AFFIDAVIT OF SPECIAL AGENT MELISSA A. LAWSON**

I, Melissa A. Lawson, hereby depose and state as follows:

1. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") assigned to the Boston Division, and have been so employed since November 2, 2003. My current assignment is to the Lowell Resident Agency, working White Collar Crime, Violent Crimes and Cyber Crimes. I have received specialized FBI training in the investigation of computer and computer-related crimes. Prior to coming to the FBI I was previously employed as a Software Engineer and Computer Programmer for four years. As a member of the Lowell Resident Agency, my responsibilities include the investigation of various criminal offenses, including the investigation of crimes involving the sexual exploitation of children.

2. I make this affidavit in support of issuance of a Criminal Complaint and Arrest Warrant for Mark Rolfsema, year of birth 1952, who resides at 30 Railroad St. #BB126, Andover, Massachusetts, for violations of Title 18, United States Code, Section 2252(a)(4)(B)(Possession of Child Pornography).

3. The information in this affidavit is based on an investigation conducted by myself and other FBI SA's and law enforcement officers. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it

contains those facts that I believe to be necessary to establish probable cause to obtain a Criminal Complaint and Arrest Warrant for Mark Rolfsema.

### Relevant Statutes

4. Title 18, United States Code, Section 2252(a)(4)(B), makes it illegal for any person to knowingly possess one or more books, magazine, periodicals, films, videotapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported in interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if: the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct.

5. Title 18, United States Code, Section 2256 provides the definitions for Section 2252. A "minor" is any person under the age of 18 years old. "Sexually explicit conduct" includes actual or simulated sexual intercourse (including genital-genital, oral-genital, anal-genital, or oral-anal), bestiality, masturbation, sadistic or masochistic abuse, or lascivious exhibition of the genitals or pubic area of any person. A "visual depiction" includes undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image.

2

6. For purposes of this affidavit, any individual below the age of 18 will be referred to as a "child" or "minor", and any visual depiction of a child or minor engaging in "sexually explicit conduct", as defined in Section 2256, will be referred to as "child pornography."

## SUMMARY OF INVESTIGATION

7. On September 16, 2004, I and other law enforcement agents attempted to speak to Mark Rolfsema at his residence, 30 Railroad Street, Apartment #BB126, Andover, Massachusetts, based on a lead we had received from the FBI in Tuscon Arizona that Rolfsema may have posted images of child pornography to a Yahoo Group. Rolfsema refused to talk with us at that time, but took our business cards.

8. On September 23, 2004, the Honorable Judith Gail Dein, United States Magistrate Judge, issued a search warrant for Rolfsema's residence. A copy of the affidavit I submitted in support of the search warrant is attached hereto and is incorporated by reference herein.

9. I and other law enforcement officers executed the search warrant on September 23, 2004. Rolfsema was not present, and the rental office gave us a key to get into the apartment. While we were there, Rolfsema's daughter, Melanie Rolfsema, arrived and stated that she, her stepmother (who she would not identify), and her father Mark Rolfsema, were the only occupants at the

3

apartment. Melanie refused to cooperate and subsequently left the apartment.

10. During the course of the search, I and other law enforcement agent seized approximately 100 CD-R/CD-W computer disks, over 400 3 ½ floppy disks, over 80 videocassette tapes, and numerous internet printouts and papers containing emails, chat sessions, user id's and email addresses. In addition, we seized various pictures, including one close up, graphic photograph of a baby's vagina spread open. One of the documents we saw was a schedule indicating that Rolfsema is a photographer who takes photographs at area schools. We also seized a document listing computer user ids and passwords for "Mark," "Melanie," and "Monica." We did not locate a computer, but saw indications that a computer previously had been present in the apartment.

11. On September 24, 2004, at approximately 3:00 P.M., I received a telephone call from our secretary at the Lowell RA stating that Mark Speary of the Maine Drug Enforcement Agency (MDEA) had called to notify me that Mark Rolfsema had been picked up and detained by the Royal Canadian Mounted Police (RCMP). Speary stated that Rolfsema had left his vehicle on the Maine side of the border and headed into the woods to cross into Canada. Speary advised that drug dogs were brought to Rolfsema's vehicle, and made a positive indication. Therefore, MDEA searched Rolfsema's vehicle. Speary advised that in the vehicle,

they found my business card, as well as the business cards of SA Laurence Travaglia, and Andover Detective Charlie Heseltine, and promptly called the FBI Lowell RA. These business cards had been given to Rolfsema by myself, Travaglia and Heseltine, on September 16, 2004.

