UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.   CASE NO.: 04M-1128-JGD

MARK ROLFSEMA

## ENTRY OF APPEARANCE

NOW COMES Richard P. Brederson, in the above-captioned case, and does hereby enter his appearance on behalf of the Defendant in this matter.

Defendant,
By and through his attorney,

Richard P. Brederson
BREDERSON LAW CENTER
950 Smith Street
Providence, RI 02908
B.B.O. No.: 650509
(401) 228-8110

## CERTIFICATION

I, the undersigned, do certify that a true copy of the within Entry of Appearance was mailed and faxed to the U.S. Attorney's office, 617-748-3951, 1 Courthouse Way, Suite 9200, Boston, MA 02210 on this _____30th_____ day of _____November_____, 2004.