AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Mark Rolfsema
30 Railroad Street, Apartment BB126
Andover, Massachusetts

**WARRANT FOR ARREST**

CASE NUMBER: 04M-1128-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Mark Rolfsema**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly possessing one or more books, magazines, periodicals, films, videotapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported in interstate or foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of minors engaging in sexually explicit conduct, and such visual depictions being of such conduct.

in violation of
Title __18__ United States Code, Section(s) 2252(a)(4)(B)

Judith Gail Dein
Name of Issuing Officer

Judith Gail Dein
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

9/26/04 Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/30/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.