UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.            )<br>)<br>MARK ROLFSEMA       )<br>)<br>) | **05 CR 10030 PBS**<br>CRIMINAL NO.<br>VIOLATIONS<br>18 U.S.C. §2252(a)(4)(B)<br>Possession of Child Pornography |

INDICTMENT

<u>COUNT ONE</u>: 18 U.S.C. §2252(a)(4)(B) - Possession of Child Pornography

The United States Attorney charges that on or about September 23, 2004, in Andover, within the District of Massachusetts,

MARK ROLFSEMA

defendant herein, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter which contained any visual depiction that had been mailed, shipped and transported in interstate or foreign commerce, and which was produced using materials which had been so mailed, shipped and transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction being of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

1

# FORFEITURE ALLEGATION
## (18 U.S.C. § 2253(a)(3) -- Criminal Forfeiture)

18 U.S.C. § 2253(a) – Criminal Forfeiture

      1. The allegations of Count One of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

      2. Upon conviction on Count One hereof, the defendant Mark Rolfsema shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of Title 18, United States Code, Section 2252; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result fo the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations.

All in violation of Title 18, United States Code, Section 2253(a)(3).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; February ___09___, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK   2/9/05 @ 1:45pm

3

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

05 CR 10030 PBS

## Criminal Case Cover Sheet                U.S. District Court - District of Massachusetts

Place of Offense: __Andover__    Category No. __II__    Investigating Agency __FBI__

City __Andover__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __04M-1128-JGD__
Search Warrant Case Number __04M-1121/1135-JGD__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Mark Rolfsema__    Juvenile ☐ Yes  [x] No

Alias Name _____

Address __30 Railroad Street, Aptartment BB126, Andover, MA__

Birth date (Year only): __1952__  SSN (last 4 #): __6310__  Sex __m__  Race: _____  Nationality: __U.S.__

Defense Counsel if known: __Richard Brederson__    Address: __Faye Law Assoc., 917 Reservoir Ave__
__Cranston, RI 02910__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Dena T. Sacco__    Bar Number if applicable _____

Interpreter: ☐ Yes [x] No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes [x] No

☐ Warrant Requested    ☐ Regular Process    [x] In Custody

**Location Status:**

Arrest Date: __December 1, 2004__

[x] Already in Federal Custody as __pretrial detainee__ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    [x] Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  [x] Felony __one__

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __February 9, 2005__   Signature of AUSA: _/s/_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse          05cr10030 PBS

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Mark Rolfsema

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 2252(a)(4)(B) | possession of child pornography | One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**