UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 05-10030-PBS |
| | ) | VIOLATIONS |
| v. | ) | 18 U.S.C. §2252(a)(4)(B) |
| | ) | Possession of Child Pornography |
| MARK ROLFSEMA | ) | 18 U.S.C. §1001 |
| | ) | False Statements |
| | ) | |

### SUPERSEDING INFORMATION

COUNT ONE: 18 U.S.C. §2252(a)(4)(B) - Possession of Child Pornography

The United States Attorney charges that on or about September 23, 2004, in Andover, within the District of Massachusetts,

### MARK ROLFSEMA

defendant herein, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter which contained any visual depiction that had been mailed, shipped and transported in interstate or foreign commerce, and which was produced using materials which had been so mailed, shipped and transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction being of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

COUNT TWO: 18 U.S.C. §1001 - False Statements

The United States Attorney charges that on or about May 27, 2000,  in Andover, within the District of Massachusetts, and elsewhere,

MARK ROLFSEMA

defendant herein, in a matter within the jurisdiction of the executive branch of the government of the United States, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, to wit: Mark Rolfsema completed a Tenant Certification Form on which he failed to report all of his assets.

All in violation of Title 18, United States Code, Section 1001.

:

COUNT THREE: 18 U.S.C. §1001 - False Statements

The United States Attorney charges that on or about May 4, 2001, in Andover, within the District of Massachusetts, and elsewhere,

MARK ROLFSEMA

defendant herein, in a matter within the jurisdiction of the executive branch of the government of the United States, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, to wit: Mark Rolfsema completed a Housing Credit Program Recertification Questionnaire on which he failed to report all of his assets.

All in violation of Title 18, United States Code, Section 1001.

COUNT FOUR: 18 U.S.C. §1001 - False Statements

The United States Attorney charges that on or about December 15, 2003, in Andover, within the District of Massachusetts, and elsewhere,

MARK ROLFSEMA

defendant herein, in a matter within the jurisdiction of the executive branch of the government of the United States, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, to wit: Mark Rolfsema completed a Corcorcan Management Company form on which he failed to report all of his assets.

All in violation of Title 18, United States Code, Section 1001.

4

## FORFEITURE ALLEGATION
### (18 U.S.C. § 2253(a)(3) -- Criminal Forfeiture)

18 U.S.C. § 2253(a) – Criminal Forfeiture

      1.  The allegations of Count One of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

      2.  Upon conviction on Count One hereof, the defendant Mark Rolfsema shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of Title 18, United States Code, Section 2252; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result fo the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations.

      All in violation of Title 18, United States Code, Section 2253(a)(3).

MICHAEL J. SULLIVAN
United States Attorney

By: _DenaSacco_

DENA T. SACCO
Assistant U.S. Attorney

5

Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                       )

*v.*                           )     **Criminal No. 05-10030-PBS**
                       )

MARK ROLFSEMA          )

## WAIVER OF INDICTMENT

I, Mark Rolfsema, the above-named defendant, who is accused of knowingly possessing child pornography in violation of 18 U.S.C. § 2252(a)(4)(B) and of knowingly and willfully making false statements in violation of 18 U.S.C. § 1001, being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on _____

*(Date)*

prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before:     _____
            Judicial Officer

**JS 45** (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

**Place of Offense:** Andover            **Category No.** II            **Investigating Agency** FBI

**City** Andover                    **Related Case Information:**

**County** Essex                    Superseding Ind./ Inf.  05-10030-PBS    Case No.
                                    Same Defendant            New Defendant
                                    Magistrate Judge Case Number    04M-1128-JGD
                                    Search Warrant Case Number    04M-1121/1135-JGD
                                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Mark Rolfsema                    Juvenile  ☐ Yes  ☒ No

Alias Name

Address   30 Railroad Street, Aptartment BB126, Andover, MA

Birth date (Year only):  1952  SSN (last 4 #):  6310  Sex  m  Race:            Nationality:  U.S.

**Defense Counsel if known:**   Richard Brederson        **Address:**  Faye Law Assoc., 917 Reservoir Ave
                                                               Cranston, RI 02910

**Bar Number:**

**U.S. Attorney Information:**

**AUSA**  Dena T. Sacco            **Bar Number if applicable**

**Interpreter:**  ☐ Yes  ☒ No        **List language and/or dialect:**

**Matter to be SEALED:**  ☐ Yes  ☒ No

            ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:**   December 1, 2004

☒ Already in Federal Custody as   pretrial detainee        in                                        .
☐ Already in State Custody                    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by                        on

**Charging Document:**        ☐ Complaint    ☒ Information    ☐ Indictment

**Total # of Counts:**        ☐ Petty            ☐ Misdemeanor        ☒ Felony   four

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**   February, 23 2005        **Signature of AUSA:**  Dena Sacco

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Mark Rolfsema _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**  18 U.S.C. 2252(a)(4)(B) | possession of child pornography | One |
| **Set 2**  18 U.S.C. 1001 | false statments | Two through Four |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**