UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.   05-10030-PBS |
| v. | |
| MARK ROLFSEMA | |

## NOTICE OF RULE 11 HEARING

| | |
|---|---|
| SARIS, U.S.D.J. | February 24, 2005 |

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **March 17, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:** Defense counsel is to contact U.S. Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.

                                                                            By the Court,

                                                                      /s/ Robert C. Alba
                                                                    Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.  05-10030-PBS |
| v. | |
| MARK ROLFSEMA | |

## NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                                          February 24, 2005

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **March 17, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:** Defense counsel is to contact U.S. Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.

                              By the Court,

                              _/s/ Robert C. Alba__
                              Deputy Clerk

Copies to:  All Counsel