UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR -3 P 1:09

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-CR-10030-PBS |
| ) | |
| MARK ROLFSEMA. ) | |
| _____ ) | |

## GOVERNMENT'S ASSENTED TO
## MOTION TO CONTINUE

The United States of America, by Michael J. Sullivan, United States Attorney, and Ann Taylor, Assistant U.S. Attorney, for the District of Massachusetts, hereby files this Assented-to Motion for Continuance. In support of this Motion, the government states as follows:

1. This matter was recently set for a change of plea hearing scheduled for 3:00 p.m. on March 17, 2005. The undersigned was previously scheduled to be out of town the afternoon of March 17, 2005 and March 18, 2005 and therefore, is unable to attend the change of plea hearing. Normally, the undersigned would find substitute counsel to handle this matter. However, in this case, the undersigned believes it most prudent that the undersigned or my counterpart Assistant United States Attorney Dena Sacco handle the matter. Accordingly, the undersigned respectfully requests that the matter be reset at a date convenient to the Court.

2. The undersigned has conferred with Richard Brederson, Esq., counsel for the defendant and he assents to the present motion. Counsel for the defendant and the undersigned are available the following dates: March 23, 2005, March 24, 2005, and March 31, 2005.

Based on the foregoing, the government respectfully requests that the Court grant the requested motion for continuance and reset the change of plea hearing presently scheduled for March

17, 2005.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:      /s/ Ann Taylor
              Ann Taylor
              Assistant U.S. Attorney

DATED:    March 3, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Richard P. Brederson
        950 Smith Street
        Providence, RI 02908

This 3rd day of March, 2005.

        _____
        Ann Taylor
        Assistant United States Attorney