```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 05-10030-PBS |
| v. | ) |
| MARK ROLFSEMA | ) |

## WITHDRAWAL OF SUPERCEDING INFORMATION

The United States hereby withdraws the Superceding Information in the above captioned matter, which was filed on February 23, 2005 in conjunction with a plea agreement signed by the defendant. Given that the defendant failed to plead guilty to the Superseding Information on two separate dates set by the Court for such purpose, and that he has obtained new counsel, the United States asks that the case be referred back to Magistrate Judge Dein for purposes of arraigning the defendant on the Indictment issued on February 9, 2005.

```
                          Very truly yours,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                    By:   /s/ Dena T. Sacco
                          Dena T. Sacco
                          Assistant U.S. Attorney
```

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by First Class United States Mail, postage prepaid.

>Fred B. McAlary, Jr.
>10 Main Street, Ste. L-9
>Andover, MA 01890

This 30th day of March, 2005.

>/s/ Dena T. Sacco
>Dena T. Sacco
>ASSISTANT UNITED STATES ATTORNEY