UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-10030 PBS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO WITHDRAW |
| | ) | |
| MARK ROLFSEMA | ) | |

    Now comes Attorney Fred B. McAlary, Jr. in the above entitled matter and respectfully requests this Honorable Court to be allowed to withdraw my appearance. As reason therefore:

    1. There has been an irretrievable breakdown in the relationship between myself and Mark Rolfsema.

    2. The defendant has written to Justice Saris stating that he no longer wishes me to represent him in these matters.

    3. Mark Rolfsema may be entitled to court appointed counsel.

MARK ROLFSEMA
By His Attorney,

Fred B. McAlary, Jr.
10 Main Street, Suite L-9
Andover, MA. 01810
(978) 749-0870
BBO# 326420

CERTIFICATION

    I, Fred B. McAlary, Jr., do certify that a true copy of this Motion to Withdraw was mailed to the U.S. Attorney's Office and to Mark Rolfsema this 15th day of April, 2005.

Fred B. McAlary, Jr.