AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

**APPEARANCE**

Case Number: 05-10030-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   MARK Rolfsema

April 26, 2005
Date

Signature: Allison M. O'Neil

Print Name: Allison M. O'Neil

Address: Craig + Macauley, 600 Atlantic Ave

City: Boston   State: MA   Zip Code: 02210

Phone Number: 617.367.9500