UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05-10030-PBS

UNITED STATES OF AMERICA

v.

MARK ROLFSEMA

### FURTHER ORDER ON EXCLUDABLE TIME

May 31, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 24, 2005 through the Rule 11 hearing,

that being the period between the expiration of the initial order on excludable time and the time by which the defendant intends to plead guilty.

Based upon the prior order of the court dated April 26, 2005 and this order, at the time of the Rule 11 hearing there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge