UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  ) Criminal No. 05-10030-PBS
                  v.              )
MARK ROLFSEMA                     )

### SUBMISSION OF DOCUMENTS

As ordered by the Court on June 6, 2005, the United States hereby submits documents obtained from Canadian authorities with regard to Mr. Rolfsema.  Other than the last page, bate-stamped MR 254, all of these documents were provided to the defendant as part of automatic discovery.  It is the United States' understanding that this is all of the documentation that exists, because the FBI requested "a copy of all documentation" of Rolfsema's "detainment and deportation."  See page one of the attached, bate-stamped MR 132.  The undersigned has requested that the FBI verify this fact, and will inform the Court and defendant if it learns of any additional documentation.  The undersigned also has asked the FBI to obtain documents relating to the defendant from the Cumberland County Jail in Maine, and will forward any such documents it receives.

At defense counsel's request, certain portions of the attached documents that include references to individuals other than the defendant have been redacted for e-filing.  An un-redacted copy will be submitted separately, along with a joint motion to seal.


Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Dena T. Sacco
       Dena T. Sacco
       Assistant U.S. Attorney


CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by First Class United States Mail, postage prepaid.

    Allison O'Neil
    Craig & Macauley
    600 Atlantic Avenue
    Boston, MA 02210


This 15th day of June, 2005.

       /s/ Dena T. Sacco
       Dena T. Sacco
       ASSISTANT UNITED STATES ATTORNEY

**I✶I** Gouvernement  Government
du Canada    of Canada        **MEMORANDUM**       *NOTE DE SERVICE*

To
À ▶

Melissa A. Lawson
FBI Special Agent
10 George Street, Suite 320
Lowell MA 02140

From
De

Paula Briggs, Immigration Officer
CIC Fredericton
495 Prospect Street
Fredericton NB
E3B 2P4

| Security Classification - Classification de sécurité |
| --- |
| Our File - Notre référence<br>4271-8573 |
| Your File - Votre référencE<br>305A-BS-9438 |
| Date<br>14December 2004 |

Subject  **ROLFSEMA, Mark**
Objet    **DOB: 28 August 1952**

As requested in your letter dated 08 December, 2004, please find attached the documents pertaining to the detainment and deportation of the above mentioned client.

If you require any further information please contact me at 506-452-4144.

Thank you,

Paula Briggs
Immigration Officer
CIC Fredericton

**MR 133**

GC 177 (88/10)



Citizenship and
Immigration Canada

Citoyenneté et
Immigration Canada

PROTECTED WHEN COMPLETED
PROTÉGÉ UNE FOIS REMPLI

- B

**CERTIFICATE OF DEPARTURE**
**ATTESTATION DE DÉPART**

V 071 962 085

Headquarters' use only - Réservé à l'administration centrale

| 5 | 6 | | |

Case serial no. - N° de cas initial

FOSS ID - ID du SSOBL · 42 71 857 9

Office file no. - N° de référence du bureau

NOTE.   To be completed for each person directed to leave Canada under removal order.
See back of copies 1, 2 and 4 for privacy statement.
Doit être rempli pour chaque personne enjointe de quitter le Canada en vertu d'une mesure de renvoi.
Voir au verso des copies 1, 2 et 4 l'énoncé sur la protection des renseignements personnels.

**A    PARTICULARS OF PERSON CONCERNED - RENSEIGNEMENTS SUR LA PERSONNE CONCERNÉE**

Surname - Nom de famille
► KROLFISIEMA

Given name(s) - Prénom(s)
► MARK

Date of birth
Date de naissance   29 08 1952

Type of travel document
Genre de document
de voyage   (TRIB) ► 130516

Place, country, date of issue - Lieu, pays et date de délivrance
Hermine Pennsylvan US 04 09 1952

**B    OTHER INFORMATION - AUTRES RENSEIGNEMENTS**

Cause for removal/inadmissibility - Motif du renvoi/interdictions de territoire
Deportation order

Detained for removal - Détenu pour renvoi
Yes Saint John Reg
Corr Centre

Liability - Responsabilité

Type of order - Genre de mesure

1 Deportation order
Mesure d'expulsion

2 Exclusion order
Mesure d'exclusion

3 Do not use
Ne pas utiliser

4 Departure order
Mesure d'interdiction de séjour

5 Departure order becomes
a deportation order
MIS devenue expulsion

Removal under escort
Renvoi sous escorte

Yes
Oui

No
Non

Criminality - Criminalité

1 Yes
Oui

2 No
Non

Danger opinion issued - Avis de danger

1 Yes
Oui

2 No
Non

This certificate, once signed by an Immigration officer below in Part C, confirms that the person concerned has satisfied the officer that the requirements of the removal have been met in accordance with the *Immigration and Refugee Protection Regulations* and the removal order was enforced on the date of confirmation.

Cette attestation, une fois signée par un agent d'immigration ci-dessous dans la partie C, confirme que la personne concernée a satisfait l'agent qu'elle a respecté les exigences de l'exécution de sa mesure de renvoi et a attesté de son départ conformément aux *Règlements sur l'immigration et la protection des réfugiés* en date de la confirmation.

Departure order
Mesure d'interdiction de séjour   ►

Signature of person concerned
Signature de la personne concernée

Date of confirmation
Date de confirmation

Exclusion order
Mesure d'exclusion   A4-01003   *Mark Alfema*   15 11 2004

Deportation order
Mesure d'expulsion   A4-01003   *Mark Alfema*   15 11 2004

REMARKS:          INCLUDE NAMES OF FAMILY MEMBERS ACCOMPANYING UNDER A 42
OBSERVATIONS :    INCLURE LE NOM DES MEMBRES DE LA FAMILLE QUI L'ACCOMPAGNENT EN VERTU DE L'A 42

I certify that this is a true and faithful copy of the original document which does not appear to have been altered in any way.

Signature: *[signature]*

Date: 30 Dec 2004

Date signed
Signé le

Originating CIC - CIC initial

Signature

TITLE:    Immigration Officer/130

**C    VERIFICATION OF DEPARTURE - VERIFICATION DU DÉPART**

Port of exit - Point de sortie / Mission
St Stephen    NB

Final destination country - Lieu de destination final (pays)
USA

Carrier - Transporteur
Govt vehicle

Time - Heure

Signature of officer
Signature de l'agent

Date of departure
Date du départ   15 11 2004

CIC involved - CIC impliqué
Fredericton NB    11614

**D    RECEIPT FOR DELIVERY - REÇU DE LIVRAISON**

Date

Receiver's signature - Signature

Official title - Titre officiel
MR 134

Errors
Erreurs

Utilities
Libres

IMM 0056 (06-2002) B

THIS FORM HAS BEEN ESTABLISHED BY THE MINISTER OF CITIZENSHIP AND IMMIGRATION
FORMULAIRE ÉTABLI PAR LE MINISTRE DE LA CITOYENNETÉ ET DE L'IMMIGRATION
ORIGINATING OFFICE

Canadä



Immigration and
Refugee Board

Commission de l'immigration
et du statut de réfugié

**Refugee Protection
Division**

**Section de la protection
des réfugiés**

RPD File No.:    AA4-00478

## NOTIFICATION CONFIRMING WITHDRAWAL OF
## A CLAIM FOR REFUGEE PROTECTION
*[Refugee Protection Division Rules, Subrule 52(2)]*

In the claim for refugee protection of:
    ROLFSEMA, MARK    DOB: Aug 28, 1952    ID: 4271-8579

I hereby notify the Minister that the above-named person has WITHDRAWN his claim for
refugee protection in writing provided to the registry on November 12 2004.

November 15, 2004

Registrar

I certify that this is a true and faithful copy
of the original document which does not
appear to have been altered in any way.

Signature:

Date: Nov 2004

TITLE:    Immigration Officer //30

**MR 135**

RPD.12 (April 2002)
Disponible en français

**Canadä**

NOTIFICATION OF INTENDED REMOVAL on 11/15/04 @
CALAIS, ME

**DEPARTMENT OF HOMELAND SECURITY U.S. EMBASSY - OTTAWA**
**OFFICE OF THE IMMIGRATION ATTACHE.**
**LIAISON WORKSHEET**

FAX: (613) 688-3092
TEL: (613) 688-3307

Reciprocal            In-transit            Return of Citizen      U.S. or Canadian

NAME: MARK GEORGE ROLFSEMA          DATE: 10 NOV 2004
                                    FOSS ID:
ALIAS:                              FILE: A 4271-8579

DATE OF BIRTH: 28 Aug. 1952    PLACE OF BIRTH: Philadelphia

PARENTS: George Rolfsema, Lois Kenner

| | | | |
|---|---|---|---|
| IDENTITY DOCUMENTS Please attach | YES ☑ | BIRTH/BAPTISMAL RECORD, OR BIRTH REGISTRATION NUMBER: 33056 | |
| | | CITIZENSHIP/NATURALIZATION: Evidence of Citizenship or right of abode in Canada or US. Letter from the Canadian Consulate in the US is accepted. | |
| OTHER DOCUMENTS/ PHOTOGRAPH IF AVAILABLE | NO ☐ | CANADA LANDING RECORD OR USA PERMANENT RESIDENT RECORD: | |
| | | PASSPORT: COUNTRY & NUMBER AND ISSUANCE DATA: | 452-4144 |

FROM: OFFICE LOCATION: 1614 Fredericton NB    PHONE NUMBER: 506 452-4144 FAX: 506 452-3392

NAME OF CASE OFFICER:
                                    PHONE NUMBER:    EXT    CELL

DATE OF RECORD CHECK:    U.S.    & CANADA
ENTRY DATA & CONVICTIONS    SENTENCED    TIME SERVED    RELEASE DATE:

Warrant issued.

I certify that this is a true and faithful copy
of the original document which does not
appear to have been altered in any way.

