UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               ) Criminal No. 05-10030-PBS
                v.             )
MARK ROLFSEMA                  )

SECOND SUBMISSION OF DOCUMENTS

As ordered by the Court on June 6, 2005, the United States hereby submits documents obtained from authorities at facilities in Maine with regard to Mark Rolfsema, bate-stamped numbers 255-289, and 293.  The United States has requested additional documents from Canada, and is still waiting for a response.

Certain portions of the attached documents have been redacted for purposes of e-filing.  An un-redacted copy will be submitted separately, along with a Motion to Seal.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Dena T. Sacco
      Dena T. Sacco
      Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by First Class United States Mail, postage prepaid.

        Allison O'Neil
        Craig & Macauley
        600 Atlantic Avenue
        Boston, MA 02210

This 27th day of June, 2005.

                        /s/ Dena T. Sacco
                        Dena T. Sacco
                        ASSISTANT UNITED STATES ATTORNEY

# FAX COVER SHEET

**FROM: PENOBSCOT COUNTY SHERIFF'S OFFICE**
**(207) 947-4585          FAX (207) 947-6536**

**TO:**                              **FAX:**

Melissa Lawson

**NUMBER OF PAGES INCLUDING COVER** _10_

**MESSAGE:**

Ref Mark Rolfsema Everything in folder

**MR 255**

# Summary

**ID#:   423615**

**Rolfsema, Mark George**

08/28/195

30 Railroad St. Apt. 126

Andover MA  01810

**Previous Address:**

<PrevStreet>
<PrevCity>, <PrevState> <PrevZip>

PictureLink for Windows



11/15/2004 7.02:37 PM          11/15/2004 7:02:52 PM

## Identification Information:

Height: 6'00

Weight: 180lbs

Hair: <HairColorDesc>

Hairstyle:

Build: <BuildDesc>

Fed ID:

Gender: <GenderDesc>

Ethnic: <EthnicDesc>

Eyes: <EyeColorDesc>

Teeth: <TeethDesc>

Glasses:

Complexion:

Race: <RaceDesc>

DOB:

Speech: <SpeechDesc>

LID Type:

State ID:

Local ID: <LocalID>

DL:  Name T - <DLState>

Alerts:

SMT Code:

MR 256

LEAVE BLANK    Criminal    (STAPLE HERE)    LEAVE BLANK

STATE USAGE
NFF SECOND
SUBMISSION    APPROXIMATE CLASS AMPUTATION  SCAR

TME005049891

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

ROLFSEMA    MARK    GEORGE

SIGNATURE OF PERSON FINGERPRINTED    SOCIAL SECURITY NO.    LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE ID NO. | DOB    YYYY MM DD | SEX | RACE | HEIGHT | WEIGHT | EYES | HAI |
|---------|--------------|-------------------|-----|------|--------|--------|------|-----|
|         |              |                   | M   | W    | 600    | 180    | BLU  | SD  |

| R. THUMB | R. INDEX | R. MIDDLE | R. RING | R. LITTLE |
|----------|----------|-----------|---------|-----------|

| L. THUMB | L. INDEX | L. MIDDLE | L. RING | L. LITTLE |
|----------|----------|-----------|---------|-----------|

MR 257

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

| | | | | | | |
|---|---|---|---|---|---|---|
| Razor | misc personal a | 1.00 | 3.00 | | X | 00040 |
| Hat | blue ballcap | 1.00 | 0.00 | | X | 00040 |
| Jacket | black leather | 1.00 | 0.00 | | X | 00040 |
| Bag | plastic container | 1.00 | 0.00 | | M | 00040 |
| Shirt | patriot sweat | 1.00 | 0.00 | | H | 00040 |
| T shirt | black | 1.00 | 0.00 | | X | 00040 |
| Pants | black jean dress | 1.00 | 0.00 | | X | 00040 |
| Belt | black leather | 1.00 | 0.00 | | X | 00040 |
| Underwear | briefs | 1.00 | 0.00 | | U | 00040 |
| Socks | black | 1.00 | 0.00 | | H | 00040 |
| Shoes | white sneakers | 1.00 | 0.00 | | | |

**MR 258**

Confirmed

| | | | |
|---|---|---|---|
| TOWEL | | | 32055 |
| PILLOWCASE | | | 32055 |
| BLANKETS | | | 32055 |
| COMB | | | 32055 |
| SOCKS | | | 32055 |
| CUP | | | 32055 |
| TOOTHBRUSH | | | 32055 |
| PANTS | | | 32055 |
| TAPE | | | 32055 |
| UNDERWEAR | | | 32055 |
| SHIRT | | | 32055 |
| SHOES | | | 32055 |
| SHEETS | | | 32055 |

MR 259

Inmate Name: **Rolfsema, Mack**

ID #: **423615**    Date: **11/15/04**

Policy No. D-220
Page 22 of 22
Attachment 3

**Penobscot County Sheriff's Office**
**SEARCH MATRIX**

Sentenced

ANY CRIME Involving Drugs, Weapons, Contraband, or a crime Involving violence
(a) resulting in serious physical injury, or
(b) with the use of a weapon or instrument of any sort.
(See Atch 2 for List)

ARRESTED
(PAT DOWN)

CRIME NOT Involving Drugs, Weapons, Contraband, or a crime involving violence
(a) resulting in serious physical injury, or
(b) with the use of a weapon or instrument of any sort.
(See Atch 2 for List)

CHARGES

Bail

No   Yes

No Search

Strip Search

No   Bail   Yes

Strip Search Consent

Suicide Watch

No Further Searches

No   Yes

Individualized Reasonable Articulable Suspicion (IRAS) (Any Phase)

Refusal for Clothing Search

Strip Search

Interim Housing Unit   No

NOTE 1: REVIEW INSTITUTIONAL HISTORY OF INMATE
NOTE 2: SUICIDE WATCH – AUTOMATIC STRIP SEARCH

NOTE 3: OFFICIALS SIGNING IN U.S. MARSHAL DETAINEES MUST WRITE DOWN CHARGE(S) SO SEARCH MATRIX CAN BE UTILIZED PROPERLY

Individualized Reasonable Articulable Suspicion (IRAS): An objectively developed suspicion [in the mind of an officer] that criminal conduct or a civil violation has occurred, is occurring, or is about to occur. A suspicion objectively developed that can be verbally stated or written in such a manner as to convey the suspicion to a third party.

