UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 05-10030-PBS |
| v. | ) |
| MARK ROLFSEMA | ) |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the appearance of the undersigned counsel for the government TO BE NOTICED ELECTRONICALLY REGARDING ALL FILINGS.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ JAMES LANG
        JAMES LANG
        Assistant U.S. Attorney