```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              ) Criminal No. 05-10030-PBS
          v.                  )
MARK ROLFSEMA                 )
```

## WITHDRAWAL OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the withdrawal of the undersigned counsel for the government.

```
                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

              By:   /s/ Dena T. Sacco
                    DENA T. SACCO
                    Assistant U.S. Attorney
```