UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff,       )<br>                              ) Criminal No. 05-10030-PBS<br>        v.                    )<br>                              )<br>MARK ROLFSEMA,                )<br>            Defendant.        ) | |

**PRELIMINARY ORDER OF FORFEITURE**

SARIS, D.J.,

WHEREAS, on or about February 9, 2005, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Mark Rolfsema (the "Defendant"), with Possession of Child Pornography, in violation of 18 U.S.C. §2252(a)(4)(B);

WHEREAS, the Indictment sought the forfeiture, as a result of committing the offense alleged in Count One of the Indictment, of: (1) any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of 18 U.S.C. §2252, (2) any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations, and (3) any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, including but not limited to hundreds of CD-ROMS and floppy disks containing visual depictions of child pornography (the "Property");

WHEREAS, on or about June 6, 2005, a Change of Plea Hearing was held whereby the Defendant entered a plea of guilty to Count One of the Indictment;

WHEREAS, by virtue of the Defendant's guilty plea and pursuant to 18 U.S.C. §2253(a), and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States is now entitled to a Preliminary Order of Forfeiture against the Property,

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. Based on the Defendant's guilty plea, establishing the requisite nexus between the Property and the offense to which the Defendant has pled guilty, the United States is hereby authorized to seize the Property, and the Defendant's interest in the Property is hereby forfeited to the United States of America for disposition, pursuant to the provisions of 18 U.S.C. §2253.

2. The United States shall hold the seized Property in its secure control and custody.

3. Pursuant to 18 U.S.C. §2253 and FRCP 32.2, the United States shall publish at least once for three successive weeks in the newspaper of general circulation in the District of Massachusetts, notice of this Order and of the United States' intent to dispose of the Property in such manner as the Attorney General may direct.

4. Pursuant to 18 U.S.C. §2253, the Government may also, to the extent practicable, provide written notice to any person known to have alleged an interest in the Property that is the subject of

this Preliminary Order of Forfeiture.

5.   Pursuant to 18 U.S.C. §2253, the notice referred to above shall state (a) any person, other than the Defendant, asserting a legal interest in the Property may, within thirty (30) days of the final publication of the notice or that person's receipt of direct written notice, whichever is earlier, file a petition with the United States District Court in Boston, Massachusetts, requesting a hearing to adjudicate the validity of his or her interest in the Property; and (b) that the petition shall be signed by the petitioner under the penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest, any additional facts supporting the petitioner's claim, and the relief sought.

6.   Pursuant to 18 U.S.C. §2253, following the Court's disposition of all petitions filed under this subsection, or if no such petitions are filed following the expiration of the period provided for the filing of such petitions, the United States of America shall have clear title to the Property and this Court will enter a Final Order of Forfeiture pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure.

7.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing, or at any time before sentencing if the Defendant consents, and must be made a

part of the sentence and included in the judgment.

8. This Court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

                                                      /s/ Patti B. Saris
                                                      Patti B. Saris
                                                      United States District Judge

Date: 1/12/05