Docket No. 04M-1128JGD
Mark G. Rolfsema
ECCF, 240A, 511
P.O. Box 807
Middleton, MA 01949

July 8, 2005

Clerk Tony Anastas
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Clerk Tony Anastas:

1. Please send the contents of my docket file # 04M-1128JGD by legal mail directly to me at the above address.

2. Any motions filed on said docket # 04M-1128JGD, send to me.

3. Insert this document into my docket file # 04M-1128JGD, and confirm its receipt directly to me at the above address.

Thank you very much.

Sincerely,

Mark G. Rolfsema, P101106
ECCF, 240A, 511
P.O. Box 807
Middleton, MA 01949