```
                                        Docket No. 04M-1128JGD
                                        Mark G. Rolfsema
                                        ECCF, 240A, 511
                                        P.O. Box 807
                                        Middleton, MA 01949
```

July 11, 2005

Clerk Tony Anastas
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Clerk Tony Anastas:

1. Please send me a complete written transcript of all hearings involving my case, docket file # 04M-1128JGD, in particular a hearing held on December 6, 2004 before Magistrate Judge Judith Gail Dein, and a hearing held on June 6, 2005 before Judge Patti B. Saris. Please send these directly to me as soon as possible to the above address.

2. Any motions filed on said docket # 04M-1128JGD, past or future, send directly to me.

3. Insert this document into my docket file # 04M-1128JGD, and confirm its receipt directly to me at the above address.

Thank you very much.

                                        Sincerely,

                                        *Mark G. Rolfsema* (signature)
                                        ───────────────────────────
                                        Mark G. Rolfsema, P101106
                                        ECCF, 240A, 511
                                        P.O. Box 807
                                        Middleton, MA 01949