```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,      )
           Plaintiff,          )
                               ) Criminal No. 05-10030-PBS
           v.                  )
                               )
MARK ROLFSEMA,                 )
           Defendant.          )
```

**MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE**

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court amend the Preliminary Order of Forfeiture issued on July 12, 2005. A proposed Amended Preliminary Order is submitted herewith. In support thereof, the United States sets forth the following:

1. On or about February 9, 2005, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Mark Rolfsema,(the "Defendant"), with Possession of Child Pornography, in violation of 18 U.S.C. §2252(a)(4)(B)(Count One). The Indictment also contained a Criminal Forfeiture allegation, pursuant to 18 U.S.C. §2253(a)(3).

2. The allegation sought the forfeiture, as a result of committing the offense alleged in Count One of the Indictment, of (1) any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of 18 U.S.C. §2252, (2) any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result

of the said violations, and (3) any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation. Such property includes, but not limited to, hundreds of CD-ROMS and floppy disks containing contain visual depictions of child pornography (the "Property").

3. On or about June 6, 2005, a Change of Plea Hearing was held whereby the Defendant entered a plea of guilty to Count One of the Indictment.

4. On or about June 23, 2005, a Motion for a Preliminary Order of Forfeiture was filed with the Court.

5. On or about July 12, 2005, a Preliminary Order of Forfeiture was issued by this Court.

6. The United States inadvertently omitted the additional property used by the Defendant in violation of 18 U.S.C. §2252(a)(4)(B). This property is as follows:

    (a) One Power Computing Power Ware 604/120 Computer P.C.U.;

    (b) One Gateway 2000P5-60 Personal Computer Serial Number 2305576;

    (c) One Apple Macintosh Powerbook 170 Laptop;

    (d) One Toshiba Laptop Satellite 105CS;

    (e) One IBM Personal System 2 Model 70 386 Personal Computer Serial Number 23-6016483; and

    (f) a Royal Palm Pilot.

(collectively the "Computers").

7.   The computers were used to view the visual depictions of child pornography, and are therefore subject to forfeiture pursuant to 18 U.S.C. §2253.

WHEREFORE, the United States respectfully moves that this Court allow the Motion to Amend the Preliminary Order of Forfeiture issued by this Court on July 12, 2005 to include the Computers in the form submitted herewith.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney,

        /s/ JENNIFER H. ZACKS
        JENNIFER H. ZACKS
        Assistant U.S. Attorneys
        United States Courthouse
        Suite 9200
        1 Courthouse Way
        Boston, MA 02210
        (617) 748-3100

Date: August 11, 2005

CERTIFICATE OF SERVICE

I certify that I have served a true copy of the foregoing upon Allison M. O'Neil, Esquire, Craig & Macauley, 600 Atlantic Avenue, Boston, MA 02210, as counsel for Defendant Mark Rolfsema, by first class mail.

        /s/ JENNIFER H. ZACKS
        JENNIFER H. ZACKS
        Assistant U.S. Attorney

Date: August 11, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>                          )<br>v.                         )<br>                          )<br>MARK ROLFSEMA, )<br>        Defendant. ) | Criminal No. 05-10030-PBS |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

SARIS, D.J.,

WHEREAS, on or about February 9, 2005, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Mark Rolfsema (the "Defendant"), with Possession of Child Pornography, in violation of 18 U.S.C. §2252(a)(4)(B);

WHEREAS, the Indictment sought the forfeiture, as a result of committing the offense alleged in Count One of the Indictment, of: (1) any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of 18 U.S.C. §2252,(2) any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations, and (3) any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, including but not limited to hundreds of CD-ROMS and floppy disks containing visual depictions of child pornography (the "Property");

WHEREAS, on or about June 6, 2005, a Change of Plea Hearing was held whereby the Defendant entered a plea of guilty to Count One of the Indictment;

WHEREAS, on or about June 23, 2005, this Court issued a Preliminary Order of Forfeiture;

WHEREAS, on or about August 11, 2005, the United States filed a Motion to Amend the Preliminary Order of Forfeiture to include the following:

    (a)   One Power Computing Power Ware 604/120 Computer P.C.U.;

    (b)   One Gateway 2000P5-60 Personal Computer Serial Number 2305576;

    (c)   One Apple Macintosh Powerbook 170 Laptop;

    (d)   One Toshiba Laptop Satellite 105CS;

    (e)   One IBM Personal System 2 Model 70 386 Personal Computer Serial Number 23-6016483; and

    (f)   a Royal Palm Pilot.

(collectively the "Computers")

WHEREAS, by virtue of the Defendant's guilty plea and pursuant to 18 U.S.C. §2253(a), and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States is now entitled to a Preliminary Order of Forfeiture against the Property and Computers,

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. Based on the Defendant's guilty plea, establishing the requisite nexus between the Property and the Computers and the

offense to which the Defendant has pled guilty, the United States is hereby authorized to seize the Property and Computers, and the Defendant's interest in the Property and Computers is hereby forfeited to the United States of America for disposition, pursuant to the provisions of 18 U.S.C. §2253.

    2.   The United States shall hold the seized Property and Computers in its secure control and custody.

    3.   Pursuant to 18 U.S.C. §2253 and FRCP 32.2, the United States shall publish at least once for three successive weeks in the newspaper of general circulation in the District of Massachusetts, notice of this Order and of the United States' intent to dispose of the Property and Computers in such manner as the Attorney General may direct.

    4.   Pursuant to 18 U.S.C. §2253, the Government may also, to the extent practicable, provide written notice to any person known to have alleged an interest in the Property and Computers that is the subject of this Preliminary Order of Forfeiture.

    5.   Pursuant to 18 U.S.C. §2253, the notice referred to above shall state (a) any person, other than the Defendant, asserting a legal interest in the Property may, within thirty (30) days of the final publication of the notice or that person's receipt of direct written notice, whichever is earlier, file a petition with the United States District Court in Boston, Massachusetts, requesting a hearing to adjudicate the validity of his or her interest in the Property; and (b) that the petition shall be signed by the

petitioner under the penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest, any additional facts supporting the petitioner's claim, and the relief sought.

6. Pursuant to 18 U.S.C. §2253, following the Court's disposition of all petitions filed under this subsection, or if no such petitions are filed following the expiration of the period provided for the filing of such petitions, the United States of America shall have clear title to the Property and Computers and this Court will enter a Final Order of Forfeiture pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure.

7. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing, or at any time before sentencing if the Defendant consents, and must be made a part of the sentence and included in the judgment.

8. This Court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

_____
Patti B. Saris
United States District Judge

Date:

Case 1:05-cr-10030-PBS     Document 36-2     Filed 08/11/2005     Page 5 of 5