ATTORNEY ASSIGNMENT REQUEST

Defendant:_Mark Rolfsema _    Case & Defendant Number_05-CR-10030-PBS__

Date of Appointment:__9/8/05_____    Appointed by:__Saris, D.J._____

Attorney Withdrawn___Allison O'Neil__    Date of Withdrawal_ 9/8/05

Reason for Withdrawal____Irreconcilable Differences_____

Number of Counts_____1_____

Charge(s) and Cite(s)_18 USC Section 2252(a)(4)(B) Possession of Child Pornography

_____

Indictment____X_____    Information_____    Probation Revocation_____

Number of Defendants_____1_____

Judge Code_____0129____

Special Instructions:___Appointment of Counsel to represent defendant at Sentencing. A Status Conference is set for October 17, 2005, at 3:30 p.m.

_____

_____

_____

   ___/s/ Robert C. Alba_____
   Deputy Clerk

   Dated__September 8, 2005

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form**

[attyreq.;kattyreq.]