UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                      CRIMINAL ACTION
                                                     NO.   05-10030-PBS

      v.

MARK ROLFSEMA

## NOTICE OF RESCHEDULED STATUS CONFERENCE

SARIS, U.S.D.J.                                                             September 12, 2005

      The Status Conference previously scheduled for October 17, 2005, at 3:30 p.m., has been **rescheduled** to **October 17, 2005, at 2:00 p.m.**

**NOTE**: Change is to time only.

                                                                           By the Court,

                                                                         /s/ Robert C. Alba
                                                                         Deputy Clerk

Copies to:  All Counsel

resched.ntc