Mr. Mark Rolfsema
E.C.C.F. 240A, 511
P.O. Box 807
Middleton, MA 01949

June 6, 2005

05-CR-10030-PBS

The Honorable Patti B. Saris
Judge, United States
District Court
John Joseph Moakley
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Saris:

I hereby wish to have a speedy hearing to bring to the attention of the Honorable Court, gross misconduct which occurred by the attorney claiming to represent me at the "Change of Plea Hearing" today (June 6, 2005 Docket No. 04M-1128JGD).

I wish to have my plea made null and void from said hearing and to have both myself, my spouse, Monica Faria Rolfsema, Attorney Allison O'Neil and Assistant D.A. Sacco take the witness stand on this matter.

In support of the this request, and also of a Motion To Dismiss my case, which will be presented, I state the following:

a. Attorney O'Neil clearly stated on five (5) occasions to me, (which I have written down), during the months of May and June 2005 that:

   1. In exchange for my plea of guilty to one count of possession of child pornography, a sentence of "time served" would be given on the day of the Change of Plea Hearing.

   2. The original date for this action was scheduled for May 31, 2005, according to Ms. O'Neil.

b. When I was not brought to court on May 31, 2005, Ms. O'Neil stated that the same action would take place on Monday, June 6, 2005.

c. Ms. O'Neil stated that the original Change of Plea Hearing would be in front of Magistrate Judge Dein, who would give the "time served" sentence.

d. Ms. O'Neil CLEARLY told me that a written agreement was ready for me to sign when I came to Court, in which Assistant D.A. Sacco and the Judge had signed agreeing to the "time served" sentence.

e. Ms. O'Neil was hired by my spouse, Monica Faria Rolfsema, and had accepted money from her.

f. Ms. O'Neil had also told Ms. Rolfsema during the months of May and June at least four (4) times that I would be sentenced to "time served" on the day of t...

Docket No. 04M-1128JGD
Letter of Attorney & Prosecution Misconduct

Page 2

the day of the Change of Plea Hearing, first scheduled for May 31, 2005 and then June 6, 2005.

g. My spouse and five other relatives and friends appeared in court on May 31, 2005, expecting to be before Judge Dein, but were brought to the court of Judge Saris, without this Defendant being present. The six relatives and friends believed that I was not only going to be present then, but was going to be sentenced to "time served" THEN and released.

h. My spouse and two other relatives appeared in Court in front of Judge Saris on June 6, 2005, with the belief that Attorney O'Neil had again stated to them that I was going to be present, sentenced THEN to "time served" and RELEASED on the same day.

i. In light of the promised "time served" from Ms. O'Neil, I had given away personal possessions from my cell and said my "goodbyes" to others, both on May 30 (before the May 31 date) and on June 5 (before the June 6 date).

j. In light of the above points, it is clear that Attorney O'Neil provided FALSE REPRESENTATION and committed FRAUD in receiving money for services that were promised, but not rendered.

k. Ms. O'Neil should face disbarment charges since this is not only a breach of ethics, but of criminal law.

l. Ms. O'Neil's actions to obtain a guilty plea from me, without providing the promised written agreement and hearing outcome indicate that she was aiding the prosecution and NOT the defense in my case.

m. I hereby ask for a speedy hearing before Your Honor to address and testify to, these charges and actions under oath.

It should be noted that on the question asked on June 6: "Were you offered any promises or guarantees?", Ms. O'Neil had said that I could truthfully say "No" to this, as I did, since there was no guarantee that the Judge would accept the PLEA. I truthfully answered questions as I understood such interpretations. I now know that I was totally deceived by Attorney O'Neil.

Sincerely,

*Mark Rolfsema*
Mark Rolfsema
Defendant