Mr. Mark Rolfsema
E.C.C.F. 240A, 511
P.O. Box 807
Middleton, MA 01949

June 10, 2005      05-CR-10030-PBS

Connie Surpitski
CMS
E.C.C.F.
P.O. Box 807
Middleton, MA  01949

Dear Ms. Surpitski:

Judge Patti Saris of the United States District Court in Boston has requested that I have a current physical examination, as soon as possible.  I have had a variety of physical ailments that have not been attended to, at all, or adequately, including eye and ear problems, internal pain in the abdomen and lower right side of my back, blood pressure and cell counts, and some heart pains.

I will look for your attention to this matter.

Sincerely,

Mark Rolfsema

Mark Rolfsema

cc: Allison M. O'Neil
    Craig and Macauley
    600 Atlantic Avenue
    Boston, MA  02210