Mr. Mark Rolfsema
E.C.C.F. 240A, 511
P.O. Box 807
Middleton, MA 01949

June 10, 2005

05-CR-10030-PBS

Connie Surpitski
CMS
E.C.C.F.
P.O. Box 807
Middleton, MA 01949

Dear Ms. Surpitski:

Judge Patti Saris of the United States District Court in Boston has
requested that I have a current psychological evaluation, as soon as
possible.  My attorney is going to send a request to you, with the
$25 fee, for all of my psychological and physical records thus far.
You may contact her at the phone number below to determine what is
needed to complete the current psychological evaluation requested now.

I will look forward to your attention to this matter.

Sincerely,

Mark Rolfsema

Mark Rolfsema

cc: Allison O'Neil
    Craig and Macauley
    600 Atlantic Avenue
    Boston, MA 02210
    Tel.: 617.367.9500
    FAX : 617.742.1788