Mr. Mark Rolfsema
ECCF, 240A, 511
P.O. Box 807
Middleton, MA 01949

June 10, 2005

05-CR-10030-PBS

Ms. Allsion O'Neil
Federal Reserve Plaza
Craig and Macauley
600 Atlantic Avenue
Boston, MA 02210

Dear Ms. O'Neil:

I have done as Monica Faria Rolfsema and Patricia Rolfsema both said you requested. They each told me that you now promised to schedule a Release From Detention hearing within two weeks.

As you are well aware, we all expected, as you had repeatedly told us, for me to not only be released from detention (jail) on first, May 31, 2005, then June 6, 2005, at the time of my :"pleas bargain", but to be sentenced to "time served" at that time, and be freed later that day. We had all prepared for that occasion and were very upset that we were deceived on this.

Monica and Patricia talked with me after this and are now holding you to this current promise, that I may be released from detention (jail) until sentencing, which apparently is three months away (not two weeks!), and that I may return with them at that time, expecting "time time served".

Sincerely,

*Mark Rolfsema*

Mark Rolfsema

cc: Monica Faria Rolfsema
    Patricia Rolfsema