Mr. Mark Rolfsema
ECCF, 240A, 511
P.O. Box 807
Middleton, MA 01949

August 22, 2005

The Honorable Patti B. Saris            05-CR-10030-PBS
Judge, United States
District Court
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 6310
Boston, MA 02210

Dear Judge Saris:

I (and my family) have been subject to gross misconduct by Attorney Allison O'Neil, and wish to have a speedy hearing to bring such conduct, with its false representation and fraud, before your Honorable Court. Please refer first to the enclosed letter of June 6, 2005, which at the advice of my spouse, Monica Faria Rolfsema, who has been paying Ms. O'Neil, I held off from sending to you at that time.

Following the dishonest actions of Ms. O'Neil through a "Change of Plea" hearing held on June 6, 2005, before you, Ms. O'Neil stated to my spouse, my ex-wife Patricia Rolfsema, and myself, that she would "solve the problem" by the following:

1. Obtain within two weeks of June 10, 2005, a "Release From Detention" hearing.

2. Have the relatives put together a 7 day schedule for me listing all activities during the week while living with my spouse.

   a. My spouse was told to set up doctor's appointments for my greatly declining health, as well as dental appointments.

   b. The appointments were to be set up after June 24, and my family would have to arrange for transportation.

   c. My spouse was told to arrange for both paid and volunteer employment.

   d. My relatives were to arrange for all other activities within a complete day.

3. My relatives did this, as instructed, but Ms. O'Neil kept making excuses for not having the date, first within two weeks, and then into early July, and then beyond.

4. Ms. O'Neil stated CLEARLY to Monica, Patricia, and myself that I would be released on the completed schedule, follow it, and then return on September 7, 2005, to be sentenced to "time served."

5. My spouse faithfully continued to email Ms. O'Neil further specifics, including addresses and phone numbers of all places I would be present, but Ms.

PAGE 2   Docket No. 04M-1128JGD
         Second Letter

O'Neil did not schedule a date until August 3, 2005.

6. On July 6, 2005, I was brought to the U.S. District Court for a reason unknown to me, and waited all day in a cell. I was told by a marshall that "nothing happened because your attorney didn't show up."

7. On July 15, 2005, I was brought to the U.S. District Court for a P.S.I. hearing. I asked the investigator to put in writing on the report that I and my family were promised by Ms. O'Neil a sentence of "time served" for me on June 6, 2005 at the "Change of Plea" hearing.

8. On August 2, 2005 I packed things, again, in my cell, to go to the "Release From Detention" hearing the next morning, and I was not taken. Ms. O'Neil would not receive my, or my relatives' calls until August 8, at which time I was not given a reason or apology for the August 3 "non-happening", but now told August 11 or 12 may be the date.

9. Ms. O'Neil was not reachable by me again until August 15, on which date she said that the "Release From Detention" hearing would now be on today's date, Monday, August 22, 2005.

10. During the week before the present date (8/22/05), Ms. O'Neil confirmed this, yet another date, with me and relatives, and also said she would get information on my urgent needs for an EKG and blood tests from a jail doctor.

11. I was not taken to U.S. District Court, as promised, this day, and Ms. O'Neil would not receive calls from me. Ms. O'Neil stated to my wife that "no judge showed up for the hearing," but we know that that was false because jail computers showed that a hearing indeed had NEVER BEEN SCHEDULED for me.

Your Honor, my life and freedom are at stake because of such terrible deception and dishonesty that has characterized my case.

I have only helped and never hurt anyone throughout my entire life, as is the case for my total family, yet they all remain in jail emotionally with me, all financially drained, crying out for justice for me. The death of my daughter's fiance', her subsequent hospitalization; the terminal illnesses of both of my parents, and the ailments of my wife from this unimaginable ordeal, have put their lives greatly at risk.

My daughter Jennifer, her mother, Patricia, and my wife Monica, all had taken off a day of work to come to today's hearing, which was another attorney indignity.

I humbly ask, therefore, that I be brought into court prior to September 7, 2005 to testify, along with my spouse, to the charges and actions under oath, that are referred to here, and in the letter dated June 6, 2005, and that I be able to dismiss Attorney Allison O'Neil, and act pro se at said hearing.

Thank you, Your Honor.

Sincerely,

*Mark Rolfsema*

Mark Rolfsema