Your Honor, at age 53, I am a man who has no record of criminal activity; no record of ever hurting anyone; no record of any alcohol or drug abuse; and no record of causing a disturbance to anyone.

I am, however, Your Honor, a man who <u>does</u> have a record of being a faithful husband for over 29 years; a dedicated father of nearly 26 years who has brought two daughters through both high schools and colleges as Honor Roll and Honor Society students; and a dutiful son for more than a half century, of upright and loving parents. I <u>do</u>, Your Honor, have a record of giving thousands of hours in volunteer work during my adult life, and of donating from what I have to those less fortunate, for their betterment. I <u>do</u> have a record of helping hundreds of people make their lives a little bit better. I <u>do</u> have a record of listening to people of different backgrounds, and helping them to change their ways for the better, including inmates I been incarcerated with during the past year. A group of those inmates insisted that I bring a statement from them, which includes the comment, "Each of us agree Mark has been a good influence on us all. In knowing Mark, we see and experience his kind heart and concern for us and others."

(Your Honor, the <u>proof</u> of my lifetime actions of good are in these seats behind me, and a couple of them would like to have a couple sentences to say now).

Your Honor, my family has always been first in my life, however, and during a whole year of incarceration, each of my 10 close family members have been in jail with me, emotionally and financially, although none has ever been to jail physically. During my year of suffering in captivity, my father and mother have developed terminal illnesses, and have been hanging onto life because of the hope of seeing and embracing their son soon. My beloved wife, Monica, my Soulmate, is suffering from complete exhaustion, while my oldest daughter, Jennifer, who I had been through every life crisis with, suffered the devastating loss of her fiance in August, and subsequently spent 2 weeks in the hospital. And I, myself, Your Honor, who my primary doctor had said looked like a 35 year old, going on to 100, in my 52nd year, have in one year of incarceration seen myself go from a young man to an old man, which has biologically made that one year in jail equal to several decades in jail, by my doctor's analysis. My wife has urgently scheduled appointments for my developed high blood pressure, eye cataracts + glaucoma, and chest pains and tissue growth. Your Honor, the year of my incarceration has <u>devastated</u> the lives of all 11 of us. Our four children and us had also worked <u>3 long years</u> to earn a Habitat for Humanity house at $180,000 + interest <u>below</u> market cost, a lifelong dream, which was taken away from us when a federal agent told the organization not to sell it to us, as well as our apartment, and hundreds of personal possessions in apartment and storage. The savings of our whole family has been decimated by this case, and my loved ones are crying for justice, to enable me to help lift their burdens.

Your Honor, the action of the offense I pleaded to came as a result of my extreme naivete and was extremely foolish, but came not from any willful or deliberate malicious intent. Ironically, Your Honor, it was from my <u>lack</u> of a malicious mind that brought me this trouble in the first place. All who know me, know that I in no way have <u>ever</u> condoned <u>any</u> actions of others that hurt or abuse people, no matter what form they take, yet I have had to spend one year with countless <u>violent</u> men, repeat offenders, and (lifetime or) career criminals, who have often left the jail with probation or 6 month sentences, or with a bail of $5,000, as was the case of one man with a 22 page criminal history.

Your Honor, it has been like having our legs and arms cut off, to be apart as a family, for we have always been one. Your Honor, I believe that my half century record of doing good should clearly overshadow a damaging lapse of good judgment. I beg, Your Honor, that you would release me from my terrible suffering in jail today, with my pledge, and that of my loved ones here, that I will adhere to any of your conditions for me on the outside. Please, Your Honor, let my parents in their last days, hug and spend time with the son that they have loved for over a half century. Let me help to lift the emotional and financial burdens of them and my other beloved family members. I will then make the rest of my life count for them, and for those whose lives I can make a positive difference in. Thank you, Your Honor.