DISTRICT OF MASSACHUSETTS                             UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA )                            05-CR-10030-PBS
             vs.                    }
MARK ROLFSEMA              )                          DOCKET NO  04M-1128JGD

## MOTION TO DISMISS

The Defendant moves this Honorable Court to dismiss all charges against him.

As reasons therefore,

1. The Defendant is charged with one Count of Possession of Child Pornography in violation of 18 USCS (a)(4)(B)

2. The Defendant respectfully requests that this Honorable Court allow this motion to dismiss and assign reasons as follows:

   a. The Defendant was a victim of false representation by Attorney Allison O'Neil, who arranged a "Change of Plea Hearing" under false pretenses to both the Defendant and his spouse, who has been paying her. She CLEARLY misrepresented what would happen at the hearing on June 6, 2005, namely, that in EXCHANGE for a plea of GUILTY to the charge listed in point 1, the Defendant WOULD BE SENTENCED TO "TIME SERVED" AT THE DATE OF THE HEARING, and WOULD BE RELEASED FROM JAIL ON THE SAME DATE.

   b. The Defendant's plea was ONLY made because of the facts stated in point 2a.

   c. The Defendant has been denied ANY information on his case from Attorney O'Neil and a subsequent request to the Court Clerk for the contents of his file, motions filed, and transcripts was ignored and denied.

   d. The Defendant was neither shown, nor received a copy of the Pre-Sentence Investigation Report from his attorney or the investigator, nor has his spouse, despite repeated requests.

   e. No legal mail has been sent to the Defendant discussing the meaning and importance of the Plea Hearing, the Pre-Sentence Investigation, or the Sentencing Hearing, despite the importance to the Defendant's Life and Liberty.

   f. No visitations to the Defendant discussing the meaning and importance of the Plea Hearing, the Pre-Sentence Investigation, or the Sentencing Hearing, have occurred, despite the importance to the Defendant's Life and Liberty.

   g. In light of points 2a.-2f, and the fact that Attorney O'Neil has been receiving payments and requesting more payments from the Defendant and his family, the Defendant suggests that FRAUD has been committed by Attorney O'Neil.

   h. The Defendant has also not been given an opportunity to refute false statements, which have kept him detained without bond or bail, or to address abusive acts against him while in jail.

*[Margin annotations: "9/13/05 Denied — however no plea. Paul Saris" and "a motion to reinstate will be considered"]*