United States of America

District of Massachusetts                    United States District Court


United States of America                     05-CR-10030-PBS
          vs.
      Mark Rolfsema                          Docket No. 04M-1128JGD


## MOTION FOR CONTINUANCE

*[Handwritten margin note: 9/14/05 Allowed w/r respect to no motion for continuance of Jan S]*

The Defendant moves that this Honorable Court grant a continuance of his case prior to any further action.

As reasons therefore,

1. The Defendant has not been visited by his attorney in over four months.

2. The Defendant has not been shown ANY information regarding his case, despite repeated oral and written requests, to both his attorney and to the Court Clerk.

3. Point 2 includes the Pre-Sentence Investigation report, which the Defendant had a right to full disclosure of.

4. The Defendant's attorney has repeated refused to give any details of her alleged strategy to defend the Defendant, nor has given such to his spouse who is paying her.

5. The Defendant has reason to believe that he was a victim of false representation by Attorney Allison O'Neil, who arranged a "Change of Plea Hearing" under false pretenses to both the Defendant and his spouse, who has been paying her. She CLEARLY misrepresented what would happen at the hearing on June 6, 2005, that in EXCHANGE for a plea of GUILTY to a charge of one Count of Possession of Child Pornography, the Defendant WOULD BE SENTENCED TO "TIME SERVED" AT THE DATE OF THE HEARING, and would BE RELEASED FROM FEDERAL CUSTODY ON THE SAME DATE. Attorney O'Neil CLEARLY stated to the Defendant that a WRITTEN AGREEMENT would be presented after the "plea", with the above sentence agreed to by the prosecutor and the judge. Instead, none of the above took place and the Defendant was taken back to jail for over 3 months more with the inactions of points 1 through 4 taking place.

6. The Defendant's plea was ONLY made on June 6, 2005 because of the misrepresentation listed in point 5.

7. The Defendant wishes to WITHDRAW the his plea and represent himself until the Court can appoint him an attorney.

8. Failure to issue a continuance and withdrawal of the Plea of the Defendant, given under false pretenses, as listed in point 5, would deny him his Constitutional and Civil Rights.

Respectfully submitted,

DATED: September 7, 2005                   *Mark Rolfsema*
                                           Mark Rolfsema, Defendant