Mr. Mark Rolfsema
ECCF, 240A, 511
P.O. Box 807
Middleton, MA 01949

September 9, 2005

Mr. Tony Anastas, Clerk
United States District Court
 For the District of Massachusetts
John Joseph Moakley, U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: United States of America
        vs.
    Mark Rolfsema
    Docket #: 05CR-10030 PBS
      and 04M-1128JGD

Dear Mr. Anastas:

I wrote you on July 8, 2005, requesting my complete file. I was later informed that this was not responded to because I had a paid attorney at the time.

I have dismissed the attorney I had at that time and presently PRO SE. Therefore, as is my right, please send me the following.

1. Complete file information for my Docket numbers above.

2. A transcript of court hearings, between and including, December 6, 2004 and September 8, 2005.

3. A copy of any motions submitted.

4. Please send all of the information by legal mail to the address in the upper right corner.

5. Please place a copy of this request in my file.

Thank you very much.

Sincerely,

*Mark Rolfsema*

Mark Rolfsema, in forma pauperis
and in pro se