UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA

v.                                                              CRIMINAL ACTION
                                                                No. 05-10030 PBS
MARK ROLFSEMA

_____

**MOTION FOR TRANSCRIPTS OF THE CHANGE OF PLEA
HEARING AND THE SENTENCING HEARING AT GOVERNMENT EXPENSE**

     The defendant moves, pursuant to Fed.R.Crim.P. 6(f), that the Government provide him with the transcripts of the Change of Plea Hearing and the aborted Sentencing Hearing with regard to the above case. As reason therefore, the defendant states that he has been recently assigned CJA counsel in the case, and counsel requires these transcripts to determine his strategy in this matter. The change of plea hearing was on June 6, 2005, with the court reporter being Lee Marzilli, and the Sentencing Hearing (prior to defendant's dismissal of his counsel) was held on September 6, 2005, and the court reporter was Cheryl Dahlstrom.

                                                    Respectfully Submitted,

                                                    /s/ MELVIN NORRIS

                                                  _____
                                                  Melvin Norris   (MA BBO# 393700)
                                                  Suite 9, 260 Boston Post Road
                                                  Wayland, Massachusetts 01778
                                                  (508) 358-3305

Dated: September 19, 2005