UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

          CRIMINAL ACTION
          NO.   05-10030-PBS

v.

MARK ROLFSEMA

### NOTICE OF RESCHEDULED STATUS CONFERENCE

SARIS, U.S.D.J.                                                                        September 27, 2005

      The Status Conference previously scheduled for October 17, 2005, at 2:00 p.m., has been **rescheduled** to **October 17, 2005, at 4:00 p.m.**

**NOTE: Change is to time only.**

                                                            By the Court,

                                                            /s/ Robert C. Alba
                                                            Deputy Clerk

Copies to:  All Counsel

resched.ntc