# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARK ROLFSEMA )<br>) | Criminal No. 05-cr-10030-PBS |

## NOTICE OF APPEARANCE

Please enter my appearance for the United States in the above captioned matter.

        Respectfully Submitted
        For the United States of America

        /s/ Dana Gershengorn
        Dana Gershengorn
        Assistant U.S. Attorney
        One Courthouse Way, 9th FL
        Boston, MA 02210
        (617) 748-3120
        FAX: (617) 748-3954
        EMAIL: Dana.Gershengorn@usdoj.gov
        DC BAR # 453740
        *ATTORNEY TO BE NOTICED*

Dated: September 29, 2005