```
                                                    FILED
           UNITED STATES DISTRICT COURT         IN CLERKS OFFICE
              DISTRICT OF MASSACHUSETTS
                                                2005 OCT -6  P 3: 17
UNITED STATES OF AMERICA       )
                               ) Criminal No. 05-10030-PBS
          v.                   )                U.S. DISTRICT COURT
MARK ROLFSEMA                  )                DISTRICT OF MASS
                               )
```

## MOTION TO WITHDRAW

Now comes Attorney Allison M. O'Neil, in the above-entitled matter and respectfully requests this Honorable Court to be allowed to withdraw my appearance. As reason therefore:

1. There has been an irretrievable breakdown in the relationship between myself and Mark Rolfsema.

2. The defendant has expressed that he no longer wished me to represent him in these matter.

3. Mark Rolfsema may be entitled to court appointed counsel.

                                    MARK ROLFSEMA,

                                    By his attorney,

Dated: October 3, 2005              _____
                                    Allison M. O'Neil (BBO#641330)
                                    Craig and Macauley
                                        Professional Corporation
                                    Federal Reserve Plaza
                                    600 Atlantic Avenue
                                    Boston, Massachusetts 02210
                                    (617) 367-9500

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on October 7, 2005.

Allison M. O'Neil