UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -6 P [illegible] 7

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
) Criminal No. 05-10030-PBS
v. )
MARK ROLFSEMA )

**WITHDRAWAL OF APPEARANCE**

Mark Rolfsema, by and through his attorney, Allison M. O'Neil, hereby respectfully gives notice for the withdrawal of the undersigned counsel for the Defendant.

Dated: October 7, 2005

_____
Allison M. O'Neil (BBO#641330)
Craig and Macauley
   Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 367-9500

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on October 7, 2005.

                                    /s/ Allison M. O'Neil
                                    Allison M. O'Neil