UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION
                                                      No. 05-10030 PBS

MARK ROLFSEMA

_____

## NOTICE

Now comes undersigned counsel and states that he was notified telephonically by Mr. Rolfsema that he does not intend to move to vacate his Guilty Plea.

                                            Respectfully Submitted,

                                            /s/ MELVIN NORRIS
                                            _____
                                            Melvin Norris   (MA BBO# 393700)
                                            Suite 9, 260 Boston Post Road
                                            Wayland, Massachusetts 01778
                                            (508) 358-3305

Dated: November 1, 2005