UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA

v.                                                                CRIMINAL ACTION
                                                                  No. 05-10030 PBS

MARK ROLFSEMA

_____

**MOTION FOR LEAVE TO FILE OBJECTIONS
TO THE PRESENTENCE REPORT**

    Now comes the defendant and moves that this Honorable Court grant him leave to file Objections to the Presentence Report within the next 30 days. As reason therefore, the defendant states that no Objections to the Presentence Report were filed by prior counsel. This Court appointed undersigned counsel, and undersigned counsel requires 30 days to review the presentence report in detail with the Defendant, research legal issues related to the Report, and file objections thereto.

                                                          Respectfully Submitted,

                                                          /s/ MELVIN NORRIS
                                                          _____
                                                          Melvin Norris   (MA BBO# 393700)
                                                          Suite 9, 260 Boston Post Road
                                                          Wayland, Massachusetts 01778
                                                          (508) 358-3305

Dated: November 1, 2005