UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA

v.                                                                          CRIMINAL ACTION
                                                                            No. 05-10030 PBS

MARK ROLFSEMA

_____

**MOTION FOR LEAVE TO FILE MOTIONS FOR DOWNWARD DEPARTURE AND A SENTENCING MEMORANDUM**

Now comes the defendant and moves that this Honorable Court grant him leave to file Motions for Downward Departure and a Sentencing Memorandum in the above case. As reason therefore, the defendant states that no Motions for Downward Departure were filed by prior counsel, and prior counsel did not file a Sentencing Memorandum in this case. There are significant issues of law and fact which may be appropriately raised in a Sentencing Memorandum. Furthermore, the defendant maintains that he is eligible for Downward Departure on various grounds.

Respectfully Submitted,

/s/ MELVIN NORRIS
_____
Melvin Norris   (MA BBO# 393700)
Suite 9, 260 Boston Post Road
Wayland, Massachusetts 01778
(508) 358-3305

Dated: November 1, 2005