UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.  05-10030-PBS |
| v. | |
| MARK ROLFSEMA | |

**NOTICE OF SENTENCING**

SARIS, U.S.D.J.                                                                                           November 3, 2005

    TAKE NOTICE that the above-entitled case has been set for Sentencing on **December 12, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                  By the Court,

                  _/s/ Robert C. Alba_
                  Deputy Clerk

Copies to:  All Counsel