AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

United States
V.
Mark Rolfsema

**EXHIBIT AND WITNESS LIST**

Case Number: 05-10030-PBS

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>Gershengorn | DEFENDANT'S ATTORNEY<br>Norris |
|---|---|---|
| TRIAL DATE (S)<br>12/12/05 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/12/05 | | X | Sealed CD |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages