AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **Massachusetts**

United States
V.
Mark Rolfsema

**EXHIBIT AND WITNESS LIST**

Case Number: 05-10030-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Gershengorn | Norris |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/12/05 | Lee Marzilli | Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/12/05 | | | Melissa Lawson - FBI |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages