UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

CRIMINAL NO. 05-10030-PBS

MARK ROLFSEMA

NOTICE OF APPEAL

SARIS, D.J.

    At the request of defense counsel, this NOTICE OF APPEAL of the Judgment of Conviction, entered on December 19, 2005, is hereby entered by the Clerk on behalf of the defendant in the above entitled matter.

    The defendant and counsel are directed to the provisions of First Circuit Local Rule 12(b), providing that an attorney who has represented a defendant in a criminal case in the District Court will be responsible for representing the defendant on appeal until the attorney is relieved of such duty by the Court of Appeals. Detailed procedures for withdrawal in criminal cases are found in First Circuit Local Rule 46.6.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

December 19, 2005