## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cr-10030

United States of America

v.

Mark Rolfsema

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/19/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 22, 2005.

Sarah A Thornton, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _12-23-5_ .

_____

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, MAG

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-10030-PBS-ALL

Case title: USA v. Rolfsema                         Date Filed: 02/09/2005
Magistrate judge case number: 1:04-mj-01128-JGD

---

Assigned to: Judge Patti B. Saris

## Defendant

**Mark Rolfsema** (1)                represented by   **Allison M. O'Neil**
*TERMINATED: 12/15/2005*                              Craig & Macauley
                                                      600 Atlantic Ave.
                                                      Boston, MA 02210
                                                      617/367-9500
                                                      Fax: 617/742-1788
                                                      Email: aoneil@craigmacauley.com
                                                      *TERMINATED: 10/18/2005*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **Melvin Norris**
                                                      Mel Norris
                                                      260 Boston Post Road
                                                      Suite 9
                                                      Wayland, MA 01778
                                                      508-358-3305
                                                      Fax: 508-358-7787
                                                      Email: attorney.norris@verizon.net
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: CJA Appointment*

                                                      **Richard P. Brederson**
                                                      Brederson Law Center
                                                      950 Smith Street
                                                      Providence, RI 02908
                                                      401-228-8110
                                                      Email: RBrederson@hotmail.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

**Pending Counts**                                  **Disposition**

18:2252(a)(4)(B) Possession of Child
Pornography
(1)

18:2252(a)(4)(B) - POSSESSION OF
CHILD PORNOGRAPHY
(1s)

Defendant is hereby committed to the
custody of the United States Bureau of
Prisons to be imprisoned for a total term
of 57 months. The Court makes a
recommendation to Ft. Devens, a
recommendation of sex offender
treatment, and a recommendation of
mental health treatment. Defendant is
remanded to the custody of the United
States Marshal. Upon release from
imprisonment, defendant shall be on
supervised release for a term of 36
months. Defendant is to register as a sex
offender. Defendant is to receive sex
offender treatment and mental health
treatment. Defendant shall submit to
polygraph testing. Defendant shall not
possess computer equipment except for
work purposes. Defendant shall have no
unsupervised contact with children
under the age of 18. Defendant shall
cooperate in the collection of DNA as
directed by the probation officer. The
$100.00 Special Assessment is due
immediately.

18:1001 - FALSE STATEMENTS
(2s-4s)

Defendant is hereby committed to the
custody of the United States Bureau of
Prisons to be imprisoned for a total term
of 57 months. The Court makes a
recommendation to Ft. Devens, a
recommendation of sex offender
treatment, and a recommendation of
mental health treatment. Defendant is
remanded to the custody of the United
States Marshal. Upon release from
imprisonment, defendant shall be on
supervised release for a term of 36
months. Defendant is to register as a sex
offender. Defendant is to receive sex
offender treatment and mental health
treatment. Defendant shall submit to
polygraph testing. Defendant shall not
possess computer equipment except for
work purposes. Defendant shall have no
unsupervised contact with children
under the age of 18. Defendant shall

cooperate in the collection of DNA as
directed by the probation officer. The
$100.00 Special Assessment is due
immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                           **Disposition**

18:2252A.F Possession of child
pornography

---

**Plaintiff**

**USA**                          represented by **Dana M. Gershengorn**
                                               U.S. Department of Justice
                                               6th Floor
                                               1400 New York Ave., N.W.
                                               Washington, DC 20530
                                               202-353-3420
                                               Fax: 202-514-1793
                                               Email: Dana.Gershengorn@usdoj.gov
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Dena T. Sacco**
                                               United States Attorney's Office
                                               John Joseph Moakley Federal
                                               Courthouse
                                               1 Courthouse Way
                                               Suite 9200
                                               Boston, MA 02210
                                               617-748-3304
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **James F. Lang**
                                               United States Attorney's Office
                                               Suite 9200
                                               1 Courthouse Way

