**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 05-10030-PBS |
|---|---|
| DEFENDANT<br>Mark Rolfsema | TYPE OF PROCESS: **Amended Preliminary Order of Forfeiture** |

FILED
IN CLERKS OFFICE

2006 APR 11 P 2: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Melvin Norris, Esquire

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
260 Boston Post Road
Suite 9
Wayland, MA 01778

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Jennifer H. Zacks, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve a copy of the attached Amended Preliminary Order of Forfeiture upon the above named individual by certified mail, return receipt requested.   04-FBI-005006   JMD x3296   CATS 04-FBI-005006

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (617) 748-3100
DATE February 1, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process No. ___
District of Origin No. 35
District to Serve No. 35
Signature of Authorized USMS Deputy or Clerk
Date 3/8/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 3/8/06   Time  am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 3/8/06 certified mail 7004 1160 0001 5057 9859
3/10/06 date of delivery   (3)

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT