UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA       )
                               )
                               ) Criminal No. 05-10030-PBS
            v.                 )
                               )
MARK ROLFSEMA,                 )
            Defendant.         )
```

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court issue a Final Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure. A proposed Final Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On February 9, 2005, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Mark Rolfsema (the "Defendant") with Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B)(Count One).

2. The Indictment also sought the forfeiture, as a result of committing the offense alleged in Count One of the Indictment, of (1) any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of 18 U.S.C. § 2252, (2) any property constituting or

1

derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations, and (3) any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, pursuant to 18 U.S.C. § 2253.  Such property included, but was not limited to, hundreds of CD-ROMS and floppy disks containing contain visual depictions of child pornography (the "Disks").

    3.   On June 6, 2005, the Defendant pled guilty to Count One of the Indictment.

    4.   On July 12, 2005, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Disks.

    5.   On August 11, 2005, the United States filed a Motion to Amend Preliminary Order of Forfeiture to include the following property used by the Defendant in violation of 18 U.S.C. § 2252(a)(4)(B) which was inadvertently omitted from the United States' Motion for Preliminary Order of Forfeiture:

        (a)   One Power Computing Power Ware 604/120 Computer P.C.U.;

        (b)   One Gateway 2000P5-60 Personal Computer Serial Number 2305576;

        (c)   One Apple Macintosh Powerbook 170 Laptop;

        (d)   One Toshiba Laptop Satellite 105CS;

        (e)   One IBM Personal System 2 Model 70 386 Personal

          Computer Serial Number 23-6016483; and

    (f)  a Royal Palm Pilot,

(collectively, the "Computers").

    6.   On September 6, 2005, this Court issued an Amended Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Disks and the Computers.

    7.   Notice of the Amended Preliminary Order of Forfeiture was sent to all interested parties, and published in the <u>Boston Herald</u> on March 16, 2006, March 23, 2006, and March 30, 2006.

    8.   No claims of interest in the Disks or the Computers have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on April 30, 2006.

WHEREFORE, the United States respectfully moves that this Court enter a Final Order of Forfeiture against the Disks and the Computers in the form submitted herewith.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Kristina E. Barclay
     DANA M. GERSHENGORN
     KRISTINA E. BARCLAY
     Assistant U.S. Attorneys
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3100

Date: October 17, 2006

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed through the Electronic Court Filing system, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ Kristina E. Barclay
        KRISTINA E. BARCLAY
        Assistant U.S. Attorney

Date: October 17, 2006

                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )
                                 ) Criminal No. 05-10030-PBS
            v.                   )
                                 )
MARK ROLFSEMA,                   )
            Defendant.           )

                      **FINAL ORDER OF FORFEITURE**

**SARIS, D.J.**

   WHEREAS, on February 9, 2005, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Mark Rolfsema (the "Defendant") with Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B)(Count One);

   WHEREAS, the Indictment also sought the forfeiture, as a result of committing the offense alleged in Count One of the Indictment, of (1) any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of 18 U.S.C. § 2252, (2) any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations, and (3) any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, pursuant to 18 U.S.C. § 2253, including without limitation, hundreds of CD-ROMS and floppy disks containing

                                1

contain visual depictions of child pornography (the "Disks");

WHEREAS, on June 6, 2005, the Defendant pled guilty to Count One of the Indictment;

WHEREAS, on July 12, 2005, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Disks;

WHEREAS, on August 11, 2005, the United States filed a Motion to Amend Preliminary Order of Forfeiture to include the following property used by the Defendant in violation of 18 U.S.C. § 2252(a)(4)(B) which was inadvertently omitted from the United States' Motion for Preliminary Order of Forfeiture:

- (a) One Power Computing Power Ware 604/120 Computer P.C.U.;
- (b) One Gateway 2000P5-60 Personal Computer Serial Number 2305576;
- (c) One Apple Macintosh Powerbook 170 Laptop;
- (d) One Toshiba Laptop Satellite 105CS;
- (e) One IBM Personal System 2 Model 70 386 Personal Computer Serial Number 23-6016483; and
- (f) a Royal Palm Pilot,

(collectively, the "Computers");

WHEREAS, on September 6, 2005, this Court issued an Amended Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Disks and the Computers;

WHEREAS, notice of the Amended Preliminary Order of Forfeiture was sent to all interested parties, and published in the <u>Boston Herald</u> on March 16, 2006, March 23, 2006, and March 30, 2006; and

WHEREAS, no claims of interest in the Disks and the Computers have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on April 30, 2006.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Disks and the Computers, and they are hereby forfeited to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

3. All other parties, having any right, title, or interest in the Disks and the Computers, are hereby held in default.

_____
PATTI B. SARIS
United States District Judge

Date: