UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
                                ) Criminal No. 05-10030-PBS
            v.                  )
                                )
MARK ROLFSEMA,                  )
            Defendant.          )

## FINAL ORDER OF FORFEITURE

**SARIS, D.J.**

WHEREAS, on February 9, 2005, a federal grand jury sitting
in the District of Massachusetts returned a one-count Indictment
charging defendant Mark Rolfsema (the "Defendant") with
Possession of Child Pornography, in violation of 18 U.S.C. §
2252(a)(4)(B)(Count One);

WHEREAS, the Indictment also sought the forfeiture, as a
result of committing the offense alleged in Count One of the
Indictment, of (1) any and all matter which contains visual
depictions produced, transported, shipped, received or possessed
in violation of 18 U.S.C. § 2252, (2) any property constituting
or derived from any proceeds the defendant obtained directly or
indirectly as a result of the said violations, and (3) any and
all property used or intended to be used in any manner or part to
commit and to promote the commission of the aforementioned
violation, pursuant to 18 U.S.C. § 2253, including without
limitation, hundreds of CD-ROMS and floppy disks containing

1

contain visual depictions of child pornography (the "Disks");

WHEREAS, on June 6, 2005, the Defendant pled guilty to Count One of the Indictment;

WHEREAS, on July 12, 2005, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Disks;

WHEREAS, on August 11, 2005, the United States filed a Motion to Amend Preliminary Order of Forfeiture to include the following property used by the Defendant in violation of 18 U.S.C. § 2252(a)(4)(B) which was inadvertently omitted from the United States' Motion for Preliminary Order of Forfeiture:

> (a)  One Power Computing Power Ware 604/120 Computer P.C.U.;
>
> (b)  One Gateway 2000P5-60 Personal Computer Serial Number 2305576;
>
> (c)  One Apple Macintosh Powerbook 170 Laptop;
>
> (d)  One Toshiba Laptop Satellite 105CS;
>
> (e)  One IBM Personal System 2 Model 70 386 Personal Computer Serial Number 23-6016483; and
>
> (f)  a Royal Palm Pilot,

(collectively, the "Computers");

WHEREAS, on September 6, 2005, this Court issued an Amended Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Disks and the Computers;

2

WHEREAS, notice of the Amended Preliminary Order of
Forfeiture was sent to all interested parties, and published in
the Boston Herald on March 16, 2006, March 23, 2006, and March
30, 2006; and

WHEREAS, no claims of interest in the Disks and the
Computers have been filed with the Court or served on the United
States Attorney's Office, and the time within which to do so
expired on April 30, 2006.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1.   The United States' Motion for a Final Order of
Forfeiture is allowed.

2.   The United States of America is now entitled to the
forfeiture of all right, title or interest in the Disks and the
Computers, and they are hereby forfeited to the United States of
America pursuant to the provisions of 18 U.S.C. § 2253.

3

3.  All other parties, having any right, title, or interest
in the Disks and the Computers, are hereby held in default.

PATTI B. SARIS
United States District Judge

Date:   11/3/06

4