FILED
CLERKS OFFICE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF** MASSACHUSETTS

2006 DEC 18 P 3: 37

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No:   05-2898 |
| | ) | |
| Plaintiff, | ) | MOTION FOR TRANSCRIPTS |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK ROLFSEMA               , | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

NOW COMES, __MARK ROLFSEMA_____, filing his motion for transcripts of the following proceedings:

**Check one or more:**

1. Arraignment   4/26/2005                                   __X__
2. Trial                                                                      ____
3. Evidentiary Hearing  & Detention Hearing      __X__
                                  12/6/2004
4. Change of Plea Hearing                                   ____
5. Sentencing (1st hearing, 9/8/2005)               __X__
6. Other 10/17/2005 Status Hearing                 __X__
   If other, please specify & 3/15/2005, 3/29/2005 Plea Bargain Hearings

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE
2006 DEC 19 P 3:

In support of this motion, defendant asserts that his transcripts will be necessary to begin the process of filing:

**Check one:**

1. Direct Appeal / Petition for Rehearing / En Banc                            __X__
2. Title 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence   ____

1

Defendant asserts that he is unable to prepay the fees for this and is submitting the form for In Forma Pauperis. (on file)

For the above-entitled purpose, the defendant hereby requests copies of the above checked transcripts.

Respectfully submitted this __13th__ day of __December__, 2006__.

*Mark Rolfsema*

Name: __Mark Rolfsema__
Number: __10927-036__
FMC Devens, Unit __H-A 230__
P.O. Box 879
Ayer, MA 01432

**Pro Se**

2

Certificate

I hereby certify that the movant herein has the sum of $ __.63__ on account to his credit at the __FMC Devens__ institution where he is confined.
I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution: ___.

_____
Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)