OFFICES OF
# MELVIN NORRIS
ATTORNEY AT LAW

January 5, 2007

260 Boston Post Road  suite 09
Route 20
Wayland, MA. 01778
Tel. #   508 358 3305
Fax # 508 358 7787

Robert Alba, Deputy Clerk
U.S. District Court suite 2300
1 Courthouse Way
Boston, Ma, 02210

re: USA v. Rolfsema 05-010030PBS

Dear Mr. Alba::

    In reference to Mr. Rolfsema's pro se motion for transcripts, please be advised that I furnished him with a copy of the 9/08/05 hearing.

Very truly yours,

Melvin Norris