FILED
ERKS OFFICE
2007 JAN 17 P 1:23

Mr. Mark Rolfsema
FMC, Devens
10927-036, Unit M-230
P.O Box 879
Ayer, Massachusetts 01432

January 9, 2007

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Ms. Christine Patch:

Re: Judge Patti B. Saris' question regarding transcript request
    (copy of letter enclosed)

Thank you for your reply, Ms. Patch.  Judge Saris asked,
"Explain why you need the other proceedings."  Below is my response:

Your Honor, I need the hearing transcripts that I have not seen
(including the Status Hearing of 10/17/2005 that I was not brought
to), in order to properly prepare my case for further appeal.
Thank you for your consideration.

Sincerely,

Mark Rolfsema

Mark Rolfsema
Case # 1:05-cr-10030

Encl.: 1

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Patch, Christine entered on 1/4/2007 at 4:31 PM EST and filed on 1/2/2007
Case Name:  USA v. Rolfsema
Case Number: 1:05-cr-10030
Filer:
Document Number:

Docket Text:
Judge Patti B. Saris : Electronic ORDER entered granting in part [81] Motion for Transcript at Government Expense as to Mark Rolfsema (1). "I allow the request for transcripts of the sentencing and plea hearings. Explain why you need the other proceedings." (Patch, Christine)

The following document(s) are associated with this transaction:


1:05-cr-10030-1 Notice will be electronically mailed to:

Dana M. Gershengorn    Dana.Gershengorn@usdoj.gov, usama.ecf@usdoj.gov

James F. Lang    james.lang@usdoj.gov, usama.ecf@usdoj.gov

Melvin Norris    attorney.norris@verizon.net, malawyer@yahoo.com

1:05-cr-10030-1 Notice will not be electronically mailed to:

Richard P. Brederson
Brederson Law Center
950 Smith Street
Providence, RI 02908

Dena T. Sacco
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210