UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 FEB 13 A 10:53
US DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>       Plaintiff    )<br>  )<br>  vs.          )<br>  )<br>  MARK ROLFSEMA    )<br>  )<br>       Defendant  )<br>  )<br> _____) | Case No. 05-28998<br><br>PRO SE MOTION FOR THE COURT<br>TO RETURN ALL PERSONAL AND<br>FAMILY PROPERTY |

1. The defendant in the above captioned case was the subject of search warrants or actions that resulted in the confiscation of personal and family members' property that was not evidence in the case for which he was found guilty.

2. On the 12th day of December, 2005, the defendant was found guilty of his indictment count and was sentenced to 57 months incarceration.

3. The properties taken by the plaintiff (hereafter "government") belong to the defendant and family members. The value of these properties is measured in emotional and financial terms.

RELIEF

4. That this Honorable Court order the government to return all of the property listed on the attached Exhibit "A" to his wife, Monica Faria Rolfsema, at her place of residence: River Place Towers, 3 River Place, #B410, Lowell, MA 01852.

Respectfully Submitted,

/Mark Rolfsema/
Mark Rolfsema
FMC, Devens
10927-036, Unit H-A 230
P.O. Box 879
Ayer, Massachusetts 01432

Date: February 8, 2007

EXHIBIT A

Items belonging to the Rolfsema family, taken from the office apartment at 30 Railroad Street, Andover, MA, by Federal agents, on or about September 23, 2004.

FILED
2001 FEB 13 A 10: 23
U.S. DISTRICT COURT
DISTRICT OF MASS

* photography: an undisclosed number of photographs & albums

* Nikon 35 mm camera & lens

* Minolta 35 mm camera & lens

* 7 disposable cameras with their family photos

* Sony audio cassette recorder

* 100+ audio cassettes

* Canon scanner/copier

* 900 floppy discs

* 100+ compact discs  (it is understood that several discs are evidence from this total)

* undisclosed & unaccounted for: collectibles, including coins, currency; baseball cards; sports memoribilia; books; antique & sentimental items; miscellaneous

Items belonging to the Rolfsema family, taken from storage garages rented on Andover Street, Lawrence, MA , on or about October 2004.

* antique/collectible Commodore Pet Personal Computer

* four used computers & their attachments

* photography: an undisclosed number of photographs & albums

* undisclosed & unaccounted for: sports memoribilia; video cassettes; collectibles & souvenirs; miscellaneous

# PROOF OF SERVICE

FILED
IN CLERKS OFFICE

2007 FEB 13  A 10: 53

I, _____Mark Rolfsema_____, certify that on ___February 9___, 2007__ I mailed a copy of this document and all attachments via First Class Mail to the following parties at the addresses listed below:

        United States Attorneys
        J.J. Moakley Courthouse
        9th Floor
        1 Courthouse Way
        Boston, MA   02210

## PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the United States District Court for the District of ___Massachusetts___. I further certify under penalty of perjury that the forgoing is true and correct. **Title 28 U.S.C. § 1746.**

Respectfully submitted this ___9th___ day of ___February___, 2007_.

*Mark Rolfsema*
Name: __Mark Rolfsema__
Number: 10927-036
FMC Devens, Unit __H-A__
P.O. Box 879
Ayer, Massachusetts 01432

---

[1] Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. **Houston v Lack.** 487 U.S. 266 (1988).