Mr. Mark Rolfsema
FMC, Devens
10927-036, Unit H-A 230
P.O. Box 879
Ayer, MA 01432

March 29, 2007

District Court Clerk
Harold D. Donohue Federal
 Building and U.S. Courthouse
595 Main Street
Worcester, MA 01608-2076

Dear District Court Clerk:

Please mail me a copy of the Docket Sheet listing all the entry dates pertaining to my case, #1:05-cr-10030, as soon as possible.

Thank you very much.

Sincerely,

*Mark Rolfsema*

Mark Rolfsema