```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

                                                    FILED
                                              IN CLERKS OFFICE

                                              2007 APR 10 P 1:32

                                              U.S. DISTRICT COURT
                                              DISTRICT OF MASS.

UNITED STATES OF AMERICA    )
                            )
            Plaintiff,      )
                            )
        v.                  )   Case No. 1:05-cr-10030
                            )
MARK ROLFSEMA               )
                            )
            Defendant.      )
                            )

                  DEFENDANT'S MOTION FOR CLARIFICATION

1. The Court granted the defendant's MOTION FOR RETURN OF PROPERTY on February 23, 2007.

2. As of the present date, the order has not been carried out by the United States Marshall's Office to comply with the motion granted on February 23, 2007.

3. The defendant, therefore, requests that the Court order the United States Marshall's Office to comply with the motion granted on February 23, 2007, and to inform the defendant in writing within ten (10) business days:

   a) that they have complied with the Court order
   b) that they have delivered the items to the apartment of the defendant's wife, Monica Faria Rolfsema, at 3 River Place, Apartment B-410, Lowell, Massachusetts 01852
   c) and that they supply a specific list in writing of the items delivered, including the date, time, and the person

who signed a receipt that the items were delivered.

Respectfully Submitted, this 6th day of April, 2007.

*Mark Rolfsema*
Mark Rolfsema
FMC, Devens
10927-036, Unit H-A 230
P.O. Box 879
Ayer, Massachusetts 01432

# PROOF OF SERVICE

I, __Mark Rolfsema_____, certify that on ____April 6_____,
200_7_  I mailed a copy of this document and all attachments via First Class mail to the following
parties at the addresses listed below:

>Office of United States Marshalls
>J.J. Moakley Federal Building
>One Courthouse Way
>Boston, Massachusetts 02210

# PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the United States District Court for the District of __Massachusetts_____. I further certify under penalty of perjury that the forgoing is true and correct. **Title 28 U.S.C. § 1746.**

Respectfully submitted this ___6th__ day of ___April_____, 200_7_.

Name: __Mark Rolfsema__
Number: __10927-036__
FMC Devens, Unit __H-A 230__
P.O. Box 879
Ayer, Massachusetts 01432

---

[1] Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. **Houston v Lack.** 487 U.S. 266 (1988).