```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS

UNITED STATES            )
                         )
    v.                   )      Criminal No. 05-10030-PBS
                         )
MARK ROLFSEMA            )
```

**OPPOSITION BY THE UNITED STATES TO DEFENDANT'S MOTION FOR CLARIFICATION**

Now comes the United States and hereby objects to that portion of defendant's Motion for Clarification that requests that this Court order the United States Marshal's Service to effect compliance with the return of defendant's property within 10 days.

As reasons therefore, the government states that, as defendant noted in his original motion for return of property, the amount of property seized in this case was voluminous. It included, among other items, hundreds of CDs, tapes and floppy disks, as well as hundreds of photographs, both in albums and separated. The government agrees that items which do not constitute contraband should be returned to the defendant. However, because this case resolved short of trial, the government has not yet reviewed every piece of media to determine if contraband exists on the media.

In order to comply with the Court's order to return

1

property, the government is now reviewing every piece of computer media in its entirety to confirm that no child pornography exists on items being returned to the defendant. This process is enormously time-consuming and labor intensive. It is simply not possible for the government to complete this review within ten days.

For the above reasons, the government objects to the defendant's Motion for Clarification, and asks the Court for a period of 6 months to review all the media in this case. Items which clearly can not, or do not, contain contraband, would be returned earlier than that date.

Respectfully submitted,<br>
MICHAEL J. SULLIVAN<br>
UNITED STATES ATTORNEY<br>
<br>
/s/Dana Gershengorn<br>
DANA GERSHENGORN<br>
Assistant U.S. Attorney<br>
617-748-3120

April 12, 2007.

I hereby certify that a copy of this document has been mailed to Mark Rolfsema, Number 10927-036 at FMC Devens, Unit H-A 230, P.O. Box 879, Ayer, MA 01432, on April 12, 2007, by first class mail.

/s/Dana Gershengorn<br>
Dana Gershengorn<br>
Assistant U.S. Attorney