UNITED STATES DISTRICT COURT  FILED
DISTRICT OF MASSACHUSETTS  CLERKS OFFICE

2007 APR 23 P 1: 21

UNITED STATES )
)
v. ) Case No. 05-CR-10030
)
MARK ROLFSEMA )

ANSWER TO OPPOSITION BY THE UNITED STATES TO DEFENDANT'S
MOTION FOR CLARIFICATION

Now comes the defendant, Mark Rolfsema, opposing the request of the United States (hereafter: "government"), for the granting of another six (6) months to return the property of the defendant and his family. In opposing this request, the defendant states:

1. The government has already had nearly thirty-one (31) months to "review" every item it confiscated from the defendant and his family.

2. The defendant, therefore, respectfully asks this Honorable Court to uphold the defendant's Motion For Clarification, which includes the return of the property of his family and himself, with the ten (10) business days requested, and that there be no further delays allowed.

3. At the very least, it is requested that the government be ordered to: return <u>immediately</u> <u>all</u> property already "reviewed", while enclosing a complete list of ALL items confiscated; and be ordered to return all additional items speedily as they are reviewed and "cleared" as legal, with a

deadline for a complete return of the items of the defendant and his family by June 30, 2007. The Court should take note that the government failed to respond to the initial granted motion of the defendant, dated February 8, 2007, To Return All Personal And Family Property.

Respectfully Submitted,

*Mark Rolfsema*
Mark Rolfsema
FMC, Devens
10927-036, Unit H-A 230
P.O. Box 879
Ayer, Massachusetts 01432

Date: April 18, 2007

# PROOF OF SERVICE

I, ____Mark Rolfsema____, certify that on ____April 18,____, 200_7_ I mailed a copy of this document and all attachments via First Class mail to the following parties at the addresses listed below:

```
                         U.S. Attorney's Office
                         J. J. Moakley Courthouse
                         Suite 9200
                         1 Courthouse Way
                         Boston, Massachusetts 02210
```

(Stamp: FILED CLERKS OFFICE 2007 APR 23 P 1:22 U.S. DISTRICT COURT DISTRICT OF MASS)

## PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the United States District Court for the District of ____Massachusetts____. I further certify under penalty of perjury that the forgoing is true and correct. **Title 28 U.S.C. § 1746.**

Respectfully submitted this ____18th____ day of ____April____, 200_7_.

_(signature: Mark Rolfsema)_

Name: ____Mark Rolfsema____
Number: ____10927-036____
FMC Devens, Unit ____H-A 230____
P.O. Box 879
Ayer, Massachusetts 01432

---

[1] Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. Houston v Lack. 487 U.S. 266 (1988).