# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2007 JUL -3 P 12: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: 05-10030 |
| | ) | |
| Plaintiff, | ) | MOTION FOR TRANSCRIPTS |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK ROLFSEMA, | ) | |
| | ) | |
| Defendant | ) | |

NOW COMES, __MARK ROLFSEMA__, filing his motion for transcripts of the following proceedings:

**Check one or more:**

| | | |
|---|---|---|
| 1. Arraignment | 4/26/2005 | X |
| 2. Trial | | |
| 3. Evidentiary Hearing & Detention Hearing | 12/6/2004 | X |
| 4. Change of Plea Hearing | 5/31/2005 | X |
| 5. Sentencing | | |
| 6. Other | | X |

If other, please specify __3/29/2005 Plea Bargain Hearing__.

In support of this motion, defendant asserts that his transcripts will be necessary to begin the process of filing:

**Check one:**

| | |
|---|---|
| 1. Direct Appeal | |
| 2. Title 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence | X |

1

Defendant asserts that he is unable to prepay the fees for this and is submitting the form for In Forma Pauperis.  (on file)

For the above-entitled purpose, the defendant hereby requests copies of the above checked transcripts.

Respectfully submitted this __29th__ day of _____June_____, 200_7_.

*Mark Rolfsema*
Name: __Mark Rolfsema__
Number: 10927-036
FMC Devens, Unit __H-A 230__
P.O. Box 879
Ayer, MA 01432

**Pro Se**