```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES            )
                         )
     v.                  )      Criminal No. 05-10030-PBS
                         )
MARK ROLFSEMA            )
```

**OPPOSITION BY THE UNITED STATES TO DEFENDANT'S MOTION FOR TRANSCRIPTS AT GOVERNMENT'S EXPENSE**

Now comes the United States and hereby objects to defendant's motion for transcripts at the government's expense. As reasons therefore, the government notes that the defendant filed a virtually identical motion for transcripts on December 13, 2006, prior to the First Circuit's resolution of the defendant's appeal. Upon receipt of the defendant's December 13, 2007, motion, the Court ordered the defendant to provide a basis for the transcript request; the defendant's response to the Court was simply an assertion that it was necessary "to properly prepare my case for further appeal." In light of the defendant's statement of reasons, the Court allowed only the October 17, 2005, transcript to be produced at government expense.[1]

The defendant, having lost his appeal in the First Circuit, now requests the same transcripts that were denied him previously, without providing any stated reason for their

---

[1] Transcripts of the relevant plea and sentencing hearings had already been provided as part of the defendant's direct appeal.

1

necessity. Because the defendant has proffered no explanation for why transcripts of his arraignment and detention would be relevant, post direct appeal, in a potential 28 U.S.C. § 2255 motion, the government files this objection.

For the above stated reasons, the government objects to the defendant's motion for transcripts at the government's expense.

Respectfully submitted,<br>
MICHAEL J. SULLIVAN<br>
UNITED STATES ATTORNEY<br>
<br>
/s/Dana Gershengorn<br>
DANA GERSHENGORN<br>
Assistant U.S. Attorney<br>
617-748-3120

July 13, 2007.

I hereby certify that a copy of this document has been mailed to Mark Rolfsema, Number 10927-036 at FMC Devens, Unit H-A 230, P.O. Box 879, Ayer, MA 01432, on July 13, 2007, by first class mail.

/s/Dana Gershengorn<br>
Dana Gershengorn<br>
Assistant U.S. Attorney