UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JUL 24 A 11: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Case No. 05-cr-10030 |
| | ) |
| MARK ROLFSEMA | ) |

**ANSWER TO OPPOSITION BY THE UNITED STATES TO DEFENDANT'S
JUNE 29, 2007 MOTION FOR TRANSCRIPTS**

Now comes the defendant, Mark Rolfsema, pro se, requesting that his motion for specified transcripts at government expense, dated June 29, 2007, be allowed. As reasons therefore, the defendant states:

1. The defendant has been incarcerated for thirty-four (34) months, and had all his legal papers taken by U.S. Marshalls during transfer from the U.S. District Courthouse, Boston, on February 8, 2006, and to date not returned.

2. The defendant is credited only 12¢ per hour for his work while incarcerated.

3. The defendant is limited in time for his Title 28 U.S.C. § 2255 Motion, along with his ability to correspond and have access to legal avenues.

4. It is essential for the defendant to use the requested transcripts to accurately quote in support of grounds listed for his Title 28 U.S.C. § 2255 Motion.

Wherefore, for all of the above reasons, the defendant hereby requests of this Honorable Court the granting of the defendant's motion.

Respectfully submitted, this 20th day of July, 2007.

*/s/ Mark Rolfsema*

Name: Mark Rolfsema

Number: 10927-036

FMC, Devens, Unit H-A

P.O. Box 879

Ayer, MA 01432

# PROOF OF SERVICE

I, __MARK ROLFSEMA__, certify that on __JULY 20__, 200_7_ I mailed a copy of this document and all attachments via First Class mail to the following parties at the addresses listed below:

2 Answer To Opposition By
The United States To
Defendant s Request
For Transcripts

UNITED STATES ATTORNEYS
J J MOAKLEY COURTHOUSE
9TH FLOOR
1 COURTHOUSE WAY
BOSTON MASSACHUSETTS 02210

## PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the United States District Court for the District of __MASSACHUSETTS__. I further certify under penalty of perjury that the forgoing is true and correct. **Title 28 U.S.C. § 1746.**

Respectfully submitted this __20th__ day of __JULY__, 200_7_.

Name: __MARK ROLFSEMA__
Number: __10927 036__
FMC Devens, Unit __H A__
P.O. Box 879
Ayer, Massachusetts 01432

---

[1] Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. Houston v Lack. 487 U.S. 266 (1988).