UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2007 JUL 24  A 11: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 05-cr-10030 |
| Plaintiff, | : | MOTION FOR APPOINTMENT OF COUNSEL |
| vs. | : | |
| MARK ROLFSEMA, | : | |
| Defendant | : | |

NOW COMES, \_\_\_\_\_MARK ROLFSEMA\_\_\_\_\_, filing Pro Se, seeking from this Honorable Court appointment of counsel[1] to assist in Defendant's:

1. Title 28 U.S.C. § 2255 Motion  \_\_\_X\_\_\_

2. Title 28 U.S.C. § 2241 Motion  _____

3. Direct Appeal  _____

4. Evidentiary Hearing  _____

5. Other: _____

Defendant hereby submits that he is indigent[2] and that counsel will be necessary in the present action/proceeding to

---

[1] See Title 18 U.S.C. § 3006A

[2] See Copy of Inmate Account Enclosed

ensure that his constitutional rights are protected in accords to the Sixth Amendment to the United States Constitution.

WHEREFORE, for all the above reasons, Defendant hereby requests of this Honorable Court the benefit of appointment of counsel and any further relief this Court deem fair and appropriate.

Respectfully submitted this 20th, day of July, 2007

*Mark Rolfsema*

Name: Mark Rolfsema

Number: 10927-036

FMC Devens, Unit H-A

P.O. Box 879

Ayer, MA 01432



## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 1/20/2006 |
| Local Account Activation Date: | 1/21/2006 4:26:14 AM |
| Sort Codes: | |
| Last Account Update: | 7/19/2007 7:54:59 AM |
| Account Status: | Active |
| Phone Balance: | $5.81 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $18.91 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $18.91 |
| National 6 Months Deposits: | $967.38 |
| National 6 Months Withdrawals: | $1,031.87 |
| National 6 Months Avg Daily Balance: | $71.95 |
| Local Max. Balance - Prev. 30 Days: | $101.41 |
| Average Balance - Prev. 30 Days: | $34.80 |

Certificate

I hereby certify that the movant herein has the sum of $ _18.91_ on account to his credit at the _Fort Devens_ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _N/A_ institution: _N/A_

_____ Counselor
Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

## PROOF OF SERVICE

I, __MARK ROLFSEMA__, certify that on __JULY 20__, 200 _7_ I mailed a copy of this document¹ and all attachments via First Class mail to the following parties at the addresses listed below:

1 Motion for appointment
or Counsel

UNITED STATES ATTORNEYS
J J MOAKLEY COURTHOUSE
9TH FLOOR
1 COURTHOUSE WAY
BOSTON MASSACHUSETTS 02210

## PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials¹ on this date for forwarding to the United States District Court for the District of __MASSACHUSETTS__. I further certify under penalty of perjury that the forgoing is true and correct. Title 28 U.S.C. § 1746.

Respectfully submitted this __20th__ day of __JULY__, 200 _7_.

*Mark Rolfsema*

Name: __MARK ROLFSEMA__
Number: __10927 036__
FMC Devens, Unit __H A__
P.O. Box 879
Ayer, Massachusetts 01432

---

¹ Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. Houston v Lack. 487 U.S. 266 (1988).