Mr. Mark Rolfsema
FMC, Devens
10927-036, Unit H-A 230
P.O. Box 879
Ayer, Massachusetts 01432

August 1, 2007

The Honorable Patti B. Saris
6130 United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210-3002

Dear Judge Saris:

In response to your 7/24/2007 request as to why I need designated transcripts from my case (1:05-cr-10030), I state the following:

The transcripts of the five hearings requested (or four hearings if the 12/06/2004 Show Cause and Detention hearing counts as one), will aid me in support of my claims that will be the basis of my 2255 Motion.

My claims are:

1) Ineffective Assistance of Counsel.

2) Conviction obtained by a plea of guilty which was unlawfully induced; or not made voluntarily; or with the understanding of the charge and the consequences of the plea.

Thank you.

Respectfully Submitted,

*Mark Rolfsema*
Mark Rolfsema

[Handwritten margin note: To order production of the thousand of the plea colloquy and Sentencing]

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 7/24/2007 at 4:42 PM EDT and filed on 7/24/2007
Case Name:     USA v. Rolfsema
Case Number:   1:05-cr-10030
Filer:
Document Number:   No document attached

Docket Text:
Judge Patti B. Saris : Electronic ORDER entered re [90] Motion for Transcript at Government Expense as to Mark Rolfsema (1). "Explain why you need the transcripts, that is, the potential grounds for a habeas petition." (Patch, Christine)

1:05-cr-10030-1 Notice will be electronically mailed to:
Melvin Norris attorney.norris@verizon.net, malawyer@yahoo.com
James F. Lang james.lang@usdoj.gov, usama.ecf@usdoj.gov
Dana M. Gershengorn Dana.Gershengorn@usdoj.gov, usama.ecf@usdoj.gov

1:05-cr-10030-1 Notice will not be electronically mailed to:

Richard P. Brederson
Brederson Law Center
950 Smith Street
Providence, RI 02908

Dena T. Sacco
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

# PROOF OF SERVICE

I, ___Mark Rolfsema_____, certify that on __August 1_____,
200_7_ I mailed a copy of this document and all attachments via First Class mail to the following parties at the addresses listed below:

        United States Attorneys
        J J Moakley Courthouse
        9th Floor
        One Courthouse Way
        Boston, Massachusetts 02210

## PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the United States District Court for the District of ___Massachusetts_____. I further certify under penalty of perjury that the forgoing is true and correct. Title 28 U.S.C. § 1746.

Respectfully submitted this __1st__ day of __August_____, 200_7_.

        *Mark Rolfsema* (signature)
        Name: ___Mark Rolfsema_____
        Number: ___10927-036_____
        FMC Devens, Unit ___H-A___
        P.O. Box 879
        Ayer, Massachusetts 01432

---

[1] Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. Houston v Lack. 487 U.S. 266 (1988).