Mr. Mark Rolfsema
FMC, Devens
10927-036, Unit H-A 230
P.O. Box 879
Ayer, MA 01432

December 19, 2007

United States District Court
Office of the Clerk
595 Main Street, Room 502
Worcester, MA 01608

Dear Clerk of the Court:

Please mail me a printout of my case docket sheets, which are listed under the following numbers:

        1:05-cr-10030-PBS-ALL

        1:04-mj-01128-JGD   (magistrate judge case #)

        05-2898   (U.S. Court of Appeals for the 1st Circuit)

        1:07-ca-11622-PBS-ALL   (§2255)

I am acting PRO SE and need these case docket sheets as soon as possible for accurate dating and action designations for a due January submission to the Court.

Thank you very much for your prompt attention to this matter.

                            Sincerely,

                            *Mark Rolfsema*

                            Mark Rolfsema