UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK ROLFSEMA,
        Petitioner,

      V.

                                   CIVIL   ACTION   NO.   07-11622-PBS

UNITED STATES OF AMERICA,
        Respondent.

**FINAL JUDGMENT**

SARIS, U.S.D.J.                                                                                      April 10, 2008


      Pursuant to this Court's Order dated April 10, 2008, allowing Respondent's motion for

summary judgment disposition of Petitioner's motion to vacate judgment, it is  ORDERED and

ADJUDGED that final judgment is hereby entered in favor of the Respondent, United States of

America.


                                        By the Court,

                                         /s/ Robert C. Alba
                                        Deputy Clerk