12. Speary provided me with the contact number of Philip Lutwick from RCMP. I contacted Lutwick, who verified that Rolfsema had been picked up by RCMP in the woods in Canada and was being detained in New Brunswick, Canada, until Monday, September 27, 2004, when an Immigration hearing would be held. Lutwick informed me that Rolfsema had gotten a haircut, was clean shaven (when I saw him on September 16, 2004, he had a full beard), and was driving a vehicle that was not registered in his own name. RCMP also informed me that Rolfsema had been in town in Maine for at least the past 36 hours prior to the time I received the call on September 24th, 2004, and had been asking locals about how he could get across the border without going through the checkpoint.

13. On September 24, 2004, at 9:21 P.M. a preliminary Computer Analysis Response Team (CART) examination was conducted on approximately one-half of the CD's seized from Rolfsema's apartment. During this analysis, I viewed over 4000 images, of which approximately 30% to 50% were images of children engaging in sexually explicit conduct. Many of the images contained

website addresses and/or file names that indicated that they had come from the "web," which based on my training and experience is a name used to refer to the Internet.

14. Several images were found on a CD labeled in handwriting "web pics . . .web docs. . .Mark's GD port. . . .family. . .web photos." For example:

    a. One image from a folder named "webpics2" with the file name "y3.jpg" depicts the face of a minor girl, with an adult penis in the girl's mouth.

    b. One image from a folder named "webpics2" with the file name"y2.jpg" depicts a prepubescent girl, who appears to be a toddler or preschooler, with her underpants and other clothing up and legs back to expose her naked bottom and vagina.

    c. One image from a folder named "webpics2" with the file name "y1.jpg" depicts an adult male, penis erect, ejaculating on the body and face of a nude prepubescent girl, who is lying on a towel.

Based on my training and experience, these images depict minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256. I will make these images available to the Court for review at the time I seek issuance of the Criminal Complaint and Arrest Warrant.

15. On September 25, 2004, I again looked at some of the items seized from Rolfsema's residence with SA Robert Blackmore

of the FBI, who works in the Boston Division Cybercrimes Unit. SA Blackmore has specialized training in the investigation of computer-related crimes and crimes involving the sexual exploitation of children. SA Blackmore identified the following three images as being part of what is known as the "Sabban" series. All three images were found on CDs labeled in handwriting that appears to be the same as the handwriting on the CD referenced above. The "Sabban" series images were produced by the Brazilian citizen Carlos Alberto Guerreiro do Valle, in Porto Allegre, Brazil and were believed to have been taken over a 4-5 year time period, beginning in 1995. Most of the images in the Sabban series bear the signature "Photos by Carl." This subject is internationally wanted by the Brazilian authorities. Interpol has issued a red notice (A-1013/12-1999) for this subject.

16. The images that are part of the Sabban series that SA Blackmore identified from the CDs seized from Rolfsema's apartment are described as follows:

   a. One Image with the file name "blow+job+underage+girl.jpg" depicts a prepubescent girl, naked, performing oral sex on a young male, who also is naked. The words "Photo by Carl" appear on the image.

   b. One Image with the file name of "fam02.jpg" depicts a topless adult woman assisting what appears to be the same girl manually stimulate the erect penis of what appears to be the same

male. The words "Photo by Carl" appear on the image.

      c. One image with the file name "big girl.jpg" depicts a naked minor girl lying on her back on top of male, who is penetrating her vagina from behind, with the girls legs spread open toward the camera.

Based on my training and experience, these images depict minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256. I will make these images available to the Court for review at the time I seek issuance of the Criminal Complaint and Arrest Warrant.

      17. Also found on one of the CDs seized from Rolfsema' apartment were three text files containing saved text from Instant Message Chat sessions. The file names for these files were "luv2lickumyng2091303.txt," "luv2lickumyng2101803.txt," and luv2lickumyng2101303.txt." In each of these chat sessions, the user id "luv2lickumyng," which is a known user id from "THENEW_FF2" Yahoo Group that Rolfsema was part of (as described in the attached search warrant affidavit), talks with user id "toni402210." User id "toni402210" appears on the list labeled "Mark's User IDs" that was seized from Rolfsema's bedroom during execution of the search warrant. The chats discuss sexual acts with children, and mention a 19 month old baby, a 2 year old, an 8 year old, an 11 year old, and a 15 year old. The chats also mention the "ff2" group, as well as other Yahoo groups and Yahoo

email.

## Conclusion

18. Based on the foregoing, there is probable cause to believe that Mark Rolfsema has violated Title 18, United States Code, Section 2252(a)(4)(B)(possession of child pornography).

*[signature]*
MELISSA A. LAWSON
Special Agent,
Federal Bureau of Investigation

Sworn and subscribed to before me at Boston, Massachusetts this 26th day of September, 2004.

*[signature]*
JUDITH GAIL DEIN
United States Magistrate Judge