Signature _____ 2004

DATE ORDERED EXCLUDED/DEPORTED: 8 NOV 04    FPS NO.    FBI NO.    Date: 10 Nov    CASE Immigration Officer 130

MEDICAL CONDITION/ MENTAL CONDITION: (DESCRIBE): Per I. (B) of the Reciprocal Arrangement: Advance, written notice by a competent authority regarding the need for institutional care or treatment is required. Also per Section III, the itinerary is needed in advance so that the appropriate arrangements can be made in the receiving country.

PHYSICAL DESCRIPTION: GENDER / RACE / M.C.    HEIGHT / 6-01    LBS. / COLOR EYES / COLOR HAIR Blu / Brown 190 lbs

INFORMATION REQUESTTED:    RECORD CHECKS/DOCUMENTS ☐    CONSENT: Date    OTHER ☐

ACTION TAKEN OR TRAVEL: Notification required: Ottawa Liaison Office: (date)    Fax: 613 688 3092
Citizenship & Immigration Canada, CIC, Graham Alldridge (date)    Fax: 613 957-2608
Itinerary: Travel dates:    POE:    POC: Calais Maine / P. Stephen 15 NOV 2014
Name of Escorting Officers:    Date of Travel: 15 Nov 2004
Country Clearance for Escorting Officers requested:    Date: 15 Nov 2004

WITH ESCORT:    YES ☑    NO ☐    NUMBER OF ESCORTS: 2  Paula Briggs, Robert Good

GRANTED / DENIED BY: ICE/OTT RMS 11/10/04

CALL-UP DATE:    PENDING FURTHER INFO:

COMMENTS: IES Notified:    DATE CLOSED: MR 136

✻ PLEASE NOTIFY IF ANY CHANGE IN ITINERARY ✻



Immigration and
Refugee Board

Commission de l'immigration
et du statut de réfugié

File No. / N° de dossier : _A Y - 0 / 0 6 5_

CIC ID No. / N° d'Ident. de CIC : _4 2 7 1 - 8 5 7 9_

**Immigration
Division**

**Section de
l'Immigration**

# Deportation Order / Mesure d'expulsion

In the matter of the Minister of Citizenship and Immigration and
Dans l'affaire du ministre de la Citoyenneté et de l'Immigration et de _ROLTSE man Mang._

[name, given names of person concerned / nom, prénoms de la personne en cause]

☐ permanent resident / résident(e) permanent(e)

☒ foreign national / étranger(ère)

DOB / DDN : _2 8 0 8 5_    Citizenship / citoyenneté : _U S A ._

[dd] [mm] [year/année]

Before
Devant : _N. la Vouca_    , Member of the Immigration Division
, commissaire de la Section de l'immigration

[given names and name in block letters / prénoms et nom en lettres moulées]

On the basis of the evidence adduced at the admissibility
hearing held pursuant to the *Immigration and Refugee
Protection Act* (the "Act"), the Immigration Division determines
that you are a person described in

_36(2)(c)_

of the Act.

Pursuant to paragraph 45(d) of the Act and the *Immigration
and Refugee Protection Regulations* (the "Regulations"), the
Immigration Division therefore orders that you be deported.

In accordance with

☐ paragraph 42(a)    ☐ paragraph 42(b)

of the Act and the Regulations, the following persons are also
included in this order : [name, given names, and date of birth]

D'après la preuve produite à l'enquête tenue aux termes de la
*Loi sur l'immigration et la protection des réfugiés* (la « Loi »), la
Section de l'immigration juge que vous êtes une personne
visée par

de la Loi.

Conformément à l'alinéa 45d) de la Loi et au *Règlement sur
l'immigration et la protection des réfugiés* (le « Règlement »), la
Section de l'immigration prend donc contre vous une mesure
d'expulsion.

En vertu de

☐ l'alinéa 42a)    ☐ l'alinéa 42b)

de la Loi et en vertu du Règlement, les personnes suivantes
sont également visées par cette mesure : [nom, prénoms et d
de naissance]

I certify that this is a true and faithful copy
of the original document which does not
appear to have been altered in any way.

Signature _N. Origin_

Date: _20 Dec 2004_

TITLE:    Immigration Officer /13-1

Signed on
Signé le _8 / 11 / 04_    at
à _ST John N B_

[dd] [mm] [year/année]    [city/ville]    [signature of member/du commissaire]

I have faithfully and accurately interpreted in the
J'ai interprété fidèlement et exactement en _____    language the information provided above.
les renseignements précités.

[dd] [mm] [year/année]    [given names and name of interpreter in block letters]
[prénoms et nom de l'interprète en lettres moulées]    [signature]

I fully understand the above decision. / Je comprends parfaitement la décision ci-dessus.

**MR 137**

_8 / 11 / 0x_    _Mark Ralfuina_    X _Mark Ralfuina_

[dd] [mm] [year/année]    [given names and name of person concerned in block letters]    [signature]
[prénoms et nom de la personne en cause en lettres moulées]

IRB / CISR - 671 (06/02)

**Canadá**



**Immigration and Refugee Board**

**Immigration Division**

Commission de l'immigration et du statut de réfugié

**Section de l'Immigration**

File No. / N° de dossier : _A Y - 0 1 0 6 5_

CIC ID No. / N° d'Ident. de CIC : _4 / 2 7 1 - 9 5 7 9_

# Exclusion Order / Mesure d'exclusion

In the matter of the Minister of Citizenship and Immigration and
Dans l'affaire du ministre de la Citoyenneté et de l'Immigration et de _Mulroja, Ma-la._

[name, given names of person concerned / nom, prénoms de la personne en cause]

☐ permanent resident / résident(e) permanent(e)

☒ foreign national / étranger(ère)

DOB / DDN : _28.08.52_     Citizenship / citoyenneté : _U.S.A._

[dd] [mm] [year/année]

Before
Devant : _M. Lepover_ , Member of the Immigration Division
, commissaire de la Section de l'immigration

[given names and name in block letters / prénoms et nom en lettres moulées]

On the basis of the evidence adduced at the admissibility hearing held pursuant to the *Immigration and Refugee Protection Act* (the "Act"), the Immigration Division orders that you be excluded under paragraph 45(*d*) of the Act and under the *Immigration and Refugee Protection Regulations* (the "Regulations") because you are a person described in

_41(4), 18(1)_

of the Act.

D'après la preuve produite à l'enquête tenue aux termes de la *Loi sur l'immigration et la protection des réfugiés* (la « Loi »), la Section de l'immigration ordonne que vous soyez exclu(e) aux termes de l'alinéa 45*d*) de la Loi et du *Règlement sur l'immigration et la protection des réfugiés* (le « Règlement »), parce que vous êtes une personne visée par

de la Loi.

In accordance with

☐ paragraph 42(*a*)     ☐ paragraph 42(*b*)

of the Act and the Regulations, the following persons are also included in this order : [name, given names, and date of birth]

En vertu de

☐ l'alinéa 42*a*)     ☐ l'alinéa 42*b*)

de la Loi et en vertu du Règlement, les personnes suivantes sont également visées par cette mesure : [nom, prénoms et date de naissance]

*I certify that this is a true and faithful copy of the original document which does not appear to have been altered in any way.*

*Signature: [signature]*

*Date: [date]*

*TITLE: Immigration Officer 1130*

Signed on
Signé le _8/11/05_     at
à _St. John, N.L._     [signature of member/du commissaire]

[dd] [mm] [year/année]    [city/ville]

I have faithfully and accurately interpreted in the
J'ai interprété fidèlement et exactement en _____ language the information provided above.
les renseignements précités.

[dd] [mm] [year/année]    [given names and name of interpreter in block letters / prénoms et nom de l'interprète en lettres moulées]    [signature]

I fully understand the above decision. / Je comprends parfaitement la décision ci-dessus.

**MR 138**

_8/1/04_     _Mark Rolfrما_     X _Mark Rifما_

[dd] [mm] [year/année]    [given names and name of person concerned in block letters / prénoms et nom de la personne en cause en lettres moulées]    [signature]

IRB / CISR - 672 (06/02)

**Canada**



Immigration and
Refugee Board

Commission de l'immigration
et du statut de réfugié

Fil. No. / N° de dossier : _A4 - 0106-5_

Immigration
Division

Section de
l'immigration

CIC ID No. / N° d'Ident. de CIC : _1271-857_

# Detention Order / Ordonnance de mise en détention

In the matter of the Minister of Citizenship and Immigration and
Dans l'affaire du ministre de la Citoyenneté et de l'Immigration et de _____

[name, given names of person concerned / nom, prénoms de la personne en]

DOB / DDN : _____    Citizenship / citoyenneté : _____ U.A. _____
[dd] [mm] [year/année]

Before
Devant : _____ , Member of the Immigration Division
, commissaire de la Section de l'immigration

[given names and name in block letters / prénoms et nom en lettres moulées]

Pursuant to section 58 of the *Immigration and
Refugee Protection Act*, the Immigration Division
orders that the person concerned named above be
detained forthwith for

Conformément aux dispositions de l'article 58 de la
*Loi sur l'immigration et la protection des réfugiés*, la
Section de l'immigration ordonne que la personne en
cause nommée ci-dessus soit détenue immédiateme
à des fins

| an examination. | ☐ | de contrôle. |
| an admissibility hearing. | ☐ | d'enquête. |
| removal. | ☒ | de renvoi. |
| other reasons. *[specify]* | ☐ | d'autres motifs. *[précisez]* |

I certify that this is a true and faithful c
of the original document which does n
appear to have been altered in any wa

Signature: _____

Date: _20 Dec 2004_

TITLE:    Immigration Officer /130

**MR 139**

Signed on
Signé le _____    at
à _____    _____
[dd] [mm] [year/année]    [city/ville]    [signature of member/commissaire]

**Briggs.Paula**

| | |
|---|---|
| From: | Moran.Ken |
| Sent: | October 25, 2004 11:05 AM |
| To: | Briggs.Paula |
| Subject: | RE: Rolfsema |

Thanks for this Paula. It is of the utmost urgency that we get a handle on his true state. If he were to act up at the law firm during or after the Hearing then the repercussions could be enormous. We don't have taser capability and the escorts could be in danger not to mention the risk to other parties who may be in the area. There is also the danger to property in that small hearing room. Has anyone evaluated him as to his mental and emotional health and is there a plan for the jail to do such evaluation? I am wondering if he is of such a state that he should not be moved for his hearing and that his stabilization is necessary before proceeding outside of the jail due to safety issues. There is also the question of a possible need for a guardian if he is unable to function or understand the proceedings. I note you are going down tomorrow but bear in mind that the review of detention is set for tomorrow afternoon. Ken

-----Original Message-----

| | |
|---|---|
| From: | Briggs.Paula |
| Sent: | October 25, 2004 10:39 AM |
| To: | Moran.Ken |
| Subject: | Rolfsema |

FYI

I had a call from the jail and apparently Mr. Rolfsema had a violent episode Friday night. And had to be tasered. To paraphrase the jail it was almost as if he was in a psychotic state and had superhuman strength because the taser had very little effect on him. And he has refused to flush his toilet, etc. Today he was asking for a shower. Previous to this his behaviour has been a little off but never violent like Friday. One day he collapsed to the gym floor and pretended to pass out but the Nurse took all his vitals etc and he was fine.