RECEIVED
NOV 18 2004
MR 260
Lt. L. Golden
Search Procedures D-220

Date: 11/11/2004
Revision Date:

Policy No. D-220
Page 14 of 22

## PENOBSCOT COUNTY SHERIFF'S OFFICE
### Corrections Division
Search Record – Initial Admission
Form D-220.1

Date: _11/5/04_        Time: _1905_ Hrs.    ID #: _423615_

Name: _Rolfsema, Mark_        DOB: _T_ ,

Type Search:    Clothing        Strip        Cavity

Reason Searched:    _____ Sentenced
                    _____ ANY CRIME involving Drugs/Weapons/Contraband or a crime
                          involving violence (a) resulting in serious physical injury, or (b)
                          with the use of a weapon or instrument of any sort.
                    __X__ Inmate Consent
                    _____ IRAS - Explain Below:
                    _____ Institutional History – Explain Below:
                    _____ Suicide Watch

_____

_____
_____

Search Location:    Cell: _____    (Shower/Change up)   Other: _____

Officer(s) Requesting Search: _____

Officer(s) Conducting Search: _____

Items Found:        Yes    (No)

List all items recovered from Search: _____
_____

Items Placed into Evidence:        Yes    No

Inmate Housed:    Holding    H-124    Interim Housing Unit   (Deck 1)  Deck 2   Deck 3   Bailed

Shift Supervisor Review/Signature: _____ Date: _11/15/04_
      (Prior to Search)

Distribution:  Original to Administration (/Contraband Only)

Cc:  Inmate Folder

**MR 261**

Search Procedures D-220

Date: 11/9/2004
Revision Date:

## VIOLENT FELONY LISTING

Note: Information obtained from 2003-2004 Edition, *"Maine Criminal Statutes"*

Title 17A Part 2

| Part | Chapter | Subsection | Criminal Offense |
|------|---------|-----------|------------------|
| 2 | 9 | 201 | Murder |
| | | 202 | Felony Murder |
| | | 203 | Manslaughter |
| | | 204 | Assault |
| | | 208 | Aggravated Assault |
| | | 208-B | Elevated Aggravated Assault |
| | 11 | 253 | Gross Sexual Assault |
| | | 254 | Sexual Abuse of a Minor |
| | | 255-A | Unlawful Sexual Contact |
| | 13 | 301 | Kidnapping |
| | 15 | 353.1.A(3) | Theft while having dangerous weapon in possession |
| | | 354.1.B.(3) | Theft by deception while having dangerous weapon in possession |
| | | 359 | Receiving stolen firearm or explosive device |
| | 17 | 401.1.B(1)(2)(3) | Burglary |
| | | 402-A | Aggravated Criminal Trespass |
| | 19 | 454.1.B | Tampering with a witness, informant, juror or victim |
| | 27 | 651 | Robbery |
| | 31 | 752-A | Assault on an officer |
| | | 752-C | Assault on an Emergency Medical Care Provider |
| | | 755 | Escape |
| | | 757 | Trafficking in Prison Contraband |
| | 33 | 802 | Arson |
| | | 803-A | Causing a Catastrophe |
| | 35 | 852.2.A. | Aggravated Promotion of Prostitution |
| | 41 | 1001 | Criminal Use of Explosives |
| | 43 | 1051 | Possession of a Machine Gun |

**MR 262**

Search Procedures D-220

Date: July 23, 2004
Revision Date: September 8, 2004

## VIOLENT FELONY LISTING (cont)

| Part | Chapter | Subsection | Criminal Offense |
|------|---------|------------|------------------|
| | 45 | 1103 | Unlawful Trafficking in Scheduled Drugs |
| | | 1104 | Trafficking in or Furnishing Counterfeit Drugs |
| | | 1105-A | Aggravated Trafficking of Scheduled Drugs |
| | | 1105-B | Aggravated Trafficking or Furnishing of Counterfeit Drugs |
| | | 1105-C | Aggravated Furnishing of Scheduled Drugs |
| | | 1105-D | Aggravated Cultivating of Marijuana |
| | | 1105 | Unlawfully Furnishing Scheduled Drugs |
| | | 1107-A | Unlawful Possession of Scheduled Drugs |
| | | 1116 | Trafficking or Furnishing Imitation Scheduled Drugs |

**MR 263**

# PENOBSCOT COUNTY SHERIFF'S OFFICE
### Corrections Division
### Strip Search Consent Form
### Form D-220.3

I, _Boftsema Mark_ , ID # _423415_ as a means of maintaining
  (Print Name)

my safety and security while in the Penobscot County Jail, authorize and consent to
receive a strip search by employees of this facility prior to me being taken to my
assigned housing unit.

This consent was not coerced upon me by personnel of the Penobscot County
Sheriff's Office, but was given by my own free will.

Inmate Housed:  Holding  H-124  Interim Housing Unit (IMU)  Deck 1  Deck 2  Deck 3  Bailed

x _Mark Bolfsma_                          _11/15/04  1 1912_
  Inmate Signature                         Date/Time

_Ma_                                       _11/15/04  1 1912_
  Officer Signature                        Date/Time

Consent withdrawn by inmate.