Boston, MA 02210
617-748-3175
Fax: 617-748-3954
Email: james.lang@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2004 | 1 | COMPLAINT as to Mark Rolfsema (1). (Attachments: # (1) Criminal Cover Sheet) (Filo, Jennifer) [1:04-mj-01128-JGD] (Entered: 09/30/2004) |
| 09/26/2004 | 2 | AFFIDAVIT of Special Agent Melissa A. Lawson by USA as to Mark Rolfsema 1 Complaint (Filo, Jennifer) [1:04-mj-01128-JGD] (Entered: 09/30/2004) |
| 09/26/2004 | 3 | Arrest Warrant Issued as to Mark Rolfsema. (Filo, Jennifer) [1:04-mj-01128-JGD] (Entered: 09/30/2004) |
| 12/01/2004 | | Electronic Clerk's Notes for proceedings held before U.S.M.J. Judith G. Dein :Initial Appearance as to Mark Rolfsema held on 12/1/2004; AUSA Sacco; USMJ Dein informs dft. of his rights and that his Attorney Richard Brederson was unavailable to appear today; Govt. moves for detention and continuance; USMJ Dein orders the dft. to temporary detention pending hearing on 12/6/04. @ 3:15pm. (Court Reporter D.R..) (Quinn, Thomas) [1:04-mj-01128-JGD] (Entered: 12/08/2004) |
| 12/01/2004 | | Attorney update in case as to Mark Rolfsema. Attorney Richard P. Brederson for Mark Rolfsema added. (Quinn, Thomas) [1:04-mj-01128-JGD] (Entered: 12/08/2004) |
| 12/01/2004 | 4 | NOTICE OF ATTORNEY APPEARANCE: Richard P. Brederson appearing for Mark Rolfsema (Quinn, Thomas) [1:04-mj-01128-JGD] (Entered: 12/08/2004) |
| 12/06/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing and Preliminary Examination as to Mark Rolfsema held on 12/6/2004; AUSA Sacco and Attorney Brederson for the dft.; Govt. calls witness #1 (Lawson) direct exam, exhibits #'s 1,2,3 admitted; cross exam; closing statements; USMJ Dein finds probable cause and takes detention under advisement. Defense counsel shall confer with pretrial to arrange for pretrial interview of dft.. (Court Reporter D.R..) (Quinn, Thomas) [1:04-mj-01128-JGD] (Entered: 12/08/2004) |
| 12/14/2004 | 5 | Judge Judith G. Dein : ORDER entered ORDER OF DETENTION as to Mark Rolfsema (Quinn, Thomas) [1:04-mj-01128-JGD] (Entered: 12/15/2004) |
| 12/16/2004 | 6 | Arrest Warrant Returned Executed on 11/29/04. as to Mark Rolfsema. (Filo, Jennifer) [1:04-mj-01128-JGD] (Entered: 12/16/2004) |
| 02/09/2005 | 7 | INDICTMENT as to Mark Rolfsema (1) count(s) 1. (Gawlik, Cathy) |

| | | (Entered: 02/09/2005) |
|---|---|---|
| 02/09/2005 | 8 | Judge Patti B. Saris : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Mark Rolfsema (Gawlik, Cathy) (Entered: 02/09/2005) |
| 02/23/2005 | 9 | PLEA AGREEMENT as to Mark Rolfsema, filed. (Catino2, Theresa) (Entered: 02/23/2005) |
| 02/23/2005 | 10 | SUPERSEDING INFORMATION (Felony) as to Mark Rolfsema (1) count(s) 1s, 2s-4s, FILED. (Catino2, Theresa) (Entered: 02/23/2005) |
| 02/24/2005 | 11 | NOTICE OF RULE 11 PLEA HEARING as to Mark Rolfsema. Change of Plea Hearing set for 3/17/2005 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 02/24/2005) |
| 03/02/2005 | 🌢 | Mail Returned as Undeliverable. Mail sent to Richard Brederson as to Mark Rolfsema (Patch, Christine) (Entered: 03/07/2005) |
| 03/03/2005 | 12 | Assented to MOTION to Continue Plea Hearing as to Mark Rolfsema by USA. (Patch, Christine) Modified on 3/14/2005 (Patch, Christine). (Entered: 03/10/2005) |
| 03/10/2005 | 🌢 | Judge Patti B. Saris: Electronic ORDER entered granting 12 Assented to MOTION to Continue Rule 11 Hearing as to Mark Rolfsema. "THE RULE 11 PLEA HEARING IS CONTINUED TO MARCH 16, 2005, AT 10:00 A.M." (Alba, Robert) (Entered: 03/10/2005) |
| 03/10/2005 | 🌢 | Terminate Deadlines and Hearings as to Mark Rolfsema: (Alba, Robert) (Entered: 03/10/2005) |
| 03/10/2005 | 🌢 | Reset Hearings as to Mark Rolfsema: Change of Plea Hearing reset for 3/16/2005 at 10:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 03/10/2005) |
| 03/16/2005 | 🌢 | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Change of Plea Hearing as to Mark Rolfsema held on 3/16/2005. Defendant indicates that he would like a continuance. Change of Plea Hearing reset for 3/29/2005 at 4:30 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 7/11/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Carol Scott.) (Alba, Robert) (Entered: 03/16/2005) |
| 03/29/2005 | 🌢 | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Change of Plea Hearing as to Mark Rolfsema held on 3/29/2005. Successor counsel enters his appearance. Government informs the Court that it will withdraw the Superseding Information and proceed with arraignment on the original Indictment before Magistrate Judge Dein. Prior counsel to file a formal withdrawal. Court sends the case back to Magistrate Judge Dein. (Court Reporter Don Womack.) (Alba, Robert) (Entered: 03/29/2005) |
| 03/30/2005 | 13 | WITHDRAWAL of Motion by USA as to Mark Rolfsema *Withdrawal of Information* (Sacco, Dena) (Entered: 03/30/2005) |
| | | |