I am going down tomorrow and will talk to him then.
Paula


Paula E. Briggs
Citizenship and Immigration Officer
Fredericton NB
Tel: 506-452-4144
Fax:506-452-3392

I certify that this is a true and faithful copy
of the original document which does not
appear to have been altered in any way.

Signature: _P/Briggs_

Date: 20 Dec 2004

TITLE: Immigration Officer, 1136


MR 140

OCT 05 2004 10:34 De CISR - IMMIGRATION   4 496 2252 A  15066343612        P



Immigration and        Commission de l'immigration        File No. / N° de dossier : **A4-01063**
Refugee Board          et du statut de réfugié

**Immigration**        **Section de**                     CIC ID No. / N° d'ident. de CIC : **4271-8579**
**Division**           **l'immigration**

# Detention Order / Ordonnance de mise en détention

In the matter of the Minister of Citizenship and Immigration and
Dans l'affaire du ministre de la Citoyenneté et de l'Immigration et de **WOLFSOHN   MARK  GEORG**
[name, given names of person concerned / nom, prénoms de la personne en cause]

DOB / DDN : **28-8-52**           Citizenship / citoyenneté : **USA**
[dd] [mm] [year/année]

Before
Devant : **Pierre Turmel**                          , Member of the Immigration Division
[given names and name in block letters / prénoms et nom en lettres moulées]    , commissaire de la Section de l'immigration

Pursuant to section 58 of the *Immigration and*        Conformément aux dispositions de l'article 58 de la
*Refugee Protection Act*, the Immigration Division      *Loi sur l'immigration et la protection des réfugiés*, la
orders that the person concerned named above be        Section de l'immigration ordonne que la personne en
detained forthwith for                                 cause nommée ci-dessus soit détenue immédiatement
                                                        à des fins

an examination. ☐    de contrôle.

an admissibility hearing. ☒    d'enquête.

removal. ☐    de renvoi.

other reasons. ☐    d'autres motifs.
[specify]         [précisez]

I certify that this is a true and faithful copy
of the original document which does not
appear to have been altered in any way.

Signature: *P. Brigg*

Date: *20 Dec 2004*

TITLE: Immigration Officer, /13 C

*AN VIDEO*

Signed on **5 10 04**    at     **MONTREAL QUE**                              MR 141
Signé le
[dd] [mm] [year/année]    à    [city/ville]        [signature of member/signature du commissaire]

IRB / CISR - 672 (02/03)        PERSON CONCERNED / PERSONNE EN CAUSE        Canada

** PAGE TOTALE

**Officer Notes**

Client: 4271-8579
    ROLFSEMA, Mark (DOB: 28August, 1952)
    Citizen: USA
    Male
    Mass. Driver's Lic: S00423125

Client entered Canada on Sept 24, 2004 at a non-designated entry point.
Client was arrested by the RCMP and turned over to Immigration on Sept 24, 2004 at Fiorenceville NB.
Client detained and detention review and Admissibility Hearing dates set.
Client further detained.
Client expressed interest in seeking "asylum in Canada".
Client given IMM5500 and IMM5474 Sept 30, 2004
Client is subject of a Warrant for Arrest issued by the United States District Court, District of Massachusetts in the City of Boston on Sept 26, 2004. The Warrant for Arrest was issued for the purpose of bringing the client to the nearest Magistrate Judge to answer a Complaint charging him with possession of child pornography in violation of Title 18 United States Code, Section 2252(a)(4)(b).
Client seen October 4, 2004 and did not wish to submit claim.
Client submitted claim on October 5, 2004 before his Admissibility hearing commenced. Admissibility hearing delayed so client could seek legal counsel.
Eligibility determined October 5, 2004.
Officer notes attached.

*Paula Briggs*

Paula Briggs
CIC 1614
Fredericton, NB

I certify that this is a true and faithful copy of the original document which does not appear to have been altered in any way.
Signature: *P Briggs*
Date: 20 Dec 2004
TITLE:
    Immigration Officer 1130

**MR 142**

 Citizenship and
Immigration Canada

Citoyenneté et
Immigration Canada

CIC
Fredericton

File
4271-8579

### CIC REPORT TO FILE

Date
28 Sept 2004

Foss ID

Communication

☐ Telephone    ☒ Interview    ☐ File Review

Subject
ROLFSEMA Mark

Narrative / Notes

Detention Review held for ROLFSEMA, Mark 28Sep 2004, Saint John Regional Correctional Centre. Present at Review were ROLFSEMA and myself, Immigration Officer Paula Briggs.

Telephone call: Hearings Officer Ken Moran in Halifax and Adjudicator in Montreal.
14:05: Presentation of documents to client:copies of 44 reports, copy of birth registration, referral for Admissibility Hearing, copy of US warrant, summary of notes for Detention Review.

Hearing commenced. Procedure explained to client. Hearing taped in Montreal.
Client requested that he be released into the care of a relative.  (Patricia Rolfsema)
Client does not remember saying " I thought that it was all catching up with me and I just wanted to get away."
This Officer was sworn in and asked to testify to the truth of the statement. Testimony given that the client did say this comment.

Decision rendered: Review of the case. Detention continued for 7 more days. Admissibility Hearing scheduled for October 5, 2004 and detention review to be done at the same time.
Detention review completed.

Spoke with Hearings Officer Moran after the Adjudicator left the telephone line. Client asked how he would seek asylum in Canada. Hearings Officer directed him to the Immigration Officer and signed off. Call completed.

Present in the Interview Room: Rolfsema and Officer Briggs
Some discussion on procedures for further reviews and hearings. Client restated that he does not remember making comment. Client asked "So you want to trap me?" The client also stated: "I told the truth to you in the interview. I didn't do anything. Nothing was ever done. No money was ever taken. Nothing was done outside my apartment". Client questioned me about anything I may have sent to the US. I told the client that the US wanted to know if he was still detained. I asked if he was referring to anything in particular and his answer was 'No. Nothing in particular.'

Action / Follow-up Required

con't on page 2

I certify that this is a true and faithful copy of the original document which does not appear to have been altered in any way.

Signature:

Date:

TITLE:    Immigration Officer  /13 0

BCA-2174 (06-1998)

Print Name / Signature

**MR 143**

Canadä

| ★ | Citizenship and Immigration Canada | Citoyenneté et Immigration Canada | | CIC |
|---|---|---|---|---|
| | | | | Fredericton |

**CIC REPORT TO FILE**

File
4271-8579

| Communication | | | | Date |
|---|---|---|---|---|
| | ☐ Telephone | ☒ Interview | ☐ File Review | 28 Sept 2004 |

Foss ID

Subject

. ROLFSEMA Mark

Narrative / Notes

Con't:

Present in the Interview Room: Rolfsema and Officer Briggs

When questioned about why Immigration was dealing with his ex-wife and not his present wife he said that it was because all the people were together (ex-wife, daughters and parents) and it was easier to do it that way.

Mr. ROLFSEMA asked again how to seek asylum in Canada. I told him that I was not sure of the procedures but that I would get back to him about it. He asked "before the hearing?" and I answered yes.
Concluded.

Arrangements were made for the client to meet with his ex-wife Patricia Rolfsema at the Correctional Centre. When speaking to Patricia Rolfsema she indicated to me that she hoped he would be released today ( Sept 28, 2004). I told her that he would continue to be detained until his hearing on OCtober 5th. I gave her my business card and asked her to call me if required.  WIll have ROLFSEMA sign an Authority to disclose for Patricia Rolfsema.

Paula Briggs
CIC Officer, Fredericton NB.

Action / Follow-up Required

con't on page 2

I certify that this is a true and faithful copy of the original document which does not appear to have been altered in any way.