Explanation for withdrawal: _____
_____

_____          _____
  Officer Signature                         Date/Time

Filing Disposition: Inmate Folder for consent or withdrawal of consent

**MR 264**

Policy No. D-220
Search Procedures D-220

Date: July 23, 2004
Revision Date: September 8, 2004

Cumberland County Sheriff's Office

Mark Dion
Sheriff

Kevin Joyce
Chief Deputy



# Fax Transmission
## Intake-Classification-Records
### 50 County Way, Portland, Maine 04102

Date: 6/17/05                    Time: 1315
To: MELISSA LAWSON              From: J.a.m.
Number of Pages Incl. Cover Page: 20    Subject: Rolfsema, Mark
Our Fax Number: (207) 828 - 2361

Comments

This is the whole file —
Not much in it at all

If this fax is illegible or incomplete, please call the Sheriff's Office at (207) 774 – 5939
Booking – Ext 2144    Classification – Ext 2170    Records – Ext 2140

Confidentiality Notice: This facsimile transmission may contain confidential information belonging to the sender which is legally privileged and which is intended only for the use of the individual or entity stated above. Any copying, disclosure, distribution, or dissemination of this information or the taking of any actions based on the content of this communication is strictly prohibited. If you receive this transmission in error, please notify us immediately by telephone and return the original transmission to us by mail or return delivery at our address above. Thank you.    **MR 265**

1/18/04
6:59

Cumberland County Sheriff's Department
Booking Summary Sheet

Page:    11

Booking Number :   04-009789

Date of Arrest :    13:16:36 11/17/04

Name :              Rolfsema, Mark George

Address :           30 Railroad St., Andover MA 01810

Arresting Agency : U.S. Marshal's Office

Docket Number :

Race :              White/Non Hispanic

Gender :            M

Age at Arrest :

Date of Birth :

Place of Birth :    Phyladelphia, PA

Time of Booking :   13:03:44 11/17/04

Occupation :

Offenses :
                    Hold,Federal        FED
Alcohol:            Sober
Comments:           Federal Detainer

MR 266

```
  :                                                                          301
11/17/2004              Cumberland County Sheriff's Department   Page:    1
12:56                         Main Names Table:
```

Name Number:    277593
Last: Rolfsema                   Fst: Mark         Mid: George
Addr  30 Railroad St.                        Prev:
City: Andover          ST: MA  Zip: 01810
Deceased:   /   /      Alias For:                                    '
Personal Identification
DL Numbr:                     Name Typ:              SSN:
DL State:        Class:         Image:            Local ID:
Home Tel: (   )   -                              State ID:
Work Tel: (   )   -                          FBI Number:
Physical Description
                           Eyes: BLU  Blue        Cmplxn: FAIR Fair
   Race: W White/Non His  Glasses:                Speech: SOFT Soft
   Sex: M Male              Hair: GRY  Grey         Teeth: STR  Straight
Height: 6'00"  183 cm     Hstyle: RECD  Receeding  Build: MEDI Medium
Weight: 180lbs  82 kg      Beard: B    Beard/scrag Ethnic:
Traits                      SMT:                    /  /
MO:
Alert Codes:
   Comments:
  Premis:      Xtra:     Visited Inmates:    Had Visitors:     Merge:


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


Additional Name Information:
Name ID Number:    277593
   Last: Rolfsema                  First: Mark            Mid: George
   Addr& 30 Railroad St.                 Phone: (   )   -
   City: Andover          ST: MA  Zip: 01810

Birth City: Phyladelphia      State: PA      Education: 16 years
Citizenshp: US   United States              Shoe Size: 11
   Religion:                                Cover Size:
    Marital: M  Married                     Misc. Size:
     School:                                Commissary:
    Contact: Jennifer Rolfsema           Relationship:
    Address:                                    Phone:
   Employer: Unemployed           Employer Phone: (   )   -
    Address:
   Job Desc:                            Job Phone: (   )   -
 Job Locatn:                           Date Hired:   /  /
 Supervisor:                        Super Work Phon: (   )   -
                                    Super Home Phon: (   )   -
                                       Prob Officer:
  Probation:                               Attorney:
     Henry:                        NCIC Print:



                                                    MR 267
```

```
11/17/2004              Cumberland County Sheriff's Department              301
13:17~                      Arrest Information:                    Page:    1

     Booking Number: 04-009789        Confined - No loc           Active
        Name Number:   277593    Mark George Rolfsema

        Arrest Number:    1                  Reference
   Time/Date of Arrest: 13:16:36 11/17/2004   Arrest Officer: U.S.Marshal's
   Location of Arrest: Penobscot County Jai    Arrest Agency: USMS
         Arrest Area:                        Tracking Number:
  Judicial Age Status: A                     Age at Arrest:
         Arrest Type: CUST Custody Arrest
   Arrest Disposition:
   Pre-Sentence Class:
 Arrest Circumstances: 01

 Arrest Narrative:
 Subject to be held on a Federal Detainer

 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


 Arrest Circumstances Detail:
      Arrest Circumstances Detail
 Seq Code Description _____
   1 01   Unarmed
```

MR 268

```
11/17/2004                Cumberland County Sheriff's Department                        301
13:23~  ~                    Offenses Information:                        Page:    1

   Booking Number: 04-009789      Confined - No loc                         Active
      Name Number:   277593  Mark George Rolfsema
+- Arrest Number:   1 -------------------------------------------------------------
| Time/Date: 13:16:36 11/17/2004      Agency: USMS          Age at Arst:
|  Location: Penobscot County Jai   Officer: U.S.Marshal's  Arrest Type: CUST
|     Area:                       Reference:                 Disposition:
+----------------------------------------------------------------------------------+
Bonds/Fees/fines/Rest/Other: No         Sentenced: No   Offense Number:    205030
      Local ID:                            TN Suffix:
       Statute: Hold,Federal    USMS, INS, CUSTOMS, E NCIC:
       Offense: FED                          Reference:
Offense Type: F    Federal Statute                Area:
  Crime Class:                     Related Incident:
 Jurisdiction: FED  Federal Law          Entry Code: O
     Location: Penobscot County Jai      Court Code:
     Occurred: 13:16:36 11/17/2004   Judicial Status: FED
Billing Agncy: FED                 Prosecutor Agency: USMS
  Billing Beg: 13:19:03 11/17/2004       Disposition:    Date:   /  /
         End:   :   :      /  /    Sentencing Judge:
 Alcohol/Drug: Sober               Sent. Components:
  Comments: Federal Detainer              Sentenced:   :   :     /  /