| | | |
|---|---|---|
| 03/31/2005 | ◑ | Judge Patti B. Saris : Electronic ORDER entered. Withdrawal of Superceding Information as to Mark Rolfsema. (Patch, Christine) (Entered: 04/06/2005) |
| 04/07/2005 | ◑ | Letter sent to Fred B. McAlary as to Mark Rolfsema advising of inactive status in the Bar of this Court. Notice, reregistration and ECF application included. (Patch, Christine) (Entered: 04/07/2005) |
| 04/15/2005 | ◑15 | MOTION by Fred B. McAlary, Jr. to Withdraw as Attorney as to Mark Rolfsema. (Quinn, Thomas) (Entered: 04/19/2005) |
| 04/19/2005 | ◑14 | NOTICE of Rejection of Filing re: Motion to Withdraw sent to Attorney Richard P. Brederson. (Patch, Christine) (Entered: 04/19/2005) |
| 04/26/2005 | ◑ | Attorney update in case as to Mark Rolfsema. Attorney Allison M. O'Neil for Mark Rolfsema added. (Quinn, Thomas) (Entered: 04/26/2005) |
| 04/26/2005 | ◑ | Judge Judith G. Dein : Electronic ORDER entered granting 15 Motion to Withdraw as Attorney. as to Mark Rolfsema (1) (Quinn, Thomas) (Entered: 04/26/2005) |
| 04/26/2005 | ◑ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Mark Rolfsema (1) Count 1 held on 4/26/2005, Plea entered by Mark Rolfsema Not Guilty on counts One.; AUSA Sacco and Attorney O'Neil for the dft. Attorney McAlary's motion to withdraw is allowed; Dft. will proceed with automatic discovery and 1st status conference is set for 5/31/05 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/26/2005) |
| 04/26/2005 | ◑16 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER as to Mark Rolfsema Status Conference set for 5/31/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 04/26/2005) |
| 04/26/2005 | ◑17 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Mark Rolfsema Time excluded from 4/26/05 until 5/24/05. (Quinn, Thomas) (Entered: 04/26/2005) |
| 04/26/2005 | ◑18 | NOTICE OF ATTORNEY APPEARANCE: Allison M. O'Neil appearing for Mark Rolfsema (Quinn, Thomas) (Entered: 04/29/2005) |
| 05/31/2005 | ◑19 | NOTICE OF HEARING as to Mark Rolfsema. Change of Plea Hearing set for 6/6/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 05/31/2005) |
| 05/31/2005 | ◑ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Mark Rolfsema held on 5/31/2005; AUSA Sacco and Attorney O'Neil report this case is ready to sent to district court. USMJ Dein will issue a report and return file to district court for Rule 11 hearing. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/31/2005) |
| 05/31/2005 | ◑20 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Mark |