Signature: *P. Briggs*

Date: 28 Du 2004

TITLE:    Immigration Officer /130

Paula Briggs
Print Name / Signature

**MR 144**

Canada

BCA-2174 (06-1998)

SEP 28 2004 13:50 DE CISR    MMFORWARD    49XXXXXXXXX    P.02/02



Immigration and
Refugee Board

Commission de l'immigration
et du statut de réfugié

File No. / N° de dossier    *AY- 01063*

Immigration
Division

Section de
l'immigration

CIC ID No. / N° d'ident. de CIC    *4371-8549*

## Detention Order / Ordonnance de mise en détention

In the matter of the Minister of Citizenship and Immigration and
Dans l'affaire du ministre de la Citoyenneté et de l'Immigration et de _*BOLFSEMA, Mark*_
[name, given names of person concerned / nom, prénoms de la personne en cause]

DOB / DDN : _*28/8/52*_    Citizenship / citoyenneté _*U.S.A.*_
[dd] [mm] [year/année]

Before
Devant : _*Louis Dubé*_ , Member of the Immigration Division
[given names and name in block letters / prénoms et nom en lettres moulées] , commissaire de la Section de l'immigration

Pursuant to section 58 of the *Immigration and Refugee Protection Act*, the Immigration Division orders that the person concerned named above be detained forthwith for

Conformément aux dispositions de l'article 58 de la *Loi sur l'immigration et la protection des réfugiés*, la Section de l'immigration ordonne que la personne en cause nommée ci-dessus soit détenue immédiatement à des fins

an examination. ☐ de contrôle.

an admissibility hearing. ☒ d'enquête.

removal. ☐ de renvoi.

other reasons. ☐ d'autres motifs.
*[specify]*    *[précisez]*

I certify that this is a true and faithful copy of the original document which does not appear to have been altered in any way.

Signature: _P. Briggs_

Date: _20 Dec 2004_

TITLE: _Immigration Officer_ / 130

Signed on
Signé le _28/9/04_    at _Montreal_
[dd] [mm] [year/année]    à [city/ville]

_Louis M_
[signature of member/du commissaire]

**MR 145**

IRB / CISR - 673 (02/03)    PERSON CONCERNED / PERSONNE EN CAUSE    Canada

Telephone Review of Detention re
Mark Rolfsema
id:4271-8579

28SEP04

Mr. Rolfsema is a citizen of the USA by virtue of birth on 28 August, 1952 at Philadelphia, Pennsylvania. He is married but presently separated from his spouse. Mr. Rolfsema is a resident of Andover, Massachusetts where he shares an apartment with his daughter. He is presently on a one week leave from his employment with the Census Department in Massachusetts where he works as a field representative doing field surveys.

Mr. Rolfsema has $600.00 in US currency in his possession and a debit card. He does not have any credit cards with him.

CIC records indicate that Mr. Rolfsema was in Canada on at least one other occasion as he was issued a Visitor Record at CIC Stanstead on 13 September, 2000 valid to 18 September, 2000.

On 24 September, 2004 Mr. Rolfsema came into Canada without complying with the requirement of subsection 18(1) of the Immigration and Refugee Protection Act (IRPA). On the same date he was arrested by the RCM Police when they found him in a barber shop having his hair cut and his beard trimmed. Later in the day he was interviewed by an Immigration Officer. During the course of the interview Mr. Rolfsema admitted to the following facts:

- that he was aware that he had not come into Canada at a designated entry point;

- that he stated that he did not know that persons travelling on foot had to report to be examined prior to coming into Canada;

- that he had spent the last two days driving around and sleeping in the back seat of his car and that he brought no luggage with him into Canada;

- that he left his car in the United States, although he is not sure exactly where he left it, and proceeded on foot, through a creek, to come into Canada;

- that he does not have any friends or relatives in Canada;

- that he was not sure where he was going in Canada;

I certify that this is a true and faithful copy of the original document which does not appear to have been altered in any way.

Signature: _____

Date: _____

**MR 146**

TITLE:    Immigration Officer  / 13 &

- that he had no plans as to accommodation other than he planned to sleep in the woods;

- that he had no idea as to how long he was going to stay in Canada and was going to take one day at a time;

- that he originally stated that he had come to Canada for the purpose of "leaf peeping" which is to say he wanted to observe the fall foliage;

- that he stated that he was aware that the Federal authorities were investigating him for internet activities involving minors;

- that he stated that 8 or 9 days earlier the FBI had been to his apartment to talk to him and he refused them entry;

- that he stated that he was aware that the FBI had searched his apartment on or about 23 September, 2004;

- when asked by he didn't drive across the border in his car he replied: "I thought that it was all catching up with me and I just wanted to get away."

Mr. Rolfsema is the subject of Warrant for Arrest issued by the United States District Court, District of Massachusetts in the City of Boston on 26 September, 2004. This Warrant for Arrest was issued for the purpose of bringing Mr. Rolfsema to the nearest magistrate judge to answer a Complaint charging him with possession of child pornography in violation of Title 18 United States Code, Sections 2252(a)(4)(b).

**Recommendation:** That the detention of Mr. Rolfsema be maintained to ensure his appearance at an Admissibility Hearing. This recommendation is made after considering all of the information previously noted which include Mr. Rolfsema's admissions to certain facts.

All of which is respectfully submitted.

I certify that this is a true and faithful copy of the original document which does not appear to have been altered in any way.

Signature: _Pilrign_

Date: _24 Dec 2004_

TITLE:

_Immigration Officer_ / / 3 0    MR 147

**FOSS ID 4271-8579- ROLFSEMA, Mark**
**INTERVIEW NOTES**

On Sept 24, 2004 at approximately 17:30 the subject Mark ROLFSEMA was interviewed at the RCMP detachment in Florenceville. Present was Mr. Rolsema and myself, Immigration Officer Paula Briggs.

During the interview the client, Mr. Rolfsema stated the following:

He is an American citizen, born in the United States and lives in Andover Mass. in an apartment with this daughter.  On Friday, September 24, 2004 he parked his car and proceeded to walk and hike for about 20 minutes in the direction of Canada. He didn't realize that people on foot had to make a stop to enter into Canada. He said he was not sure where he had left his vehicle. He said he wanted to enter Canada to do some 'leaf peeping', (look at Fall foliage). It was his first time in New Brunswick.  He spent the last two days in Maine driving around in the car, and sleeping in the back seat at night. He said he had no bags with him when he entered Canada.

He is employed as a part-time 'field representative', for Census. He conducts surveys as an employee of the Government.
Initially Mr. Rolfsema stated that he planned to stay in Canada a couple of days but later in the interview he stated that he didn't have any plans and didn't know how long he was going to stay but rather 'just take one day at a time'. He had no accommodations planned and said that he was going to sleep in the woods.  Mr. Rolfsema entered Canada with approximately $600.00 US, debit card and no credit cards.  He said he was on leave from work; a holiday, or sick leave.

Mr. Rolfsema appeared knowledgeable about entering Canada and the procedure of reporting to a Border entry point. He entered Canada in Sept 2000 for a personal visit. He stated that he came to Canada for a one day sight-seeing visit in Montreal. He was accompanied by a couple of family members; daughter and friends. (FOSS notes documented for Sept 2000)

During the interview Mr. Rolfsema stated the following: "I have had no trouble with the law. But there is potential for trouble with the law, not in Canada". He stated that the FBI came to visit him at his apartment 8 or 9 days ago but he refused to let them in. They told him to call them (FBI) back or have a lawyer call them.  He said he had a problem coming up with the money for a lawyer. He said he contacted his daughter yesterday (23 Sept) and she told him that the FBI had searched his apartment. He stated that the FBI is investigating him for Internet Activity involving minors. He claims his innocence.

Upon entering Canada, (by way of hiking and going through a creek as described by Mr. Rolfsema) he saw a woman having a yard sale. He stopped and purchased the sweater he was wearing during the interview and had some water.  Then he went into a barbershop close by and had his hair cut and beard trimmed.

I certify that this is a true and faithful copy of the original document which does not appear to have been altered in any way.

**MR 148**

Signature: _(signature)_

Date: 20 Dec 2004

TITLE:    Immigration Officer  130

The information Mr. Rolfsema provided about the car he was driving was the following: he bought it from an acquaintance and paid $4800. for it. He was making $400. monthly payments to the lady he bought it from. Car is still insured by the lady who owned it. The back of the title paper had been signed by both the lady who owned it and Mr. Rolfsema. He stated that "she is someone I know from the local area and she lives in Chelmsford. She has knowledge that I have the car." (Note: To date the owner of the car had not been located in the US)

During the interview Mr. Rolfsema stated the following: I like to listen to people. If you don't judge them they will tell you anything. I called a reporter a few days ago and tried to talk to her but she was on maternity and I was supposed to fax the information but I didn't". When questioned about this Mr. Rolfsema stated that he had been talking with someone on the Internet about abuse and he wanted to tell the reporter. He stated that a year ago he had talked to someone about the Catholic priest abuse also.

At times Mr. Rolfsema appeared very agitated, especially when the subject of the FBI was brought up. He stated many times that he was innocent and wanted to be able to explain this to the people in the US. He stated that sometimes he suffers from panic attacks, anxiety disorder and a bad back. He stated that he was not taking any medication.

I explained to Mr. Rolfsema the procedures that Immigration would follow regarding his dentention and entering into Canada without authorization and he told me he understood. He contacted his daughter in Mass. And asked her to fax this Officer copies of his Birth Certificate and Passport.

Shortly before the Sherrif's office arrived to pick up Mr. Rolfsema. RCMP Officer Jean-Louis DuMont and myself were sitting with Mr. Rolfsema. When asked why he just didn't drive across the Border in the car he said " I thought that it was all catching up with me and I just wanted to get away".

The Sheriff's office transported Mr. Rolfsema from the RCMP Florenceville detachment at approximately 20:30.


Paula Briggs
CIC Immigration Officer


I certify that this is a true and faithful copy of the original document which does not appear to have been altered in any way.