= = = = = = = = = = = = = = = = = = = = = = = := = = = = = = = = = = = = = = = = = = = =
```

**MR 269**

11/17/2004          Cumberland County Sheriff's Department                    301
13:27                    Main Booking Table:                          Page:    1

   Booking Number: 04-009789      Confined                              Active
       Name Number:   277593   Mark George Rolfsema

   Assigned Housing: CCSD-PODA-72HR-R158-1
   Current Location: CCSD-PODA-72HR-R158-1         Belong: Y  Temp: N

   +-----------------------------------------------------------------------+
   | Arrival Date: 13:24:29 11/17/2004      Search Type: VO                |
   | Arrival Crdt: 12:00:00 11/17/2004      Searched By: Barter R          |
   | Booking Date: 13:03:44 11/17/2004   Transferred From: USMS            |
   | Booking Type: IMB                   Transferred By: U.S.Marshal's      |
   |    Booked By: Kerry T                  Over Booked?: N                 |
   |                                    Charge Housing?: Y                  |
   +-----------------------------------------------------------------------+

   Institution Class: GPOP            Last Photo Taken: 11/17/2004
      Security Class: MED                Photo Ref. #:
      Judicial Status: FED                  Photo By: Kerry T
        Prints Ref. #:                     Risk Score:
           Prints By: Kerry T      Sexual Preference: Undefined
   Comments: Subject has a no bail status on a Federal Detainer.

   = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


   INVOLVEMENTS:
   Type   Record #    Date     Description                 Relationship
    NM     277593     /  /     Rolfsema, Mark George       Confined

   Inmate Intake and Release:


      Arrival Date: 13:24:29 11/17/2004    Release Date:   :   :    /  /
      Arrival Crdt: 12:00:00 11/17/2004    Release Credit:  :   :    /  /
      Booking Date: 13:03:44 11/17/2004       Released To:
      Booking Type: IMB                       Released By:
         Booked By: Kerry T                   Release Type:
        Search Type: VO                       Release Disp:
         Search By: Barter R
       Trans. From: USMS
         Trans. By: U.S.Marshal's
      Over Booked?: N


                                         **MR 270**

| ATN | |
|-----|--|
| CTN | |

# BAIL COMMISSIONER INFORMATION FORM
(Replaces Safekeeping Form)

Admission Time: _1205_                          Admission Date: _11/7/04_

Law Enforcement Agency: _USMS_                  Arresting Officer: _Essinger_

Incident #: _____

Defendant: _Mark Rotfsema_                       Date of Birth: _____

Address & Phone: _____

Place of Employment: _____     How Long: _____

Height: _6'00_      Weight: _180_      Hair: _Brn_      Eyes: _Blu_

Location of Arrest: _____     Court Date: _____     Court: _____

| OFFENSE | CLASS | STATUTE | DOCKET# | BAIL |
|---------|-------|---------|---------|------|
| Marshal Hold | | | | |
| | | | | |
| | | | | |
| | | | | |

Is person on Probation:  Y   N        Probation Officer: _____

Brief Narrative of Event: _____

_____

_____

## Domestic Violence

**RISK INDICATORS:** Bail Commissioner will not set bail unless this section is completed.

Victim's Name: _____     Relationship to Defendant: _____

Address: _____     Phone: _____

Are any of these factors present?

☐ Threats to kill self/others/pets _____
☐ Weapons – Use/Threat/Access (Type) _____
☐ Stalking _____
☐ Escalation of Violence/Frequency _____
☐ Extreme Jealousy/Obsessiveness _____
☐ Sexual Violence _____
☐ Alcohol/Drug Use (Type) _____
☐ Depression/Mental Illness _____
☐ Victim Pregnant _____
☐ PFA/PFH in Effect _____
☐ Assault/Abuse Occurred in Public _____
☐ History of Domestic Abuse Incidents _____

☐ Criminal History _____

**MR 271**

## Pictures Current - All

Rolfsema, Mark George
Name Number: 277593

 

11/17/2004 12:54:27 PM          11/17/2004 12:55:09 PM

 

11/17/2004 12:55:28 PM       11/17/2004 12:55:42 PM

MR 272

# Correctional Medical Services

**ROLFSEMA, MARK GEORGE  277593**          Watch Form

Name: _____ DOB _____

Facility: _____ CCI _____  Date: _____  Time: _____

Clinical Evaluator: _Jennifer Hartigan_____

Reason for Observation: _____

"The officer forced your name, so I refused meds so I could stay awake"

Location of Watch: _Medical_____  Officer on Post _____

|  | Yes | No | Observation Schedule: |
|---|---|---|---|
| Mattress | ✓ |  | Psych |
| Blanket | ✓ |  | ✓  15 Minute Watch |
| Paper Johnny | ✓ | ✓ |  |
| Finger Foods |  | ✓ |  |
| Utensils |  | ✓ |  |
| Phone | ✓ | ✓ | may have light |
| Shower | ✓ |  | out |
| Shower Requires Supervision | / |  | Special Instructions/Property: |
| Dentures |  |  | _____ |
| Eyeglasses | N/A |  | May have pencil |
| Other Property allowed* |  |  | + paper |

Mental Health Professional's consulted _J Hartigan LSW___

Date: _11/23/04_  Time: _8a_  Signature _J Hartigan LC 82_

Nurse's Signature and print: _____

Date: _____  Time: _____

## Criteria for Removal from Watch:

Medication Compliant: _yes_                Insight into cause of suicidal ideation/self-harm  _N_