| | | |
|---|---|---|
| | | Rolfsema (Quinn, Thomas) (Entered: 06/01/2005) |
| 05/31/2005 | 21 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Mark Rolfsema (Quinn, Thomas) (Entered: 06/01/2005) |
| 06/06/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Change of Plea Hearing as to Mark Rolfsema held on 6/6/2005. Plea entered by Mark Rolfsema (1) Guilty Count 1 of Original Indictment. Sentencing set for 9/7/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 06/06/2005) |
| 06/06/2005 | 22 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Mark Rolfsema Sentencing set for 9/7/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 06/07/2005) |
| 06/15/2005 | 23 | Memorandum regarding submission of documents as to Mark Rolfsema (Attachments: # 1 # 2)(Sacco, Dena) (Entered: 06/15/2005) |
| 06/15/2005 | 24 | Joint MOTION to Seal by Mark Rolfsema, USA. (Patch, Christine) (Entered: 06/16/2005) |
| 06/17/2005 | ❍ | Judge Patti B. Saris : Electronic ORDER entered granting 24 Motion to Seal as to Mark Rolfsema (1) (Patch, Christine) (Entered: 06/20/2005) |
| 06/20/2005 | 26 | TRANSCRIPT of Rule 11 Hearing as to Mark Rolfsema held on June 6, 2005 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/20/2005) |
| 06/23/2005 | 27 | MOTION for Forfeiture of Property as to Mark Rolfsemaby USA. (Attachments: # 1 Text of Proposed Order)(Zacks, Jennifer) (Entered: 06/23/2005) |
| 06/27/2005 | 28 | Memorandum regarding submission of documents as to Mark Rolfsema (Attachments: # 1)(Sacco, Dena) (Entered: 06/27/2005) |
| 06/27/2005 | 29 | Assented to MOTION to Seal as to Mark Rolfsemaby USA. (Patch, Christine) (Entered: 06/28/2005) |
| 06/29/2005 | 30 | NOTICE OF ATTORNEY APPEARANCE *James Lang appearing for USA* (Sacco, Dena) Modified on 6/29/2005 (Patch, Christine). (Entered: 06/29/2005) |
| 06/29/2005 | 31 | NOTICE of Withdrawal of Appearance in case as to Mark Rolfsema. (Sacco, Dena) (Entered: 06/29/2005) |
| 07/05/2005 | ❍ | Judge Patti B. Saris : Electronic ORDER entered granting 29 Motion to Seal as to Mark Rolfsema (1) (Patch, Christine) (Entered: 07/06/2005) |
| 07/12/2005 | 33 | Judge Patti B. Saris : ORDER entered. PRELIMINARY ORDER OF FORFEITURE as to Mark Rolfsema. (Patch, Christine) (Entered: 07/20/2005) |

| 07/12/2005 | ❑ | Documents terminated as to Mark Rolfsema: 27 MOTION for Forfeiture of Property filed by USA,. (Patch, Christine) (Entered: 07/20/2005) |
| 07/15/2005 | 34 | Letter dated July 08, 2005 (non-motion) from Mark Rolfsema. (Quinn, Thomas) (Entered: 07/28/2005) |
| 07/15/2005 | 35 | Letter dated July 11, 2005 (non-motion) from Mark Rolfsema. (Quinn, Thomas) (Entered: 07/28/2005) |
| 08/11/2005 | 36 | MOTION for Forfeiture of Property as to Mark Rolfsemaby USA. (Attachments: # 1 Text of Proposed Order)(Zacks, Jennifer) (Entered: 08/11/2005) |
| 09/06/2005 | ❑ | Judge Patti B. Saris : Electronic ORDER entered granting 36 Motion for Preliminary Order of Forfeiture as to Mark Rolfsema (1) (Patch, Christine) (Entered: 09/07/2005) |
| 09/06/2005 | 37 | Judge Patti B. Saris : ORDER entered. PRELIMINARY ORDER OF FORFEITURE OF PROPERTY as to Mark Rolfsema. (Patch, Christine) (Entered: 09/07/2005) |
| 09/08/2005 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Sentencing held on 9/8/2005 for Mark Rolfsema. Defendant requests new counsel. Court orders appointment of CJA counsel. Status Conference set for 10/17/2005 at 3:30 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Cheryl Dahlstrom.) (Alba, Robert) (Entered: 09/08/2005) |
| 09/08/2005 | 38 | ATTORNEY ASSIGNMENT Request as to Mark Rolfsema forwarded to Clerk to Magistrate Judge Dein for appointment of CJA counsel. (Alba, Robert) (Entered: 09/08/2005) |
| 09/12/2005 | ❑ | Terminate Deadlines and Hearings as to Mark Rolfsema: 10/17/05 at 3:30 status hearing to be rescheduled to 10/17/05 at 2:00 p.m. (Alba, Robert) (Entered: 09/12/2005) |
| 09/12/2005 | 39 | NOTICE OF RESCHEDULED STATUS CONFERENCE as to Mark Rolfsema. The Status Conference previously scheduled for October 17, 2005, at 3:30 p.m., has been rescheduled to October 17, 2005, at 2:00 p.m. NOTE: Change is to time only. (Alba, Robert) (Entered: 09/12/2005) |
| 09/13/2005 | 41 | Letter to Judge Saris regarding having a speedy hearing regarding a change of plea as to Mark Rolfsema. Letter was dated June 6, 2005. (Patch, Christine) (Entered: 09/15/2005) |
| 09/13/2005 | 42 | Letter to Connie Surpitski requesting a physical examination as soon as possible as to Mark Rolfsema. Letter dated June 10, 2005. (Patch, Christine) (Entered: 09/15/2005) |
| 09/13/2005 | 43 | Letter to Connie Surpitski requeting a current psychological exam as soon as possible as to Mark Rolfsema (Patch, Christine) (Entered: 09/15/2005) |
|  |  |  |