Signature: Pbriggs

Date: 20/12 2004

TITLE: ___ Immigration Officer, 1130

**MR 149**

**Citizenship and Immigration Canada** / **Citoyenneté et Immigration Canada**

### SUBSECTION 44(1) AND 55 HIGHLIGHTS - INLAND CASES (Short)
### PARAGRAPHE 44(1) ET 55 FAITS SAILLANTS - CAS DANS LES BUREAUX INTÉRIEURS (court)

| CIC FILE / DOSSIER DU CIC | RHO FILE / DOSSIER DE L'AC | CLIENT ID / NUMÉRO DU CLIENT |
|---|---|---|
| 1614 | | 4271-8579 |

| TO / À | | FROM / IMMIGRATION OFFICER / DE L'AGENT D'IMMIGRATION |
|---|---|---|
| Minister's Delegate | | Paula Briggs |

| SURNAME / NOM DE FAMILLE | GIVEN NAMES / PRÉNOMS | | ALIAS(S) / NOM D'EMPRUNT |
|---|---|---|---|
| ROLFSEMA | Mark | | |

| DATE OF BIRTH / DATE DE NAISSANCE | COUNTRY OF BIRTH / PAYS DE NAISSANCE | CITIZENSHIP / CITOYENNETÉ | CLPR / DPRP |
|---|---|---|---|
| 28 APR 1952 | USA | USA | USA |

| MARITAL STATUS / ÉTAT MATRIMONIAL | HEIGHT / TAILLE | WEIGHT / POIDS | SEX / SEXE | HAIR / CHEVEUX | EYES / YEUX | DISTINGUISHING MARKS / SIGNES DISTINCTIFS |
|---|---|---|---|---|---|---|
| Separated | 6-01 | 190 | m | Brown | Blue | |

**ADDRESS AND PHONE NUMBER IN CLPR / ADRESSE ET NUMÉRO DE TÉLÉPHONE DANS DPRP**
800 BullFinch Dr. APt 301 Andover Mass 01810-1135

| IDENTIFICATION DOCUMENTS / PIÈCES D'IDENTITÉ | FUNDS / FONDS |
|---|---|
| DL-Mass S00423125 | 600. |

| DATE OF ENTRY / DATE D'ENTRÉE | PORT OF ENTRY / POINT D'ENTRÉE | STATUS / STATUT | VALID / VALIDATION |
|---|---|---|---|
| 24Sep2004 | | | |

| DOCUMENTED / DOCUMENTATION | ☐ | TYPE | SERIAL # / NUMÉRO DE SÉRIE | REFUGEE CLAIMANT / REVENDICATEUR DU STATUT DE RÉFUGIÉ | ☐ |
|---|---|---|---|---|---|

**ADDRESS AND PHONE IN CANADA / ADRESSE ET TÉLÉPHONE AU CANADA**
N/A

**FRIENDS OR RELATIVES IN CANADA (NAME, STATUS, ADDRESS) / AMIS OU PARENTS AU CANADA (NOMS, ÉTAT, ADDRESSES)**
N/A

**VIOLATION / INFRACTION**
A 36 (2) (c)

| ARRESTED WITHOUT WARRANT / ARRÊTÉ SANS MANDAT | ☒ | ARRESTED WITH WARRANT / ARRÊTÉ AVEC MANDAT | ☐ |
|---|---|---|---|
| (DANGEROUS / VIOLENT) / (DANGEREUX / VIOLENT) | ☐ | ESCAPE PRONE / SUJET À S'ÉCHAPPER | ☐ |

**IF ARRESTED, PROVIDE REASONS / SI ARRÊTÉ, POUR QUELLE RAISON**
Client failed to report to a Border point when entering Canada. Client stated that he was aware he did not enter at a designated Border Entry point. Client stated that he does not have any friends or relatives in Canada. No plans for accomodations or length of stay. Client subject of a Warrant for Arrest in the USA. Client may not appear for hearing.

| INTERPRETER REQUIRED / INTERPRÈTE REQUIS | ☐ | INTERPRETER LANGUAGE / LANGUE INTERPRÉTÉE |
|---|---|---|

**REMARKS / OBSERVATIONS**
Client was arrested and detained by the RCMP on Sept 24, 2004 in FLorenceville, NB for illegally enetring Canada.
Client was interviewed by this Officer on Sept 24, 2004 in FLorenceville NB.
Client was aware of the following upon entry into Canada:
- the FBI visited his apt 8 or 9 days before he entered Canada.
- client was being investigated for illegal Internet activity regarding minors.
-the FBI searched his apartment on Sept 23, 2004 ( told to the client by his daughter )

On the 26 Spet 2004 a Warrant for Arrest was issued for the client; Mark ROLFSEMA. charging him with; knowingly possessing one or more books, magazines, eprindicals. films. videotapes, or other matter which contain any visual deciction that has been mailed, or has been shipped or transported in interstate or foreign comerca, by any means including by computer, the producing of such visual depictions having involved the use of minors engaging in sexually explicit, and such visual depictions being of such conduct.

I certify that this is a true and faithful c[opy]
of the original document which does no[t]
appear to have been altered in any way

Signature: _____

Date: 21 Dec 2004

TITLE: Immigration Officer  1130

**RECOMMENDATIONS AND REASONS / RECOMMANDATIONS ET MOTIFS**
This Officer recommends that this client be referred for an Admissibility Hearing.

| SIGNATURE OF OFFICER / SIGNATURE DE L'AGENT | DATE |
|---|---|
| | Oct 1 /04 |

| MINISTER'S DELEGATE REVIEW/DECISION / DÉCISION DU DÉLÉGUÉ | REVIEW BY SUPERVISOR / REVISION PAR LE SUPERVISEUR |
|---|---|
| J Blair | |

| NAME/TITLE / NOM/TITRE | NAME / NOM |
|---|---|
| Janet Blair  A/Director | |

| DATE | DATE |
|---|---|
| 1 Oct 04 | |

| SIGNATURE OF MINISTER'S DELEGATE / SIGNATURE DU DÉLÉGUÉ | SUPERVISOR'S SIGNATURE - SIGNATURE DU SUPERVISEUR |
|---|---|
| J Blair | **MR 150** |

BCA 5084 (06-2002) B

Canada

Citizenship and    Citoyenneté et
Immigration Canada    Immigration Canada

SUBSECTION 44(1) AND 55 HIGHLIGHTS - INLAND CASES (Short)
PARAGRAPHE 44(1) ET 55 FAITS SAILLANTS - CAS DANS LES BUREAUX INTÉRIEURS (court)

| CIC FILE / DOSSIER DU CIC | RHO FILE / DOSSIER DE L'AC | CLIENT ID / NUMÉRO DU CLIENT |
|---|---|---|
| 4271-8579 | | |

| TO / À | FROM IMMIGRATION OFFICER / DE L'AGENT D'IMMIGRATION |
|---|---|
| Minister's Delegate | Paula Briggs |

| SURNAME / NOM DE FAMILLE | GIVEN NAMES / PRÉNOMS | ALIAS(S) / NOM D'EMPRUNT |
|---|---|---|
| Rolfsema | Mark | |

| DATE OF BIRTH / DATE DE NAISSANCE | COUNTRY OF BIRTH / PAYS DE NAISSANCE | CITIZENSHIP / CITOYENNETÉ | CLPR / DRPR |
|---|---|---|---|
| | USA | USA | USA |

| MARITAL STATUS / ÉTAT MATRIMONIAL | HEIGHT / TAILLE | WEIGHT / POIDS | SEX / SEXE | HAIR / CHEVEUX | EYES / YEUX | DISTINGUISHING MARKS / SIGNES DISTINCTIFS |
|---|---|---|---|---|---|---|
| Separated | 6-01 | 190 | M | Brown | Blue | |

| ADDRESS AND PHONE NUMBER IN CLPR / ADRESSE ET NUMÉRO DE TÉLÉPHONE DANS DPRP | |
|---|---|
| 800 Bullfinch Dr. Apt 301, Andover Mass 01810-1135 | |

| IDENTIFICATION DOCUMENTS / PIÈCES D'IDENTITÉ | FUNDS / FONDS |
|---|---|
| DL-Mass S00423125 | 600. |

| DATE OF ENTRY / DATE D'ENTRÉE | PORT OF ENTRY / POINT D'ENTRÉE | STATUS / STATUT | VALID / VALIDATION |
|---|---|---|---|
| 24Sep2004 | | | |

| | TYPE | SERIAL # / NUMÉRO DE SÉRIE | REFUGEE CLAIMANT |
|---|---|---|---|
| DOCUMENTED / DOCUMENTATION ☐ | | | REVENDICATEUR DU STATUT DE RÉFUGIÉ ☐ |

| ADDRESS AND PHONE IN CANADA / ADRESSE ET TÉLÉPHONE AU CANADA |
|---|
| N/A |

| FRIENDS OR RELATIVES IN CANADA (NAME, STATUS, ADDRESS) / AMIS OU PARENTS AU CANADA (NOMS, ÉTAT, ADRESSES) |
|---|
| N/A |

| VIOLATION / INFRACTION |
|---|
| A 41(a), 18 (1) |

| ARRESTED WITHOUT WARRANT / ARRÊTÉ SANS MANDAT | ☒ | ARRESTED WITH WARRANT / ARRÊTÉ AVEC MANDAT | ☐ |
|---|---|---|---|
| (DANGEROUS / VIOLENT) / (DANGEREUX / VIOLENT) | ☐ | ESCAPE PRONE / SUJET À S'ÉCHAPPER | ☐ |

IF ARRESTED, PROVIDE REASONS / SI ARRÊTÉ, POUR QUELLE RAISON

Client arrested because he failed to report to a Border point when entering Canada. Client stated that he was aware that he did not enter at a designated Border entry point. Client also stated that he does not have any friends or relatives in Canada. He was not sure where he was going in Canada, had no plans to stay anywhere or how long he was going to stay. He planned to sleep in the woods. May notappear *for hearing*

| INTERPRETER REQUIRED / INTERPRÈTE REQUIS | ☐ | INTERPRETER LANGUAGE / LANGUE INTERPRÉTÉE | |
|---|---|---|---|

REMARKS / OBSERVATIONS

Client was arrested and detained by the RCMP on Sept 24, 2004 in FLorenceville, NB for illegally entering Canada.
Client was interviewed by this Officer on Sept 24, 2004 in Florenceville NB and the client stated the following:
-he was aware that he entered Canada where there was no designated Border entry point.
-he left his car in the United States and proceeded on foot, through a creek into Canada
-he initially stated that he came to Canada for 'leaf peeping' (fall foliage) but later stated that he was aware that the Federal authorities (FBI) were investigating him for Internet activity involving minors. He stated that 8 or 9 days earlier the FBI had come to his apartment to talk to him and he refused them entry. He also was aware that the FBI searched his apartment on or about Sept 23, 2004.
-he has had no trouble with the law but there is potential for trouble with the law in the USA.
-he had no plans for his time in Canada. He had no accomodations, no friends or family in Canada and he planned to sleep in the woods. He planned to "take it one day at a time".
-works for Census dept in Mass. as a field representative doing surveys. Currently on a one week leave from work.
-has been to Canada before on a personal sight-seeing trip to Montreal. (documented on FOSS)
-600.00 US cash, debit card, no credit cards.