Eating regularly: _____                     Able to state why suicidal ideation has reduced/why

safe now: _____

Able to perform ADL's _____                 Affect appropriate

Oriented x 3 _____                          Mood appropriate

Future Oriented: _____                      No evidence of secondary gain by manipulation

Terminated by: _____    ___ Date: _1-24_  Time: _0730_

        (Signature)        (Print)

cc:   1. Inmate Medical Record          3. Classification
      2. Location of Watch/Correction Officer

**MR 273**

## Correctional Medical Services

**ROLFSEMA, MARK GEORGE  277593**       :alth Watch Form

DOB _____

Facility: _CCJ – 0640_  Date: _11/20/04_  Time: _1930_

Clinical Evaluator: _Pat Rinehart, RN_

Reason for Observation:
_Very depressed, rambling, cannot convincingly_
_contract for safety._

Location of Watch _medical_  Officer on Post _C/O Boyd_

| | Yes | No | Observation Schedule |
|---|---|---|---|
| Mattress | ✓ | | _Suicide_ |
| Blanket _suicide_ | ✓ | | |
| Paper Johnny | ✓ | | 15 Minute Watch |
| Finger Foods | ✓ | | |
| Utensils | | ✓ | |
| Phone | | ✓ | |
| Shower | | ✓ | Special Instructions/Property |
| Shower Requires Supervision | ✓ | | _NOTHING. �upsilon_ |
| Dentures | | ✓ | |
| Eyeglasses | | ✓ | _may have pencil_ |
| Other Property allowed* | | ✓ | |

Mental Health Professional's consulted

Date: _____ Time: _____ Signature _____

Nurse's Signature and print _Patricia A Rinehart, RN_

Date: _11/20/04_ Time: _1930_

Criteria for Removal from Watch:  _Changed to Y watch_
_by Dr Corona_
_11/21/04_

| | | | |
|---|---|---|---|
| Medication Compliant: | | Insight into cause of suicidal ideation/self-harm | |
| Eating regularly: | | Able to state why suicidal ideation has reduced/why | |
| safe now  ＞ | | | |
| Able to perform ADL's | _yes_ | Affect appropriate | _yes_ |
| Oriented x 3 | _yes_ | Mood appropriate | _yes_ |
| Future Oriented: | _yes_ | No evidence of secondary gain by manipulation | |

Terminated by: _____

(Signature)  (Print)   Date: _____ Time: _____

cc:  1. Inmate Medical Record
2. Location of Watch/Correction Officer   3. Classification

_Hartigan per Dr Corona_

MR 274

## Correctional Medical Services

**ROLFSEMA, MARK GEORGE  277593**   ...alth Watch Form

DOB

Facility: _CCJ - 0640_ Date: _11/20/04_ Time: _1930_

Clinical Evaluator: _(Pat Rinehart Rn)_

Reason for Observation:

_Very depressed, rambling, cannot convincingly contract for safety._

Location of Watch _() medical_ Officer on Post _C/O Boyd_

| | Yes | No | Observation Schedule: |
|---|---|---|---|
| Mattress | ✓ | | |
| Blanket _suicide_ | ✓ | | |
| Paper Johnny | ✓ | | |
| Finger Foods | ✓ | | 15 Minute Watch |
| Utensils | | ✓ | |
| Phone | | ✓ | |
| Shower | | ✓ | |
| Shower Requires Supervision | ✓ | | Special Instructions/Property: |
| Dentures | | ✓ | _NOTHING._ |
| Eyeglasses | | ✓ | |
| Other Property allowed* | | ✓ | |

Mental Health Professional's consulted

Date: _____ Time: _____ Signature _____

Nurse's Signature and print: _Patricia a Rinehart, Rn)_

Date: _11/20/04_ Time: _1930_

Criteria for Removal from Watch:

| | | |
|---|---|---|
| Medication Compliant: _____ | Insight into cause of suicidal ideation/self-harm _____ | |
| Eating regularly: _____ | Able to state why suicidal ideation has reduced/why | |
| safe now ﹥ _____ | | |
| Able to perform ADL's _____ | Affect appropriate _____ | |
| Oriented x 3 _____ | Mood appropriate _____ | |
| Future Oriented: _____ | No evidence of secondary gain by manipulation _____ | |

Terminated by: _____

(Signature)   (Print)         Date: _____ Time: _____

1. Inmate Medical Record          3. Classification
2. Location of Watch/Correction Officer

**MR 275**

## Correctional Medical Services

**ROLFSEMA, MARK GEORGE  277593**          alth Watch Form

Facility: _CCJ - 0640_          Date: _11/20/04_          Time: _1930_          DOB _____

Clinical Evaluator: _Pat Rinehart, Rn_

Reason for Observation:
_Very depressed, rambling, cannot convincingly_
_contract for safety_

Location of Watch _medical_          Officer on Post _C/O Boyd_

|                          | Yes | No  | Observation Schedule        |
|--------------------------|-----|-----|-----------------------------|
| Mattress                 | ✓   |     | _Suicide_                   |
| Blanket _suicide_        | ✓   |     |                             |
| Paper Johnny             | ✓   |     |                             |
| Finger Foods             | ✓   |     | _____ 15 Minute Watch       |
| Utensils                 |     | ✓   |                             |
| Phone                    |     | ✓   |                             |
| Shower                   |     | ✓   |                             |
| Shower Requires Supervision | ✓ |    | Special Instructions/Property: |
| Dentures                 |     | ✓   | _NOTHING_                   |
| Eyeglasses               |     | ✓   |                             |
| Other Property allowed*  |     | ✓   | _May have pencil_           |

Mental Health Professional's consulted _____          _on 11/23_