| | | |
|---|---|---|
| 09/13/2005 | ●44 | Letter to Allison O'Neil regarding his release from detention until his sentencing as to Mark Rolfsema. Letter dated June 10, 2005. (Patch, Christine) (Entered: 09/15/2005) |
| 09/13/2005 | ●45 | Letter to Judge Saris requesting a copy of his file as to Mark Rolfsema. Letter dated July 8, 2005. (Patch, Christine) (Entered: 09/15/2005) |
| 09/13/2005 | ●46 | Letter to Judge Saris requesting a speedy hearing regarding alleged misconduct by his attorney as to Mark Rolfsema. Letter dated August 22, 2005. (Patch, Christine) Modified on 9/15/2005 (Patch, Christine). (Entered: 09/15/2005) |
| 09/13/2005 | ●47 | Letter to Judge Saris requesting release from incarceration as to Mark Rolfsema (Patch, Christine) (Entered: 09/15/2005) |
| 09/13/2005 | ●48 | MOTION to Dismiss as to Mark Rolfsema. (Patch, Christine) (Entered: 09/15/2005) |
| 09/13/2005 | ● | Judge Patti B. Saris : Electronic ORDER entered denying 48 Motion to Dismiss as to Mark Rolfsema (1). "However, I will consider a motion to withdraw the plea." (Patch, Christine) (Entered: 09/15/2005) |
| 09/13/2005 | ●49 | MOTION to Continue his case as to Mark Rolfsema. (Patch, Christine) (Entered: 09/15/2005) |
| 09/13/2005 | ●50 | Emergency MOTION for Release from Custody as to Mark Rolfsema. (Patch, Christine) (Entered: 09/15/2005) |
| 09/13/2005 | ●51 | Letter requesting a copy of his file as to Mark Rolfsema (Patch, Christine) (Entered: 09/15/2005) |
| 09/14/2005 | ● | Judge Patti B. Saris : Electronic ORDER entered granting 49 Motion to Continue as to Mark Rolfsema (1). "Allowed with respect to the motion for continuance." (Patch, Christine) (Entered: 09/15/2005) |
| 09/14/2005 | ● | Judge Patti B. Saris : Electronic ORDER entered denying 50 Emergency Motion for Release from Custody as to Mark Rolfsema (1) (Patch, Christine) (Entered: 09/15/2005) |
| 09/16/2005 | ● | Attorney update in case as to Mark Rolfsema. Attorney Melvin Norris for Mark Rolfsema added. (Quinn, Thomas) (Entered: 09/20/2005) |
| 09/19/2005 | ●52 | MOTION for transcripts at government expense as to Mark Rolfsema. (Norris, Melvin) (Entered: 09/19/2005) |
| 09/23/2005 | ● | Judge Patti B. Saris : ElectronicORDER entered. ELECTRONIC ENDORSEMENT as to Mark Rolfsema re: 51 letter requesting case file. "You should consult with your new attorney." (Patch, Christine) (Entered: 09/26/2005) |
| 09/23/2005 | ● | Judge Patti B. Saris : ElectronicORDER entered granting 52 Motion for Transcript at Government Expense as to Mark Rolfsema (1) (Patch, Christine) (Entered: 09/26/2005) |
| 09/27/2005 | ●53 | NOTICE OF RESCHEDULING as to Mark Rolfsema. The Status |