RECOMMENDATIONS AND REASONS / RECOMMANDATIONS ET MOTIFS

This Officer recommends that the client continue to be detained. The client has admitted that he knowingly evaded the entry border point while entering Canada. He has limited cash, and no credit cards. He has no friends or family in Canada and appears unwilling to return to the United States. He is aware that there is an ongoing investigation with the FBI and felt that things were "catching up with him".

This Officer also recommends that an Admissiblity hearing be requested so that an Exclusion order may be issued.

| SIGNATURE OF OFFICER / SIGNATURE DE L'AGENT | DATE |
|---|---|
| | 27/Sept/04 |

| MINISTER'S DELEGATE REVIEW/DECISION / DÉCISION DU DÉLÉGUÉ | REVIEW BY SUPERVISOR - RÉVISION PAR LE SUPERVISEUR |
|---|---|
| J Blair | J Blair |

| NAME/TITLE / NOM/TITRE | NAME / NOM |
|---|---|
| Supervisor, Inland Operations | |

| DATE | DATE |
|---|---|
| Sept 27/04 | MR 151 |

| SIGNATURE OF MINISTER'S DELEGATE / SIGNATURE DU DÉLÉGUÉ | SUPERVISOR'S SIGNATURE - SIGNATURE DU SUPERVISEUR |
|---|---|
| J Blair | |

BCA 5084 (08-2002) B

TITLE:    Immigration Officer

I certify that this is a true and accurate copy of the original document which does not appear to have been altered in any way.

Signature    Date:

Canada

Headquarters use only - Reserve à l'administration centrale

BB104 665

PAGE:

REPORT UNDER SUBSECTION 44(1)
OF THE IMMIGRATION AND REFUGEE PROTECTION ACT

DOCUMENT NO: N007149375                    OFF FILE NO.: 42718579
CLIENT ID : 4271-8579

TO:   THE MINISTER OF CITIZENSHIP AND IMMIGRATION

FROM: PAULA BRIGGS

IN ACCORDANCE WITH SUBSECTION 44(1) OF THE IMMIGRATION AND REFUGEE PROTECTION
ACT, I HEREBY REPORT THAT:

MARK          ROLFSEMA           BORN 28 AUG 1952 IN U.S.A.

IS A PERSON WHO IS:

     A FOREIGN NATIONAL WHO HAS NOT BEEN AUTHORIZED TO ENTER CANADA

AND WHO, IN MY OPINION, IS INADMISSIBLE PURSUANT TO:

PARAGRAPH 36(2)(C)
     PARAGRAPH 36(2)(C) IN THAT THERE ARE REASONABLE GROUNDS TO BELIEVE IS
     A FOREIGN NATIONAL WHO IS INADMISSIBLE ON GROUNDS OF CRIMINALITY FOR
     COMMITTING AN ACT OUTSIDE CANADA THAT IS AN OFFENCE IN THE PLACE
     WHERE IT WAS COMMITTED AND THAT, IF COMMITTED IN CANADA, WOULD
     CONSTITUTE AN INDICTABLE OFFENCE UNDER AN ACT OF PARLIAMENT.

THIS REPORT IS BASED ON THE FOLLOWING INFORMATION:

THAT  MARK          ROLFSEMA

IS NOT A CANADIAN CITIZEN
IS NOT A PERMANENT RESIDENT OF CANADA
IS THE SUBJECT OF A WARRANT FOR ARREST ISSUED BY THE UNITED
STATES DISTRICT COURT, DISTRICT OF OF MASSACHUSETTS IN THE
CITY OF BOSTON ON 28 SEPTEMBER, 2004. THIS WARRANT WAS ISSUE
D FOR THE PURPOSE OF BRINGING MR.MARK ROLFSEMA TO THE
NEAREST MAGISTRATE JUDGE TO ANSWER A COMPLAINT CHARGING HIM
WITH POSSESSION OF CHILD PORNOGRAPHY IN VIOLATION OF TITLE
18 UNITED STATES CODE, SECTIONS 2252(A)(4)(B).

I certify that this is a true and faithful copy
of the original document which does not
appear to have been altered in any way.

Signature:

Date:

TITLE:  Immigration Officer          1/130

THIS FORM HAS BEEN ESTABLISHED BY THE MINISTER OF CITIZENSHIP AND IMMIGRATION - THIS DOCUMENT IS THE PROPERTY OF THE GOVERNMENT OF C
FORMULAIRE ETABLI PAR LE MINISTRE DE LA CROIX ET DE L'IMMIGRATION - LE PRESENT DOCUMENT EST LA PROPRIÉTÉ DU GOUVERNEMENT DU C

IMM 1442 (03-2003) B
GENERIC - GENERIQUE          Canada          MR 152

Citizenship and
Immigration Canada — Citoyenneté et Immigration Canada

PROTECTED WHEN COMPLETED

Headquarters use only - Reservé à l'administration centrale

BB104 665

PAGE :

DOCUMENT NO: N°07149375        NAME: MARK        ROLFSEMA

I HAVE BEEN INFORMED VIA A TELEPHONE CONVERSATION ON 29SEPTEM
BER, 2004, WITH FBI SPECIAL AGENT MELISSA LAWSON, BOSTON MAS
S DIVISION, THAT AS A RESULT OF EXECUTING A SEARCH WARRANT
23SEPTEMBER, 2004 THE FOLLOWING ITEMS WERE SEIZED FROM MR.
ROLFSEMA'S APARTMENT:
-100 COMPACT DISC'S AND 400 FLOPPY DISC'S
-ABOUT 100 VHS TAPES AND SOME CASSETTE TAPES
-A COUPLE OF PHOTOGRAPH'S OF CHILDREN, ONE OF WHICH IS FOCUS
ED ON A BABY'S VAGINA
-A COUPLE OF PRINTS FROM A FILM OF PICTURES OF CHILDREN TAKE
N WHILE  THEY WERE IN A BATH TUB
  INTERNET PAPERS IDENTIFYING USER ID'S AND PASSWORDS
TO DATE APPROXIMATELY ONE-THIRD OF THE DISC'S HAVE BEEN EXAM
INED AND OF THE APPROXIMATELY 4000 IMAGES LOOKED AT SO FAR
30-50% OF THEM CONTAIN CHILD PORNOGRAPHY.
COMMITTING THE ACT OF POSSESSION OF CHILD PORNOGRAPHY OUTSID
E CANADA BY MR. ROLFSEMA IS AN OFFENCE PURSUANT TO TITLE 18,
  SECTION 2252(A)(4)(B) OF THE UNITED STATES CODE PROVIDING
CERTAIN REQUIREMENTS OF THAT LAW ARE MET SUCH AS THE MAILING
, SHIPPING OR TRANSPORTING OF THE CHILD PORNOGRAPHY IN INTER
STATE OR FOREIGN COMMERCE,BY ANY MEANS INCLUDING BY COMPUTER
THIS SECTION MAKES REFERENCE TO THE TERM "CHILD PORNOGRAPHY"
  AND THE UNITED STATES CODE AT SECTION 2256(8) DEFINES
"CHILD PORNOGRAPHY" TO BE THAT PORNOGRAPHY THAT VISUALLY DEP
ICTS MINORS IN SEXUALLY EXPLICIT CONDUCT. THE TERM "MINOR"
IS DEFINED AT SECTION 2256(1) OF THE UNITED STATES CODE AS
"MEANS ANY PERSON UNDER THE AGE OF EIGHTEEN YEARS".
POSSESSION OF CHILD PORNOGRAPHY IS ALSO AN OFFENCE PURSUANT
CHAPTER 272, SECTION 29C OF THE GENERAL LAWS OF
MASSACHUSETTS FOR WHICH THERE IS NO REQUIREMENT THAT THE CHI
LD PORNOGRAPHY BE MAILED, SHIPPED OR TRANSPORTED IN INTERSTA
TE OR FOREIGN COMMERCE. IT IS ONE REQUIREMENT OF THIS SECTIO
N THAT THE CHILD DEPICTED IN THE PORNOGRAPHIC MATERIAL BE
UNDER 18 YEARS OF AGE.
IF COMMITTED IN CANADA POSSESSION OF CHILD PORNOGRAPHY
CONSTITUTES AN INDICTABLE OFFENCE PURSUANT TO SECTION
163.1(4) OF THE CRIMINAL CODE FOR WHICH A CONVICTED PERSON
WOULD BE LIABLE TO A TERM OF IMPRISONMENT NOT EXCEEDING FIVE
YEARS. SECTION 163.1(1) DEFINES "CHILD PORNOGRAPHY" AND
REQUIRES THAT THE CHILD BE OR IS DEPICTED AS BEING UNDER THE
AGE OF 18 YEARS.

I certify that this is a true and faithful copy
of the original document which does not
appear to have been altered in any way.

Signature:

Date:  20 Dec 2004

TITLE:    Immigration Officer  /130

THIS FORM HAS BEEN ESTABLISHED BY THE MINISTER OF CITIZENSHIP AND IMMIGRATION - THIS DOCUMENT IS THE PROPERTY OF THE GOVERNMENT OF C
FORMULAIRE ETABLI PAR LE MINISTRE DE LA CITOYENNETE ET DE L'IMMIGRATION - LE PRESENT DOCUMENT EST LA PROPRIETE DU GOUVERNEMENT DU C

IMM 1442 (03-2003) B
GENERIC - GENERIQUE

Canada

MR 153

Citizenship and   Citoyenneté et
Immigration Canada   Immigration Canada

PROTECTED WHEN (?)