Date: _____ Time: _____ Signature _____          _@ 8a_

Nurse's Signature and print: _Patricia A Rinehart, RN_

Date: _11/20/04_ Time: _1930_

Criteria for Removal from Watch:

Medication Compliant: _____
Eating regularly: _____          Insight into cause of suicidal ideation/self �__arm _____
safe now ↘                              Able to state why suicidal ideation has red iced/why _____
Able to perform ADL's _____
Oriented x 3 _____               Affect appropriate _____
Future Oriented: _____           Mood appropriate _____
                                        No evidence of secondary gain by manipul tion _____

Terminated by _____          Date _____ Time: _____
          (Signature)   (Print)

1. Inmate Medical Record          3. Classification
2. Location of Watch/Correction Officer

**MR 276**

## INMATE CLASSIFICATION FORM

Name: Rolfsema, Mark               Age:                    Date: 11/18/2004

Classified: _____ MEDIUM _____

Reviewed: _____ MEDIUM _____        Date: **11/18/2004**        (10 DAYS)

Reviewed: _____        Date: _____

Reviewed: _____        Date: _____

Reviewed: _____        Date: _____

Reviewed: _____        Date: _____

Reviewed: _____        Date: _____

Reviewed: _____        Date: _____

Reviewed: _____        Date: _____

Reviewed: _____        Date: _____

Reviewed: _____        Date: _____

Reviewed: _____        Date: _____

Reviewed: _____        Date: _____

Charges Pending:    YES          NO          _____ _____

Serving Sentence: _____

MR 277

## CLASSIFICATION REVIEWS ONLY

Name:    Mark Rolfsema                                    Date:  11/18/2004

Classified:

    MEDIUM _____ Date _____ 11/18/2004 _____

Reviewed: _____ Date: _____ (30 DAYS)

Reviewed: _____ Date: _____ (60 DAYS)

Reviewed: _____ Date: _____ (90 DAYS AFTER)

Reviewed: _____ Date: _____ (90 DAYS AFTER)

Reviewed: _____ Date: _____ (90 DAYS AFTER)

Reviewed: _____ Date: _____ (90 DAYS AFTER)

Reviewed: _____ Date: _____ (90 DAYS AFTER)

Reviewed: _____ Date: _____ (90 DAYS AFTER)

Reviewed: _____ Date: _____ (90 DAYS AFTER)

Reviewed: _____ Date: _____ (90 DAYS AFTER)

Reviewed: _____ Date: _____ (90 DAYS AFTER)

Serving Sentence:

MR 278

# INMATE CLASSIFICATION FORM

Name:    Mark Rolfsema          Age:              Date: 11/17/2004

Classified:    _Medium_____

Reviewed:    _medium_____    Date:    **11/17/2004**    (10 DAYS)

Reviewed: _____    Date:    _____

Reviewed: _____    Date:    _____

Reviewed: _____    Date:    _____

Reviewed: _____    Date:    _____

Reviewed: _____    Date:    _____

Reviewed: _____    Date:    _____

Reviewed: _____    Date:    _____

Reviewed: _____    Date:    _____

Reviewed: _____    Date:    _____

Reviewed: _____    Date:    _____

Reviewed: _____    Date:    _____

Charges Pending:    YES         NO      _____

Serving Sentence:    _____

**MR 279**

12/01/2004                    Cumberland County Sheriff's Department                    1024
07:22                                                                          Page:    1

### Receipt for Property and Personal Use Items Returned

Receipt Number:    56674                    Date: 12/01/2004
Booking Number: 04-009789
Property returned by: Mark George Rolfsema (    277593

I, Barter R, certify that on the above date and time, the
following property and personal use items were returned to me by
Mark George Rolfsema

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|------|-------------|------|----------|-----------|
| SHEET | Sheet | | 2 | |
| BLANKET | Wool Blanket | | 2 | |
| TOWEL | Towel | | 2 | |
| RULE BOOK | Cumberland Cnty Jail Rule Book | | 1 | |
| LAUNDRY BAG | Laundry Bag | | 1 | |
| UNIFORM PANTS | Pants - Orange | | 2 | |
| UNIFORM SHIRT | Shirt - Orange | | 2 | |
| FOOTWEAR | Footwear | | 1 | |
| SOCKS | Socks - White | | 3 | |
| UNDERWEAR | Underwear - White | | 3 | |
| PILLOW CASE | Pillow Case | | 1 | |

Property received by:                    Property returned by:

_____                  _Mark George Rolfsema_
Barter R                                 Mark George Rolfsema

**MR 280**

12/01/2004      Cumberland County Sheriff's Department      1024
07:21                                                   Page:  1

### Receipt for Personal Property Returned

Receipt Number:      69844            Date: 12/01/2004
Booking Number: 04-009789
Property returned for: Mark George Rolfsema (   277593)

I, Mark George Rolfsema, certify that on the above date and time, the
following personal property items were returned to me by
Barter R:

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| shirt | black shortsleeve | N | 1 | B25 |
| pants | black slacks | N | 1 | B1 |
| sneakers | white | N | 1 | B1 |
| jacet | black leather | N | 1 | B1 |
| shirt | tan longsleeve | N | 1 | B1 |
| cap | blue | N | 1 | B1 |
| belt | black | N | 1 | B1 |
| Misc items | Plastic bag w/ misc items | N | 1 | B1 |
| sweatshirt | blue | N | 1 | B1 |

Property returned by:                  Property received by:

_____         *Mark George Rolfsema*
Barter R                          Mark George Rolfsema

**MR 281**