| | | |
|---|---|---|
| | | Conference previously scheduled for October 17, 2005, at 2:00 p.m., has been rescheduled to October 17, 2005, at 4:00 p.m. NOTE: Change is to time only.(Alba, Robert) (Entered: 09/27/2005) |
| 09/29/2005 | 54 | NOTICE OF ATTORNEY APPEARANCE Dana M. Gershengorn appearing for USA. (Gershengorn, Dana) (Entered: 09/29/2005) |
| 10/06/2005 | 55 | MOTION to Withdraw as Attorney by Allison M. O'Neil as to Mark Rolfsema. (Patch, Christine) (Entered: 10/13/2005) |
| 10/17/2005 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status/ Attorney Appointment Conference as to Mark Rolfsema held on 10/17/2005. Defense counsel to file submission by 11/1/05 as to defendant's intention. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/17/2005) |
| 10/18/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 55 Motion to Withdraw as Attorney as to Mark Rolfsema (1) (Patch, Christine) (Entered: 10/19/2005) |
| 10/18/2005 | 56 | NOTICE of Withdrawal of Appearance in case as to Mark Rolfsema. Attorney Allison M. O'Neil terminated. (Patch, Christine) (Entered: 10/19/2005) |
| 10/20/2005 | 57 | TRANSCRIPT of Scheduled Disposition as to Mark Rolfsema held on September 8, 2005 before Judge Saris. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/951-4555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/21/2005) |
| 11/01/2005 | 58 | NOTICE *regarding plea* by Mark Rolfsema (Norris, Melvin) (Entered: 11/01/2005) |
| 11/01/2005 | 59 | MOTION for Leave to File *Objections to Presentence Report* as to Mark Rolfsema. (Norris, Melvin) (Entered: 11/01/2005) |
| 11/01/2005 | 60 | MOTION for Leave to File *Motions for Downward Departure and Sentencing Memorandum* as to Mark Rolfsema. (Norris, Melvin) (Entered: 11/01/2005) |
| 11/03/2005 | | Judge Patti B. Saris: ElectronicORDER entered allowing 59 MOTION for Leave to File Objections to Presentence Report as to Mark Rolfsema. (Alba, Robert) (Entered: 11/03/2005) |
| 11/03/2005 | | Judge Patti B. Saris: ElectronicORDER entered allowing 60 MOTION for Leave to File Motions for Downward Departure and Sentencing Memorandum as to Mark Rolfsema. (Alba, Robert) (Entered: 11/03/2005) |
| 11/03/2005 | 61 | NOTICE OF SENTENCING as to Mark Rolfsema. Sentencing set for 12/12/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 11/03/2005) |
| | | |

| | | |
|---|---|---|
| 12/06/2005 | ●62 | SENTENCING MEMORANDUM by Mark Rolfsema, filed under seal. (Patch, Christine) (Entered: 12/07/2005) |
| 12/08/2005 | ●63 | SENTENCING MEMORANDUM by USA as to Mark Rolfsema (Gershengorn, Dana) (Entered: 12/08/2005) |
| 12/12/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Sentencing held on 12/12/2005 for Mark Rolfsema (1), Count(s) 1s, 2s-4s. Court sentences defendant to 57 months imprisonment, 36 months supervised release w/ conditions, $100 special assessment. Defendant informed of right of appeal. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 12/12/2005) |
| 12/12/2005 | ●64 | EXHIBIT LIST for Evidentiary Sentencing Hearing held on 12/12/05 as to Mark Rolfsema. (Alba, Robert) (Entered: 12/12/2005) |
| 12/12/2005 | ●65 | WITNESS LIST for Evidentiary Sentencing Hearing held on 12/12/05 as to Mark Rolfsema. (Alba, Robert) (Entered: 12/12/2005) |
| 12/15/2005 | ●66 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Mark Rolfsema (1), Count(s) 1s, 2s-4s, Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 57 months. The Court makes a recommendation to Ft. Devens, a recommendation of sex offender treatment, and a recommendation of mental health treatment. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 36 months. Defendant is to register as a sex offender. Defendant is to receive sex offender treatment and mental health treatment. Defendant shall submit to polygraph testing. Defendant shall not possess computer equipment except for work purposes. Defendant shall have no unsupervised contact with children under the age of 18. Defendant shall cooperate in the collection of DNA as directed by the probation officer. The $100.00 Special Assessment is due immediately. (Patch, Christine) (Entered: 12/19/2005) |
| 12/19/2005 | ●67 | NOTICE OF APPEAL by Mark Rolfsema re 66 Judgment. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/8/2006. (Patch, Christine) (Entered: 12/19/2005) |