Headquarters use only - Réservé à l'administration centrale

BB104 665

PAGE:

DOCUMENT NO: NS07149375    NAME: MARK    RULFSEMA

I certify that this is a true and faithful copy
of the original document which does not
appear to have been altered in any way.

Signature: _P. Lloyd_

Date: _23 Dec 2004_

TITLE:    Immigration Officer  1130

DATED AT: _____    ON 01 OCT 2004
          ------------------------   -----------

OFFICER : _____
          --------------------------------------------

THIS FORM HAS BEEN ESTABLISHED F   HE MINISTER OF CITIZENSHIP AND IMMIGRATION - THIS DOCUMENT IS THE PROPERTY OF THE GOVERNMENT OF C
FORMULAIRE ÉTABLI PAR LE MINISTRE DE LA CITOYENNETÉ ET DE L'IMMIGRATION - LE PRÉSENT DOCUMENT EST LA PROPRIÉTÉ DU GOUVERNEMENT DU C

IMM 1442 (03-2003) B
GENERIC - GÉNÉRIQUE

Canadä

MR 154


Citizenship and          Citoyenneté et
Immigration Canada       Immigration Canada

PROTECTED WHEN COMPLETED
PROTÉGÉ UNE FOIS REMPLI

**REFERRAL UNDER SUBSECTION 44(2) OF THE**
***IMMIGRATION AND REFUGEE PROTECTION ACT***
**FOR AN ADMISSIBILITY HEARING**

**DÉFÉRÉ POUR ENQUÊTE AUX TERMES DU PARAGRAPHE 44(2)**
**DE LA *LOI SUR L'IMMIGRATION ET LA PROTECTION DES RÉFUGIÉS***

| FOSS ID no. - N° d'ID SSOBL |
| --- |
| File no. - N° de référence |
| 4271-8579 |

| To: the Immigration Division | À : la Section de l'immigration |
| --- | --- |

I have reviewed the report dated

| D | M | Y |
| --- | --- | --- |
| 01 | 10 | 2004 |

Date

submitted pursuant to Subsection 44(1) of the *Immigration and Refugee Protection Act* concerning

**Rolfsema**
Surname

**Mark**
Given name(s)

Pursuant to Section 44(2) of the *Immigration and Refugee Protection Act*, I hereby refer said report to the Immigration Division for an admissibility hearing to determine if the above-mentioned person is a person described in paragraph(s)

**Act 36 (2)(c)**

of the said act.

J'ai étudié le rapport fait le

| J | M | A |
| --- | --- | --- |

Date

établi conformément au paragraphe 44(1) de la *Loi sur l'immigration et la protection des réfugiés* concernant

**Rolfsema**
Nom

**Mark**
Prénom(s)

Conformément au paragraphe 44(2) de la *Loi sur l'immigration et la protection des réfugiés*, je défère, par les présentes, ledit rapport à la Section de l'immigration pour enquête afin de déterminer si la personne précitée est visée au(x) paragraphe(s)

de ladite Loi.

I certify that this is a true and faithful copy of the original document which does not appear to have been altered in any way.

Signature: *[signature]*

Date: *20 Dec 2004*

TITLE: Immigration Officer /13 0

Dated at **Fredericton**

in the province of **New Brunswick**

this **01** day of **October** of the year **2004**.

Fait à **Fredericton**

dans la province de **New Brunswick**

ce _____ jour de _____ de l'an _____.

*[signature]* Blais) A / Director
Minister's delegate
Délégué du ministre

**MR 155**

THIS FORM HAS BEEN ESTABLISHED BY THE MINISTER OF CITIZENSHIP AND IMMIGRATION
FORMULAIRE ÉTABLI PAR LE MINISTRE DE LA CITOYENNETÉ ET DE L'IMMIGRATION

IMM 1248 (06-2002) B

Canada

Immigration Canada  Immigration Canada

PROTÉGÉ UNE F.

Headquarters use only - Réservé à l'administration centrale

**BB104 665**

PAGE:

REPORT UNDER SUBSECTION 44(1)
OF THE IMMIGRATION AND REFUGEE PROTECTION ACT

DOCUMENT NO: N907144000                    OFF FILE NO.: 42718579
CLIENT ID  : 4271-8579

TO:   THE MINISTER OF CITIZENSHIP AND IMMIGRATION

FROM: PAULA BRIGGS

IN ACCORDANCE WITH SUBSECTION 44(1) OF THE IMMIGRATION AND REFUGEE PROTECTION
ACT, I HEREBY REPORT THAT:

MARK        ROLFSEMA        BORN 28 AUG 1952 IN U.S.A.
------------------------------------------  -----------  --------

IS A PERSON WHO IS:

    A FOREIGN NATIONAL WHO HAS NOT BEEN AUTHORIZED TO ENTER CANADA

AND WHO, IN MY OPINION, IS INADMISSIBLE PURSUANT TO:

PARAGRAPH 41(A)                        :
    SUBSECTION 41(A) IN THAT, ON A BALANCE OF PROBABILITIES, THERE ARE
    GROUNDS TO BELIEVE IS A FOREIGN NATIONAL WHO IS INADMISSIBLE FOR
    FAILING TO COMPLY WITH THIS ACT THROUGH AN ACT OR OMISSION WHICH
    CONTRAVENES, DIRECTLY OR INDIRECTLY, A PROVISION OF THIS ACT,
    SPECIFICALLY:
PARAGRAPH 18(1)                        :
    THE REQUIREMENT OF SUBSECTION 18(1) OF THE ACT THAT EVERY PERSON
    SEEKING TO ENTER CANADA MUST APPEAR FOR AN EXAMINATION TO DETERMINE
    WHETHER THAT PERSON HAS A RIGHT TO ENTER CANADA OR IS OR MAY BECOME
    AUTHORIZED TO ENTER AND REMAIN IN CANADA.

THIS REPORT IS BASED ON THE FOLLOWING INFORMATION:

THAT  MARK        ROLFSEMA
------------------------------------------

IS NOT A CANADIAN CITIZEN
IS NOT A PERMANENT RESIDENT OF CANADA
HAS NOT BEEN AUTHORIZED TO ENTER OR REMAIN IN CANADA
DID NOT PRESENT HIMSELF FOR EXAMINATION WHEN SEEKING TO

I certify that this is a true and faithful copy
of the original document which does not
appear to have been altered in any way.

Signature: *[signature]*

Date: *20 Nov 2004*

TITLE: Immigration Officer    *1130*

THIS FORM HAS BEEN ESTABLISHED BY THE MINISTER OF CITIZENSHIP AND IMMIGRATION - THIS DOCUMENT IS THE PROPERTY OF THE GOVERNMENT OF C
FORMULAIRE ETABLI PAR LE MINISTRE DE LA CITOYENNETE ET DE L'IMMIGRATION - LE PRESENT DOCUMENT EST LA PROPRIETE DU GOUVERNEMENT DU C

IMM 1442 (03-2003) B
GENERIC - GENERIQUE

Canada

**MR 156**



PROTÉGÉ UNE FC

BR104 665

PAGE:

DOCUMENT NO: N907144000    NAME: MARK    ROLFSEMA

ENTER CANADA, TO DETERMINE IF HE HAS A RIGHT TO ENTER CANADA
OR IS OR MAY BECOME AUTHORIZED TO ENTER AND REMAIN IN CANADA

I certify that this is a true and faithful copy
of the original document which does not
appear to have been altered in any way.

Signature: _____

Date: 20 De 2004

TITLE:    Immigration Officer, 1130

DATED AT: _Fredericton_ NB on 25 SEP 2004

OFFICER: _____ 1130

THIS FORM HAS BEEN ESTABLISHED BY THE MINISTER OF CITIZENSHIP AND IMMIGRATION - THIS DOCUMENT IS THE PROPERTY OF THE GOVERNMENT OF C
FORMULAIRE ETABLI PAR LE MINISTRE DE LA CITOYENNETE ET DE L'IMMIGRATION - LE PRÉSENT DOCUMENT EST LA PROPRIÉTÉ DU GOUVERNEMENT DU C

IMM 1442 (03-2003) B
GENERIC · GÉNÉRIQUE

**MR 157**

  Citizenship and    Citoyenneté et
Immigration Canada    Immigration Canada

PROTECTED WHEN COMPLETED    · A
PROTÉGÉ UNE FOIS REMPLI

## REFERRAL UNDER SUBSECTION 44(2) OF THE *IMMIGRATION AND REFUGEE PROTECTION ACT* FOR AN ADMISSIBILITY HEARING

## DÉFÉRÉ POUR ENQUÊTE AUX TERMES DU PARAGRAPHE 44(2) DE LA *LOI SUR L'IMMIGRATION ET LA PROTECTION DES RÉFUGIÉS*

FOSS ID no. - N° d'ID SSOBL

File no. - N° de référence
4271-8579

To:   the Immigration Division

I have reviewed the report dated

| D | M | Y |
|---|---|---|
| 25 | 09 | 2004 |

Date

submitted pursuant to Subsection 44(1) of the *Immigration and Refugee Protection Act* concerning

**Rolfsema**
Surname

**Mark**
Given name(s)

Pursuant to Section 44(2) of the *Immigration and Refugee Protection Act*, I hereby refer said report to the Immigration Division for an admissibility hearing to determine if the above-mentioned person is a person described in paragraph(s)

**Act: 41 (a), 18(1)**

of the said act.