```
11/17/2004                    Cumberland County Sheriff's Department              301
13:09                                                                    Page:     1
                        Receipt for Personal Property Stored

      Receipt Number:    267982                    Date: 11/17/2004
      Booking Number: 04-009789
Property Stored for: Mark George Rolfsema (    277593)

I, Mark George Rolfsema, certify that on the above date and time, the
following personal property was accepted into storage:
```

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| shirt | black shortsleeve | N | 1 | B1 |
| pants | black slacks | N | 1 | B1 |
| sneakers | white | N | 1 | B1 |
| jacet | black leather | N | 1 | B1 |
| shirt | tan longsleeve | N | 1 | B1 |
| cap | blue | N | 1 | B1 |
| belt | black | N | 1 | B1 |
| Misc items | Plastic bag w/ misc items | N | 1 | B1 |
| sweatshirt | blue | N | 1 | B1 |

```
I accept full responsibility for any property taken by me to my housing
area.  I acknowledge that any property left by me will be disposed of if
not claimed within 30 days of my release.

I understand that any incoming property that is considered excessive
or contraband will be stored for me.

I certify that on the above date and time, I was afforded the
oppportunity to contact my family or council.


Property received by:                 Property stored for:


_____               _____
Kerry T                               Mark George Rolfsema
```

**MR 282**

11/17/2004                Cumberland County Sheriff's Department                    301
13:04                                                                      Page:    1

## Receipt for Property and Personal Use Items Issued

    Receipt Number:      63990                      Date: 11/17/2004
    Booking Number: 04-009789
Property issued to: Mark George Rolfsema (      277593

I, Mark George Rolfsema, certify that on the above date and time, the
following property and personal use items were issued to me by
Kerry T

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|------|-------------|------|----------|-----------|
| SHEET | Sheet | | 2 | |
| BLANKET | Wool Blanket | | 2 | |
| TOWEL | Towel | | 2 | |
| RULE BOOK | Cumberland Cnty Jail Rule Book | | 1 | |
| LAUNDRY BAG | Laundry Bag | | 1 | |
| UNIFORM PANTS | Pants - Orange | | 2 | |
| UNIFORM SHIRT | Shirt - Orange | | 2 | |
| FOOTWEAR | Footwear | | 1 | |
| SOCKS | Socks - White | | 3 | |
| UNDERWEAR | Underwear - White | | 3 | |
| PILLOW CASE | Pillow Case | | 1 | |

I have viewed the inmate orientation video tape.

I have received instructions on proper use of cleaning supplies:

Property received by:                      Property issued by:

_Mark GR_                                  _Kerry T_
Mark George Rolfsema                       Kerry T

**MR 283**

```
12/01/2004                Cumberland County Sheriff's Department                    1024
08:35                       Inmate Intake and Release:                    Page:    1

    Booking Number: 04-009789                                                    InAct
       Name Number:   277593   Mark George Rolfsema
    +---------------------------------------------------------------------+
       Assigned Housing:      -    -    -    -
       Current Location:      -    -    -    -              Holds: Cleared
              Belong: Y  Temp: N                 Inmate Property: Returned
      Next Release Date:    :    :    /  /          Jail Property: Returned
     Final Release Date:    :    :    /  /    Cash Account Balance:    0.00
                Total Req.    Req. Due    Total Opt.    Opt. Due
       Bond:       0.00         0.00         0.00         0.00   Cleared
       Fees:       0.00         0.00         0.00         0.00   Cleared
      Fines:       0.00         0.00         0.00         0.00   Cleared
     Resttn:       0.00         0.00         0.00         0.00   Cleared
      Other:       0.00         0.00         0.00         0.00   Cleared
    +---------------------------------------------------------------------+
      Release Date: 08:35:37 12/01/2004        Release Type: IMR
    Release Credit: 12:00:00 11/17/2004        Release By: Barter R
       Disposition: AOA                        Release To: usms
     Release Notes:
    Subject has a no bail status on a Federal Detainer.
```

**MR 284**



# UNITED STATES MARSHALS SERVICE
## DISTRICT OF MAINE

U.S. Courthouse
P.O. Box 1185
Bangor, ME  04402-1185

OFFICE TELEPHONE: (207) 945-0416     FAX: (207) 945-0419

TO:  _FBI  Melissa Lawson_

FAX NO. ( )  _978 275-0420_

FROM:  _Lorie Wing_

DATE:  _6/10/05_     PAGES:  _10_ (EXCLUDING COVER PAGE)

COMMENTS:

_Documents on Mark Rolfsema_

_Call to get jail phone numbers where boarded_

_if more info is needed._

WARNING: Information attached to this cover sheet is U.S. Government property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18 USC 641). Please notify the originator or local USMS office immediately to arrange for proper disposition.
NOTE: **THIS FAX COVER PAGE SHOULD NOT BE USED TO FAX CLASSIFIED INFORMATION.**

PRECEDENCE:  ☐ IMMEDIATE     ☐ PRIORITY     ☐ ROUTINE     **MR 285**
CLASSIFICATION: ☐ SENSITIVE     ☐ NON-SENSITIVE

Form USM-52
Rev. 06/04 Online 06/04

FORM 106 INFORMATION
    MOVEID: 1072488                    SEQ NO: 0                USMS NUMBER: 10927036

NOTIFICATION FLAGS
    DANGER:            EXPEDITE:            NON-FED:        MEDICAL:            PENDING:

PRISONER INFORMATION
    LAST, FIRST MIDDLE: ROLFSEMA, MARK
        ALIEN NUMBER:
        PROCESS CODE: WR                        WR SIGNED DATE: 11/17/2004
        DATE OF BIRTH:                                       AGE:
        DATE AVAILABLE: 11/29/2004                          RACE: White
        DEADLINE DATE:  /  /                              GENDER: Male
        CHARGE CODE: 3704                                 WEIGHT: 180
    ORIGIN OF REQUEST: 036                    MEDICALLY CLEARED: Y
    DATE OF REQUEST: 11/29/2004                          SECURITY: Maximum

FACILITY INFORMATION
        ORIGINAL LOCATION: 1AL        CUMBERLAND CO JAIL
        ORIGINAL DISTRICT: 036
    DESTINATION LOCATION: MMASS    USMS - BOSTON, Ma (CRIMINAL DESK)
    DESTINATION DISTRICT: 038

TRIP MOVEMENTS
    JPATS TRIP NO    PICKUP        START LOCATION        DROP        END LOCATION
                     DATE                                DATE

COMMENTS
    DATE        COMMENT
    11/29/2004

**MR 286**

*** LIMITED OFFICIAL USE ***

DATE: 12/01/2004 TIME: 11:49 PAGE:    1

UNITED STATES MARSHALS SERVICE
PRISONER TRACKING SYSTEM
DISTRICT OF MAINE
DISTRICT: 36   OFFICE: BAN

INDIVIDUAL CUSTODY AND DETENTION REPORT USM /129)

NAME:   ROLFSEMA, MARK GEORGE
USMS NUMBER: 10927036

I. IDENTIFICATION DATA:

USMS NBR: 10927036   NAME: ROLFSEMA, MARK GEORGE

ADDRESS: 30 RAILROAD ST.  ANDOVER, MA 01810                                 PHONE:   .   -

          PHILADELPHIA, PA     SEX: M  RACE: W  HAIR: BRO  EYE: BLU  HEIGHT: 600  WEIGHT: 180

          FBI NBR: 7001147C8   ALIEN NBR:

**** SPECIAL HANDLING CODE:          SPECIAL HANDLING REMARKS:
     MEDICAL                         BAD BACK ANXIETY DISORDER PANIC ATTACKS

     DETAINER/DATE  ACTIVE  AGENCY                   REMARK
     **/**/****       N

     PRISONERS ALIASES:          ALIAS REMARKS:
     NONE

     GENERAL REMARKS:
     TB-PENDING-11/17/2004

I. CASE INFORMATION:

     CTR   STATUS           COURT CASE NUMBER    FEDERAL COURT CITY
     1     RL-WOR           10927036-1           BANGOR

     CTR   JUDGE NAME            US ATTORNEY NAME            DEFENSE ATTORNEY NAME
     1     KRAVCHUK, MARGARET

     CTR   ARREST DATE  ARRESTING AGENCY       LOCATION OF ARREST   WARRANT NUMBER
     1     11/15/2004   FEDERAL BUREAU OF INVESTIGATION   CALAIS

     CTR   OFFENSE                           OFFENSE REMARK            DISPOSITION
     1     (3704) OBSCENE MATERIAL - POSSESS CHILD PORN                UNKNOWN

     CTR   SENTENCE DATE  SENTENCE                        APPEAL DATE
     1     **/**/****                                     **/**/****

I. STATUS HISTORY

     CTR   STATUS     STATUS DATE   CUSTODY DATE   RELEASE DATE   REMARK
     1     WT-TRIAL   11/15/2004    11/15/2004     **/**/****
     1     WT-MOVE    11/17/2004    **/**/****     **/**/****     WOR TO MASS.

**MR 287**

*** LIMITED OFFICIAL USE ***

*** LIMITED OFFICIAL USE ***

DATE: 12/01/2004 TIME: 11:49  PAGE:    2

UNITED STATES MARSHALS SERVICE
PRISONER TRACKING SYSTEM
DISTRICT OF MAINE
DISTRICT: 36   OFFICE: BAN

INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

NAME:   ROLFSEMA, MARK GEORGE
USMS NUMBER: 10927036