À :   la Section de l'immigration

J'ai étudié le rapport fait le

Date

établi conformément au paragraphe 44(1) de la *Loi sur l'immigration et la protection des réfugiés* concernant

**Rolfsema**
Nom

**Mark**
Prénom(s)

Conformément au paragraphe 44(2) de la *Loi sur l'immigration et la protection des réfugiés*, je défère, par les présentes, ledit rapport à la Section de l'immigration pour enquête afin de déterminer si la personne précitée est visée au(x) paragraphe(s)

de ladite Loi.

I certify that this is a true and faithful copy of the original document which does not appear to have been altered in any way.

Signature: _____

Date: _____

TITLE:   Immigration Officer // 8 2

Dated at   **Fredericton**

in the province of   **New Brunswick**

this   **01**   day of   **October**   of the year   **2004**

Fait à   **Fredericton**

dans la province de   **New Brunswick**

ce _____ jour de _____ de l'an _____

_____
Minister's delegate
Délégué du ministre        A D r

**MR 158**

THIS FORM HAS BEEN ESTABLISHED BY THE MINISTER OF CITIZENSHIP AND IMMIGRATION
FORMULAIRE ÉTABLI PAR LE MINISTRE DE LA CITOYENNETÉ ET DE L'IMMIGRATION

IMM 1248 (06-2002) B

 Canada

Citizenship and
Immigration Canada

Citoyenneté et
Immigration Canada

PROTECTED WHEN COMPLETED
PROTÉGÉ UNE FOIS REMPLI      - B

# ORDER FOR DETENTION
# ORDONNANCE DE DÉTENTION

FOSS no. - N° SSOBL

4271 5579

TO:
POUR: *Saint John Regional Correction Institute*

In accordance with the provisions of section 55 of the *Immigration and Refugee Protection Act*.
Conformément aux dispositions de l'article 55 de la *Loi sur l'immigration et la protection des réfugiés*.

I hereby order that
J'ordonne, par les présentes, que        *Mira Rousenr*        be detained
soit détenu(e)

forthwith for
immédiatement aux fins

☐ an examination
d'un contrôle

☑ an admissibility hearing
d'une enquête

☐ removal
d'un renvoi

☐ a proceeding that could lead to Minister's determination under A44(2)
d'une procédure pouvant mener à une détermination du ministre en vertu du L44(2)

☐ identity
d'identité

☐ suspected inadmissibility on grounds of security or for violating human or international rights
d'être soupçonné d'interdiction de territoire pour raison de sécurité ou pour atteinte aux droits humains ou internationaux

Criminality
Criminalité

☐ Yes
Oui

☑ No
Non

*I certify that this is a true and faithful cc
of the original document which does not
appear to have been altered in any way.*

*Signature* *PLSmith*

*Date:* *20 Dec 2004*

*TITLE:*

*Immigration Officer  1130*

Dated at
Fait à        _____        this  *24*  day of  *Dec*        of the year  *2004*
ce                   jour de                         de l'an

Signature of officer - Signature de l'agent

THIS FORM HAS BEEN ESTABLISHED BY THE MINISTER OF CITIZENSHIP AND IMMIGRATION
FORMULAIRE ÉTABLI PAR LE MINISTRE DE LA CITOYENNETÉ ET DE L'IMMIGRATION

MR 159

MM 0421 (06-2002) B



**VEUILLEZ DACTYLOGRAPHIER OU UTILISER UN STYLO À BILLE NOIR ET APPUYER FORTEMENT**

Citizenship and     Citoyenneté et
Immigration Canada     Immigration Canada

PROTECTED WHEN COMPLETED
PROTÉGÉ UNE FOIS REMPLI

NOTICE OF ARREST UNDER SECTION 55 OF THE *IMMIGRATION AND REFUGEE PROTECTION ACT*
AVIS D'ARRESTATION EN VERTU DE L'ARTICLE 55 DE LA *LOI SUR L'IMMIGRATION ET LA PROTECTION DES RÉFUGIÉS.*

HEADQUARTER'S USE ONLY - RÉSERVÉ À L'ADMINISTRATION CENTRALE

**5   2**

**P 010 797 113**

Delegated Officer - Pour - L'agent délégué | Case serial no. - N° de cas initial

From - Immigration Officer - Origine - L'agent d'immigration
**Paula BRIGGS**

Client ID - ID du client
**4271 - 857**

IN ACCORDANCE WITH SECTION 56 OF THE *IMMIGRATION AND REFUGEE PROTECTION ACT*, I MUST NOTIFY YOU THAT
EN VERTU DU PARAGRAPHE 56 DE LA *LOI SUR L'IMMIGRATION ET LA PROTECTION DES RÉFUGIÉS* JE DOIS VOUS AVISER QUE

Surname - Nom de famille
**ROLFSEMA**

Given names - Prénoms
**MARK**

Number - Indicateur du nom | Date of birth - Date de naissance **28.08.1952** | Country of birth - Pays de naissance **USA** | Country of citizenship - Citoyen de **US**

Place of birth - Lieu de naissance
**PENNSYLVANIA, USA**

*Certify that this is a true and faithful ... of the original document which does n... appear to have been altered in any wa...*

Signature *P Briggs*

Date: *10 Dec 2004*

*Immigration Officer...*

Was arrested on - À été arrêté(e) le **24 Sept 2004** at - à **20:30** AM/PM and detained under section 55 of the *Immigration and Refugee Protection Act.* et détenu(e) en vertu de l'article 55 de la *Loi sur l'immigration et la protection des réfugiés.*

[✓] For admissibility hearing because there are reasonable grounds to believe he/she is a person in paragraph **41(A)** of the *Immigration and Refugee Protection Act.*
Aux fins d'enquête parce qu'il y a de bonnes raisons de croire que cette personne est visée à l'alinéa | de la *Loi sur l'immigration et la protection des réfugiés.*

[ ] For a proceeding that may lead to the making, by the Minister, of a removal order under subsection 44(2) because there are reasonable grounds to believe he/she is a person described in paragraph ___ of the *Immigration and Refugee Protection Act.*
Aux fins d'une procédure pouvant mener à la prise par le ministre d'une mesure de renvoi en vertu du paragraphe 44(2) parce qu'il y a de bonnes raisons de croire que cette personne est visée à l'alinéa | de la *Loi sur l'immigration et la protection des réfugiés.*

[ ] For examination
Aux fins de contrôle

[ ] For removal
Aux fins de renvoi

[ ] For identity
Aux fins d'identité

And in my opinion he/she
Et à mon avis, cette personne

[ ] is a danger to the public
Constitue un danger pour la sécurité publique

[✓] Would not report for examination, an admissibility hearing, a proceeding that could lead to the making of a removal order by the Minister under subsection 44(2), or for removal
Ne se présentera pas au contrôle, à l'enquête, à la procédure pouvant mener à la prise par le ministre d'une mesure de renvoi en vertu du paragraphe 44(2), ou n'obtempérera pas au renvoi

My reasons for forming this opinion are:
Voici mes raisons:
**Client did not appear for examination while seeking entry into Canada. Has no friends or family in Canada - no plans for accomodation, and undecided in length of stay**

Type of case - Genre de cas | **0   4** | Office file no. - N° de reference du bureau | **MR 160**

Date signed - Signé le **26.09.2004** | Office of issue - Bureau de délivrance **1614F ont 1614** | Immigration Officer - Agent d'immigration **Paula BRIGGS   PBrigg?**

The information provided on this document is collected under the authority of the *Immigration and Refugee Protection Act* for the purpose of informing the Officer of the reason(s) for arresting and detaining the person concerned named on the face of this form. The information will be stored in Personal Information Bank number CIC PPU 001, Enforcement Data System. It is protected and accessible under the provisions of the *Privacy Act.*

Les renseignements fournis dans le présent document sont recueillis en vertu de la *loi sur l'immigration et la protection des réfugiés* pour informer l'agent du (des) motif(s) d'arrestation et de détention de la personne concernée nommée au recto du présent formulaire. Ces renseignements seront versés dans le fichier de renseignements personnels CIC PPU 001, Système de données sur l'exécution de la Loi. Ils sont protégés et accessibles en vertu de la *loi sur la protection des renseignements personnels.*

Citizenship and
Immigration Canada          Citoyenneté et
                            Immigration Canada

| | CIC |
|---|---|
| | 1614-Fredericton |
| **CIC REPORT TO FILE** | File |
| | 4271-8579 |

| Communication | | | | Date |
|---|---|---|---|---|
| [X] Telephone | | [ ] Interview | [ ] File Review | 26Sept 2004 |
| | | | | Foss ID |

**Subject**

ROLFSEMA, Mark

**Narrative / Notes**

In the afternoon of 24 September, 2004, I received a call from Jean-Louis DuMont, an Investigator with the RCMP. He told me that Mr. Mark ROLFSEMA was in custody at the RCMP detachment in Florenceville. The RCMP had arrested him for an illegal border crossing. Mr. Rolfsema had asked someone to drive him across the Border in the car he was driving on Thursday, Sept 23, 2004. On Friday, Sept 24, 2004 Mr. Rolfsema parked the car he was driving off the road and proceeded to enter Canada on foot, without reporting to a Border entry point. The RCMP in Florenceville found MR. Rolfsema in a barbershop having his haircut when they arrested him and brought him to the detachment.

I arranged to meet Jean Louis DuMont at the Florenceville detachment of the RCMP that afternoon to interview Mr. Rolfsema.

AT approximately 17:00 I arrived at the RCMP detachment and spoke to The RCMP Officer A. Glode who arrested Mr. Rolfsema and Investigator DuMont. Also present was Constable Lutwick with the Integrated Border Enforcement Team. Mr. Rolfsema was in an Interview room.

I certify that this is a true and faithful co
of the original document which does no
appear to have been altered in any way

Signature: _[signature]_

Date: _[handwritten]_

TITLE: Immigration Officer

**Action / Follow-up Required**

Print Name / Signature _[signatures]_

BCA-2174 (06-1998)

**MR 161**

Canada



**MR 254**