```
  1    RL-WOR     12/01/2004    **/**/****      12/01/2004        USMS/MASS.
```

IV. CHRONOLOGICAL PRISONER HISTORY

| INST CODE | INSTITUTION NAME | ADMIT DATE | RELEASE DATE | DAYS BOARDED | ACTION OR DISPOSITION |
|-----------|------------------|------------|--------------|--------------|----------------------|
| 1AP | PENOBSCOT CO JAIL | 11/15/2004 | 11/17/2004 | 2 | |
| 1AL | CUMBERLAND CO JAIL | 11/17/2004 | 12/01/2004 | 14 | |

```
                         TOTAL DAYS BOARDED       16
```

THIS INFORMATION IS THE PROPERTY OF THE U.S. MARSHALS SERVICE AND SHALL NOT
BE PUBLICLY RELEASED OR DISSEMINATED WITHOUT U.S. MARSHALS SERVICE AUTHORITY.

****** END OF REPORT ******

**MR 288**

*** LIMITED OFFICIAL USE ***

*** LIMITED OFFICIAL USE ***

DATE: 11/16/2004  TIME: 11:33 PM:

UNITED STATES MARSHALS
PRISONER TRACKING SYSTEM
DISTRICT OF MAINE
DISTRICT: 3G    OFFICE: BAN

PERSONAL HISTORY DEFENDANT (USM 312)

I. IDENTIFICATION DATA:

USMS NBR: 10927036  NAME: ROLFSEMA, MARK GEORGE          CUSTODY DT: 11/16/2004  RELEASE DT: \*\*/\*\*/\*\*\*\*

STREET: 30 RAILROAD ST          CITY: ANDOVER          STATE: MA  ZIP: 01810    PHONE:   -   -

        POB: PHILADELPHIA   PA  SEX: M  RACE: W  HAIR: BRO  EYES: BLU   HGT: 6' 0"  WGT: 180  MARITAL STATUS: M

        FBI:          ALIEN NBR:                    CITIZEN: US

II. ASSOCIATE AND RELATION DATA:

    EMPLOYER INFORMATION
        OCCUPATION      EMPLOYER                         ADDRESS              CITY              STATE  ZIP CODE
        START DATE  END DATE    POINT OF CONTACT      REMARK

        UNEMPLOYED                                                                             XX
        \*\*/\*\*/\*\*\*\*   \*\*/\*\*/\*\*\*\*

III. MISCELLANEOUS INFORMATION:

IV. OFFENSE INFORMATION:

    COURT CASE NO.       CUST DATE   ARREST AGY   STATUS     ARREST DATE
    10927036-1           11/16/2004  FBI          IN-ADMIN   11/15/2004

        OFFENSE                                          REMARK
        (3704) OBSCENE MATERIAL - POSSESS                CHILD PORN

            THIS INFORMATION IS THE PROPERTY OF THE U.S. MARSHALS SERVICE AND SHALL NOT
            BE PUBLICLY RELEASED OR DISSEMINATED WITHOUT U.S. MARSHALS SERVICE AUTHORITY.

***** END OF REPORT ******

*** LIMITED OFFICIAL USE ***

**MR 289**

O 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____

|  |  |
|---|---|
| UNITED STATES OF AMERICA | U.S. DISTRICT COURT<br>DISTRICT OF MAINE<br>BANGOR<br>RECEIVED AND FILED<br><br>NOV 1 6 2004<br><br>WILLIAM S. BROWNELL, CLERK<br>BY _____<br>DEPUTY CLERK |
| V. | **COMMITMENT TO ANOTHER**<br>**DISTRICT** |
| **MARK ROLFSEMA** |  |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| **MAINE** | **Massachusetts** |  |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of **Title 18**   U.S.C. § 2252(a)(4)(B)

**DISTRICT OF OFFENSE**
   **District of Massachusetts**

**DESCRIPTION OF CHARGES:**

   possession of child pornography

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By _____
Deputy Clerk

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | ☐ No | ☐ Yes | Language: |
|---|---|---|---|

**DISTRICT OF**

**TO:  THE UNITED STATES MARSHAL**

   You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

____11-16-04____                    Margaret Kravchuk
        Date                        United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| TE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE       UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL | **MR 293** |